## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Abdiaziz Shafii Farah *et al.*,<br><br>Defendants. | Court File No. 22-cr-124 (NEB/TNL)<br><br>**JOINT MOTION FOR CHANGE OF VENUE** |

Defendants Abdiaziz Shafii Farah, Mohamed Jama Ismail, Mahad Ibrahim, Said Shafii Farah, Abdiwahab Maalim Aftin, and Mukhtar Mohamed Shariff ("Defendants") individually and for the benefit of all Defendants, by and through their undersigned counsel, hereby move the Court for an order transferring the venue of trial in this matter to the Northern District of Illinois. The undersigned bring this motion pursuant to Federal Rule of Criminal Procedure 21, the United States Constitution, and applicable case law. Defendants' Motion is based upon all of the files, records, and proceedings herein, including the accompanying Memorandum of Law and Declaration of Steven L. Schleicher filed herewith, as well as the arguments of counsel.

Dated: May 4, 2023                     **MASLON LLP**

By: */s/ Steven L. Schleicher*
    Steven L. Schleicher (#0260587)
    Clayton J. Carlson (#0401182)
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-4140
(612) 672-8200
Email:   steve.schleicher@maslon.com
        clayton.carlson@maslon.com

**ATTORNEYS FOR DEFENDANT SAID SHAFII FARAH**

Dated: May 4, 2023                     **BIRRELL LAW FIRM PLLC**

By: */s/ Ian S. Birrell*
    Andrew S. Birrell (#133760)
    Ian S. Birrell (#0396379)
333 South 7th Street, Suite 3020
Minneapolis, MN 55402
(612) 238-1939
Email:   andy@birrell.law
        ian@birrell.law

**ATTORNEYS FOR DEFENDANT ABDIAZIZ SHAFII FARAH**

Dated: May 4, 2023                    **SIEBEN & COTTER PLLC**

By: */s/ Patrick Cotter*
    Patrick Cotter (#0319120)
105 Hardman Ct., #110
South St. Paul, MN 55075
(651) 455-1555
Email:   patrick@siebencotterlaw.com

**ATTORNEYS FOR DEFENDANT MOHAMED JAMA ISMAIL**

Dated: May 4, 2023                    **MAUZY LAW FIRM**

By: */s/ William Dooling*
    William J. Mauzy (#68974)
    William R. Dooling (#0402244)
650 Third Avenue South, Suite 260
Minneapolis, MN 55402
(612) 504-5533
Email:   wmauzy@mauzylawfirm.com
           wdooling@mauzylawfirm.com

**ATTORNEYS FOR DEFENDANT MAHAD IBRAHIM**

Dated: May 4, 2023                    **KOCH & GARVIS, LLC**

By: */s/ Andrew S. Garvis*
    Andrew S. Garvis (#257989)
3109 Hennepin Avenue South
Minneapolis, MN 55408
(612) 827-8101
Email:   andrew@uptownlawyer.com

**ATTORNEYS FOR DEFENDANT ABDIWAHAB MAALIM AFTIN**

Dated: May 4, 2023          **GOETZ & ECKLAND P.A.**

By: */s/ Frederick J. Goetz*
    */s/ Andrew H. Mohring*
Frederick J. Goetz (#185425)
Andrew H. Mohring (#190731)
Banks Building
615 1st Avenue NE, Suite 425
Minneapolis, MN 55413
(612) 874-1552
Email: FGoetz@goetzeckland.com
      amohring@goetzeckland.com

**ATTORNEYS FOR DEFENDANT MUKHTAR MOHAMED SHARIFF**

4