# IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MINNESOTA

## ARRAIGNMENT MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>v.<br><br>ABDIMAJID MOHAMED NUR (4),<br><br>                Defendant. | **COURT MINUTES - CRIMINAL**<br>BEFORE: TONY N. LEUNG<br>U.S. MAGISTRATE JUDGE |

| | |
|---|---|
| Case No: | 22-cr-124 (4) NEB/TNL |
| Date: | August 21, 2023 |
| Courthouse: | Minneapolis |
| Courtroom: | 9W |
| Court Reporter: | Brittany Blesener |
| Time Commenced: | 9:44 AM |
| Time Concluded: | 9:47 AM |
| Sealed Hearing Time: | |
| Time in Court: | 3 Minutes |

APPEARANCES:

    Plaintiff:    Harry Jacobs and Matthew S. Ebert, Assistant U.S. Attorneys
    Defendant:    Marsh Halberg ☒ Retained

**True Name if different from charging instrument:**
☐ **Parties ordered to file stipulation or proposed order for name change**
☐ **Clerk of Court is directed to change the name to:**

☒ Reading of Superseding Indictment Waived
☐ Indictment Read into Record
☒ Not Guilty Plea Entered

Other Remarks:

☒ No additional order to be issued.

                                                                s/ *Emily*
                                                                 Law Clerk