# IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MINNESOTA
# CRIMINAL MOTION HEARING

UNITED STATES OF AMERICA,

                    Plaintiff,

v.

Abdiaziz Shafii Farah (1),
Mohamed Jama Ismail (2),
Mahad Ibrahim (3),
Abdimajid Mohamed Nur (4),
Said Shafii Farah (5),
Abdiwahab Maalim Aftin (6),
Mukhtar Mohamed Shariff (7), and
Hayat Mohamed Nur (8),

                    Defendants.

## COURT MINUTES
BEFORE:  Tony N. Leung
U.S. Magistrate Judge

Case No:          22-cr-124 (NEB/TNL)
Date:               August 21, 2023
Court Reporter:   Brittany Blesener
Courthouse:       Minneapolis
Courtroom:        9W
Time:              9:49-11:26 a.m.
                      12:34-2:25 p.m.
Sealed Hearing Time: N/A
Time in Court:     3 Hours & 28 Minutes
Hearing Type: Evidentiary

APPEARANCES:
    Plaintiff:  Harry Jacobs and Matthew S. Ebert, Assistant U.S. Attorneys
    For Defendant Abdiaziz Shafii Farah (1): Ian S. Birrell, Retained
    For Defendant Mohamed Jama Ismail (2): Patrick L. Cotter, CJA
    For Defendant Mahad Ibrahim (3): William R. Dooling and William J. Mauzy, Retained
    For Defendant Abdimajid Mohamed Nur (4): Marsh J. Halberg, Retained
    For Defendant Said Shafii Farah (5): Clayton Carlson and Steven L. Schleicher, Retained
    For Defendant Abdiwahab Maalim Aftin (6): Andrew S. Garvis, Retained
    For Defendant Mukhtar Mohamed Shariff (7): Andrew H. Mohring and Frederick J. Goetz, CJA
    For Defendant Hayat Mohamed Nur (8): Michael J. Brandt, Retained


Deft(s). addtl briefs due:  **October 6, 2023**   Govt. addtl briefs due:  **November 3, 2023**

Non-Dispositive motions taken under advisement as of today:  **260, 233, 243, 253, 257, 259, 245, 248, 242, 252, 255, 263, 246, 236, 248**

Non-Dispositive motions taken under advisement as of **11/3/2023**:  **241, 229, 230**

Dispositive motions taken under advisement as of **11/3/2023**:  **250**


☒ ORDER TO BE ISSUED   ☐ NO ORDER TO BE ISSUED   ☒ R&R TO BE ISSUED   ☐ NO R&R TO BE ISSUED
    ☒ Exhibits retained by the Court   ☐ Exhibits returned to counsel

Additional Information:

**On or before August 31, 2023**, the parties shall advise the Court as to whether there is any agreement on the time for expert disclosures.

The Court heard testimony from U.S. Postal Inspector Peter Holt.  The Government offered and the Court received Government Exhibits A (sealed) and B.

*s/Emily*
Signature of Law Clerk
