UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

RECEIVED
MAR 20 2024
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Said Shafii Farah, et al,<br><br>Defendant. | Case No. 22-CR-00124(5) (NEB/TNL)<br><br>**MINNESOTA DEPARTMENT OF EDUCATION'S NOTICE OF MOTION AND MOTION TO QUASH** |

TO: DEFENDANT SAID SHAFII FARAH, BY AND THROUGH HIS ATTORNEYS STEVEN L. SHLEICHER AND CLAYTON J. CARLSON, MASLON LLP, 3300 WELLS FARGO CENTER, 90 SOUTH SEVENTH STREET, MINNEAPOLIS, MN 55402

YOU WILL PLEASE TAKE NOTICE THAT Third-Party Witness Minnesota Department of Education ("MDE") will bring a motion before the Honorable Nancy E. Brasel in Courtroom 13W of the Diana E. Murphy United States Courthouse, 300 South Fourth Street, Minneapolis, MN 55415, at 10:00 AM, on Friday, March 22, 2024, or as soon thereafter as counsel can be heard, for an order quashing the subpoena issued by Defendant Farah to MDE Commissioner Willie Jett, pursuant to Rule 17(c)(2) of the Federal Rules of Criminal Procedure.

MDE's motion shall be based upon all the files, memoranda, affidavits, records, and proceedings herein, including without limitation the memorandum and affidavits that will be filed within the time provided in the Amended Notice of Hearing (Doc. 357) regarding Defendant's Motion for an Order to show Cause (Doc. 355).

SCANNED
MAR 21 2024
U.S. DISTRICT COURT ST. PAUL

Dated: March 20, 2024                       Respectfully submitted,

                                            KEITH ELLISON
                                            Attorney General
                                            State of Minnesota

                                            s/ **Frank Langan**
                                            FRANK LANGAN
                                            Assistant Attorney General
                                            Atty. Reg. No. 0399106

                                            JOE WEINER
                                            Assistant Attorney General
                                            Atty. Reg. No. 0389181

                                            445 Minnesota Street, Suite 1400
                                            St. Paul, Minnesota 55101-2131
                                            (651) 300-7602 (Voice)
                                            (651) 297-4139 (Fax)
                                            frank.langan@ag.state.mn.us

                                            ATTORNEYS FOR MINNESOTA
                                            DEPARTMENT OF EDUCATION