UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MUKHTAR MOHAMED SHARIFF,<br><br>Defendants. | Case No.: 22-cr-124 (7) (NEB/TNL)<br><br>**DEFENDANT SHARIFF'S EXHIBIT LIST** |

| PRESIDING JUDGE<br>Judge Nancy E. Brasel | PLAINTIFF'S ATTORNEYS<br>Joeseph Thompson, Harry Jacobs, Chelsea Walcker, Matthew Ebert | DEFENDANT'S ATTORNEY<br>Frederick J. Goetz<br>Andrew H. Mohring |
|---|---|---|
| TRIAL DATE(S)<br>April 22, 2024 | COURT REPORTER<br>Renee Rogge | COURTROOM DEPUTY<br>Kristine Wegner |

| PLT. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | D7-001 | | | | Afrique Hospitality Group LLC Agreement (Bates No. D7-00001-00040) |
| | D7-002a | | | | Afrique Hospitality Group LLC Corporate filings (Bates No. D7-00041-00043) (Pl. Bates No. EML-00614130-00614132) |
| | D7-002b | | | | Afrique Hospitality Group LLC Corporate filings (Bates No. D7-00044-00046) (Pl. Bates No. EML-00614133-00614135) |
| | D7-003 | | | | Lease Agreement 1701 American Blvd (Bates No. D7-00047-00084) |
| | D7-004 | | | | 292 Design Group Proposal (Bates No. D7-00085-00087) (Pl. Bates No. GJS-00751923-00751925) |
| | D7-005 | | | | 292 Design Group Proposal, Revised 05.27.21 (Bates No. D7-00088-00089) (Pl. Bates No. GJS-00751932-00751933) |
| | D7-006 | | | | 292 Design Group Services Authorization (Bates No. D7-00090-00092) (Pl. Bates No. GJS-00752037-00752039) |
| | D7-007 | | | | 292 Design Group Project Manual (Bates No. D7-00093-00223) (Pl. Bates No. GJS-00752183-00752313) |
| | D7-008 | | | | 292 Design Group Design Plans (Bates No. D7-00224-00298) (Pl. Bates No. GJS-00752108-00752182) |

**EXHIBIT LIST – CONTINUATION**

| | | | | | |
|---|---|---|---|---|---|
| | D7-009 | | | | 292 Design Group Invoices (Bates No. D7-00299-00308) (Pl. Bates No. GJS-00756874-00756883)[1] |
| | D7-010 | | | | 292 Design Group Time by Job Summary (Bates No. D7-00309) (Pl. Bates No. GJS-00756904) |
| | D7-011 | | | | Contract Design & Co. Construction Contract (Bates No. D7-00310-00315) |
| | D7-012 | | | | Construction Disbursing Agreement (Bates No. D7-00316-00326) |
| | D7-013 | | | | Construction Loan Draw Request Form (Bates No. D7-00327-00337) |
| | D7-014 | | | | Construction Loan Draw Request Form (Bates No. D7-00338-00346) |
| | D7-015 | | | | Construction Loan Draw Request Form (Bates No. D7-00347-00356) |
| | D7-016 | | | | Construction Loan Draw Request Form (Bates No. D7-00357-00377) |
| | D7-017 | | | | Construction Loan Draw Request Form (Bates No. D7-00378-00401) |
| | D7-018 | | | | Video, Zawadi (Bates No. D7-00402) |
| | D7-019 | | | | Email, Mukhtar Shariff to Aimee Bock, 12.18.2020 (Bates No. D7-00403) (Pl. Bates No. EML-00613871) |
| | D7-020 | | | | Site Transfer request Form, 11.24.2020 (Bates No. D7-00404-00405) |
| | D7-021 | | | | Email, Mukhtar Shariff to Kara Lomen, 12.27.2020 (Bates No. D7-00406) (Pl. Bates No. EML-00613973) |
| | D7-022 | | | | Site Transfer Request, Dar Al Farooq, 09.2021 (Bates No. D7-00407) |
| | D7-023 | | | | Sysco Invoices (Bates No. D7-00408-00599) |
| | D7-024 | | | | Sysco Purchases (Bates No. D7-00600-00602) |
| | D7-025 | | | | U.S. Halal Foods Wholesale Food Distribution Invoices (Bates No. D7-00603-00611) |
| | D7-027 | | | | Omaar Wholesale Corporate Filings (Bates No. D7-00612) |
| | D7-028 | | | | Sahal Wholesales Inc. Invoices (Bates No. D7-00613-00625) |
| | D7-029 | | | | 7 CFR 226.20 11.24.2020 (Bates No. D7-00626-00638) |
| | D7-030 | | | | 7 CFR 226.20 03.6.2021 (Bates No. D7-00639-00651) |
| | D7-031 | | | | 7 CFR 226.20 10.01.2021 (Bates No. D7-00652-00663) |
| | D7-032 | | | | 7 CFR 226.20 01.27.2022 (Bates No. D7-00664-00675) |
| | D7-033 | | | | Video, Dar Al Farooq (Bates No. D7-00676) |
| | D7-034 | | | | Video, Dar Al Farooq (Bates No. D7-00677) |
| | D7-035 | | | | Video, Dar Al Farooq (Bates No. D7-00678) |
| | D7-036 | | | | Video, Dar Al Farooq (fast motion) (Bates No. D7-00679) |
| | D7-037 | | | | Photograph, meal packaging (Bates No. D7-00680) |

---

[1] Plaintiff's bates numbering is not in sequential order as defense counsel arranged the invoices chronologically.

**EXHIBIT LIST – CONTINUATION**

| | | | | | |
|---|---|---|---|---|---|
| | D7-038 | | | | Photograph, meal packaging (Bates No. D7-00681) |
| | D7-039 | | | | Photograph, meal packaging (Bates No. D7-00682) |
| | D7-040 | | | | Photograph, meal packaging (Bates No. D7-00683) |
| | D7-041 | | | | Photograph, meal packaging (Bates No. D7-00684) |
| | D7-042 | | | | Photograph, meal packaging (Bates No. D7-00685) |
| | D7-043 | | | | Photograph, meal packaging (Bates No. D7-00686) |
| | D7-044 | | | | Photograph, meal packaging (Bates No. D7-00687) |
| | D7-045 | | | | Photograph, meal packaging (Bates No. D7-00688) |
| | D7-046 | | | | Photograph, meal packaging (Bates No. D7-00689) |
| | D7-047 | | | | Video, Bloomington (Bates No. D7-00690) |
| | D7-048 | | | | Video, Bloomington (Bates No. D7-00691) |
| | D7-049 | | | | Video, Bloomington (Bates No. D7-00692) |
| | D7-050 | | | | Video, Bloomington (Bates No. D7-00693) |
| | D7-051 | | | | Video, Owatanna (Bates No. D7-00694) |
| | D7-052 | | | | Email and attachments, August 2021 Claim (Bates No. D7-00695-00711) |
| | D7-053 | | | | Email and attachments, August 2021 Claim (Bates No. D7-00712-00718) |
| | D7-054 | | | | Email and attachments, September 2021 Claim (Bates No. D7-00719-00725) |
| | D7-055 | | | | Email and attachments, October 2021 Claim (Bates No. D7-00726-00736) |
| | D7-056 | | | | Dar Al Farooq SFSP August 2021 Menu ( Bates No. D7-00737) |
| | D7-057 | | | | Lease Agreement 9124 Grand Ave. (Bates No. D7-00738-00760) |
| | D7-058 | | | | 2021 Tax Return, Mukhtar Shariff (Bates No. D7-00761-00795) |
| | D7-059 | | | | A&E Logistics Inc., Manual (Bates No. D7-00796-00900) |
| | D7-060 | | | | A&E Logistics Inc., United Carrier Registration Plan (Bates No. D7-00901) |
| | D7-061 | | | | A&E Logistics Inc., Form BOC-3 (Bates No. D7-00902-00905) |
| | D7-062 | | | | Small Business Loan Agreement (Bates No. D7-00906-00907) |
| | D7-063 | | | | Cashier's Check, BOA, dated June 9, 2021 (Bates No. D7-00908-00909) (Pl. Bates No. GJS-00942836-00942837) |
| | D7-064 | | | | Cashier's Check, BOA, dated April 9, 2022 (Bates No. D7-00910-00911) (Pl. Bates No. GJS-00942832-000942833) |
| | D7-065 | | | | Expert Report of Paul Vaaler (Bates No. D7-00912-01002) |
| | D7-066 | | | | CV of Jill DeSanto (Bates No. D7-01003-01004) |
| | D7-067 | | | | Expert Report of Jill DeSanto and attachments (Bates No. D7-01005-01008) |

**EXHIBIT LIST – CONTINUATION**

|  |  |  |  |  |  |
|--|--|--|--|--|--|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |