UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| UNITED STATES OF AMERICA<br>v.<br>ABDIAZIZ SHAFII FARAH,<br>MOHAMED JAMA ISMAIL,<br>MAHAD IBRAHIM,<br>ABDIMAJID MOHAMED NUR,<br>SAID SHAFII FARAH,<br>ABDIWAHAB MAALIM AFTIN,<br>MUKHTAR MOHAMED SHARIFF, and<br>HAYAT MOHAMED NUR | **DEFENDANT ABDIAZIZ SHAFII FARAH'S EXHIBIT LIST**<br><br>Case Number: 22-cr-124 (NEB/TNL) |

| PRESIDING JUDGE<br>The Honorable Nancy E. Brasel | PLAINTIFF'S ATTORNEY<br>Joseph H. Thompson<br>Matthew S. Ebert<br>Harry M. Jacobs<br>Chelsea A. Walcker | DEFENDANT'S ATTORNEY<br>Andrew S. Birrell<br>Ian S. Birrell<br>Patrick L. Cotter<br>William J. Mauzy<br>William R. Dooling<br>Edward V. Sapone<br>Joseph S. Friedberg<br>Michael Vitaliano<br>Clayton Carlson<br>Andrew S. Garvis<br>Andrew H. Mohring<br>Frederick J. Goetz<br>Michael J. Brandt |
|---|---|---|
| TRIAL DATE (S)<br>Apr. 22, 2024 | COURT REPORTER<br>Renee Rogge | COURTROOM DEPUTY<br>Kristine Wegner |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | D1-1 | | | | Lease |
| | D1-2 | | | | Articles of Organization |
| | D1-3 | | | | State of MN Acknowledgement |
| | D1-4 | | | | State of MN SOS Confirmation |
| | D1-5 | | | | Secretary of State Certificate of Organization |
| | D1-6 | | | | Partnership Agreement |
| | D1-7 | | | | Equipment Rental Agreement - Empire Cuisine Edge Cuisine |

|  | D1-8 |  |  |  | Ryder Truck Rental History |
|---|---|---|---|---|---|
|  | D1-9 |  |  |  | Mahir Logistics Inc Invoices |
|  | D1-10 |  |  |  | A&E Logistics Invoices |
|  | D1-11 |  |  |  | Empire Fire Inspection Report (Signed) |
|  | D1-12 |  |  |  | Emails (Jan 2020) re Plumbing Inspection Report and ADA Compliance |
|  | D1-13 |  |  |  | Emails (Feb 2020) re Plumbing Final Inspection |
|  | D1-14 |  |  |  | Emails (Apr 2020) re Inspection report (Electrician) |
|  | D1-15 |  |  |  | Emails (Apr 2020) re Inspection report (Cont) |
|  | D1-16 |  |  |  | Emails (Apr 2020) re Inspection report (Cont - 2) |
|  | D1-17 |  |  |  | Emails (May 2020) re Final Inspect (Scheduling ADA Compliance) |
|  | D1-18 |  |  |  | Emails (Jun 2020) re MDH Inspect Report (Health Inspection) |
|  | D1-19 |  |  |  | Emails re Payroll, IRS Payments; Attached Employee Roster |
|  | D1-20 |  |  |  | Emails with Accountant re Payroll Check Stubs; Attached Paystub |
|  | D1-21 |  |  |  | Jabir Jeylani Abdihakim Payroll |
|  | D1-22 |  |  |  | Selected Empire 1099s |
|  | D1-23 |  |  |  | Economy Restaurant Supply Co - Empire Invoices |
|  | D1-24 |  |  |  | Selected Site Authorization Forms |
|  | D1-25 |  |  |  | CACFP Contact - Empire - TFMI |
|  | D1-26 |  |  |  | DRAFT CACFP Contract Empire-Bock |
|  | D1-27 |  |  |  | DRAFT FOF CACFP Contract Empire-Bock |
|  | D1-28 |  |  |  | SFSP Contract - Empire - Partners |
|  | D1-29 |  |  |  | SFSP Contract - Empire - Partners (2) |
|  | D1-30 |  |  |  | Box and Contract - Empire and FOF - Oak Leaf Park |
|  | D1-31 |  |  |  | CACFP Contract Partners-Empire-Albright |
|  | D1-32 |  |  |  | Contract Supplement Partners-Scarver-Highland |

| | | | | | |
|---|---|---|---|---|---|
| | D1-33 | | | | Contract Supplement Partners-Empire |
| | D1-34 | | | | Empire Vendor Catering Contract - SFSP |
| | D1-35 | | | | Empire-Nur Consulting Contract |
| | D1-36 | | | | TTA-Nur Consulting Contract |
| | D1-37 | | | | Bushra-Nur Consulting Contract |
| | D1-38 | | | | Bushra-Empire-Nur Consulting Contract |
| | D1-39 | | | | Bushra-Mizal Consulting Contract |
| | D1-40 | | | | eCFR 225 as of 12-1-21 |
| | D1-41 | | | | eCFR 226 as of 12-1-21 |
| | D1-42 | | | | eCFR 226 excerpt |
| | D1-43 | | | | USDA FNS Guidance for Local and State Agencie on 60-Day Claim Submission and 90-Day Reporting |
| | D1-44 | | | | FRAC Summary of USDAs Nationwide Child Nutrition Waivers in Response to COVID-19 |
| | D1-45 | | | | Emails (July 2020) re Waiver Extension |
| | D1-46 | | | | Waiver - Meal Service Time Flexibility |
| | D1-47 | | | | Waiver - Meal Pattern Flexibility |
| | D1-48 | | | | Waiver - Parents Allowed to Pick Up |
| | D1-49 | | | | Waiver - Non-Congregate Meal Service |
| | D1-50 | | | | USDA SFSP Administration Guide 2016 |
| | D1-51 | | | | USDA Site Supervisor's Guide 2017 |
| | D1-52 | | | | USDA Nutrition Guide 2018 |
| | D1-53 | | | | USDA SFSP Site Agency Monitor Guide 2017 |
| | D1-54 | | | | USDA SFSP Sponsor Monitor's Guide 2017 |
| | D1-55 | | | | Selected Empire USBank Records |
| | D1-56 | | | | VIDEO - From Partners - Training to Empire on How to Input Food Production Records |
| | D1-57 | | | | VIDEO - From Partners - How to Enter Multi-Meal Packs for Reimbursement |

| | | | | | |
|---|---|---|---|---|---|
| | D1-58 | | | | VIDEO - From Partners - How to Enter Menus |
| | D1-59 | | | | Required Civil Rights Training Signature Sheet |
| | D1-60 | | | | Partners in Quality Care - CACFP Annual Training Signature Sheet (Staff) |
| | D1-61 | | | | TTA Summer Food Service Basic Training Manual |
| | D1-62 | | | | USDA SFSP Training Checklist for Administrative Staff |
| | D1-63 | | | | SFSP Training Packet |
| | D1-64 | | | | USDA Site Monitor Packet |
| | D1-65 | | | | Partners in Quality Care - At-Risk Afterschool Training Book |
| | D1-66 | | | | Partners in Quality Care - CACFP Training and Samaha Site Form Opening |
| | D1-67 | | | | (Selected) Empire - AfroProduce - InvoicesChecksReceipts |
| | D1-68 | | | | (Selected) Bushra - AfroProduce - InvoicesChecksReceipts |
| | D1-69 | | | | (Selected) Empire - AnzaInternational - DemandLetter Invoices Receipts |
| | D1-70 | | | | Empire - Asahal- StatementOfAccounts Invoices Receipts |
| | D1-71 | | | | Empire - CaptitalImportsLLC - Invoices |
| | D1-72 | | | | TTA - SamsClub - Purchase Log |
| | D1-73 | | | | Empire - FreshFoodXpress - Invoices |
| | D1-74 | | | | Empire - GoldStar - Invoices DemandLetter StatementOfAccounts |
| | D1-75 | | | | Empire - LincolnTradingInternational - Invoices |
| | D1-76 | | | | Empire - MinnesotaFoodGrocery - Invoices DemandLetter |
| | D1-77 | | | | Empire - MinnesotaHalal Meat - Invoices |
| | D1-78 | | | | Empire - RestauranDepot (Jetro) - Purchase Log |
| | D1-79 | | | | Empire - OmaarWholesalers - StatementOfAccount Invoices |
| | D1-80 | | | | Empire - Sams Club Purchases Jan 2020 - Jan 2022 |
| | D1-81 | | | | EmpireAfrique - Sysco Purchases (Farah Copy) |
| | D1-82 | | | | EmpireAfrique - Sysco Purchases (GJS Copy) |

| | | | | |
|---|---|---|---|---|
| D1-83 | | | | Empire - TortilleriaLaPerla - Quickbooks Transaction Report |
| D1-84 | | | | Empire - UpperLakes - Invoices Texts BankPaymentDocs |
| D1-85 | | | | Empire - Workinesh - Invoices |
| D1-86 | | | | Selected Afrique InvoicesReceipts |
| D1-87 | | | | CLiCS 2 Applications -- Feeding Our Future, City of Burnsville Cliff Fen Park |
| D1-88 | | | | Minnesota Dpt of Education - Instructions for Uploading Files to the CLiCS |
| D1-89 | | | | CLiCS 2 Applications -- Partners in Nutrition, Albright Townhomes |
| D1-90 | | | | CLiCS 2 Applications -- Partners in Nutrition, Empire Cuisine |
| D1-91 | | | | CLiCS 2 -- Example Claims Page -- Thompson County Park |
| D1-92 | | | | Empire Packing Spreadsheet |
| D1-93 | | | | Empire - Approved Menus with Substitutions |
| D1-94 | | | | Winfield Albright Brooklyn Park Menu Calendars |
| D1-95 | | | | Empire-Winfield 3 Day Meal Pack Instructions |
| D1-96 | | | | Empire-Winfield 4 Day Meal Pack Instructions |
| D1-96 | | | | Empire-Winfield Grocery Delivery SFSP Menu Oct 2020 |
| D1-97 | | | | Empire-Winfield Townhomes SFSP Menu April 2021 |
| D1-98 | | | | Blank Monthly PIN Claims Checklist SFSP |
| D1-99 | | | | Monthly PIN Claims Checklist |
| D1-100 | | | | Blank Monthly PIN Claims Checklist CACFP |
| D1-101 | | | | Blank Monthly PIN Claims Checklist CACFP v2 |
| D1-102 | | | | FOF Site Files, Pre Operational Site Visits, Other Documents 2020 Heaven Child Care Center |
| D1-103 | | | | MDE Site Monitoring Form CACFP |
| D1-104 | | | | FOF Training and Monitoring Manual |
| D1-105 | | | | Feeding Our Future - Monitoring Visits Manual |
| D1-106 | | | | FOF - Monitoring Form - Cedar Childcare - FY20 Trimester 3 and Associated Documents |

| | | | | | |
|---|---|---|---|---|---|
| | D1-107 | | | | Partners - Empire - Monitoring Form for Multi-Site Sponsors (St Cloud Somali Athletic Club) |
| | D1-108 | | | | Monitoring Form - As-Sunnah 1-21 |
| | D1-109 | | | | Monitoring Form - Betel Oromo 5-21 |
| | D1-110 | | | | Monitoring Form - Betel Oromo 10-21 |
| | D1-111 | | | | Monitoring Form - Cedar Run 9-21 |
| | D1-112 | | | | Monitoring Form - Cedar Run 10-21 |
| | D1-113 | | | | Monitoring Form - Empire-Scott Park 10-21 |
| | D1-114 | | | | Monitoring Form - Four Seasons - 9-21 |
| | D1-115 | | | | Monitoring Form - Cooper CourtHeather Court 1-22 |
| | D1-116 | | | | Monitoring Form - Heather Court 9-21 |
| | D1-117 | | | | Monitoring Form - Heather Court 10-21 |
| | D1-118 | | | | Monitoring Form - Intown Childcare 7-20 |
| | D1-119 | | | | Monitoring Form - Intown Childcare 8-21 |
| | D1-120 | | | | Monitoring Form - Intown Childcare 11-21 |
| | D1-121 | | | | Monitoring Form - La Cruz 10-21 |
| | D1-122 | | | | Monitoring Form - MCS 2-21 |
| | D1-123 | | | | Monitoring Form - Mind Foundry Owatona 5-21 |
| | D1-124 | | | | Monitoring Form - Parkview Heights 1-22 |
| | D1-125 | | | | Monitoring Form - Parkview Heights 9-21 |
| | D1-126 | | | | Monitoring Form - Parkview Heights 10-21 |
| | D1-127 | | | | Monitoring Form - Samaha Islamic Center 1-22 |
| | D1-128 | | | | Monitoring Form - Samaha Islamic Center 10-21 |
| | D1-129 | | | | Monitoring Form - Scott Park - 10-21 |
| | D1-130 | | | | Monitoring Form - Shamrock Court Apartments- 10-21 |
| | D1-131 | | | | Monitoring Form - St Cloud Somali Athletic Club 11-21 |

| | | | | | |
|---|---|---|---|---|---|
| | D1-132 | | | | Monitoring Form Success Academy - 12-20 |
| | D1-133 | | | | Monitoring Form Tot Park - 6-21 |
| | D1-134 | | | | Monitoring Form - Winfield Townhomes - 10-21 |
| | D1-135 | | | | Monitoring Form - Woodbridge - 1-22 |
| | D1-136 | | | | Monitoring Form - Woodbridge - 9-21 |
| | D1-137 | | | | Monitoring Form - Woodbridge - 10-21 |
| | D1-138 | | | | MDE-Partners Guidance - Monitor Procedures |
| | D1-139 | | | | Daily Site Delivery Receipt (Intown Child Care) |
| | D1-140 | | | | Daily Site Delivery Receipt (Future Scholars Childcare) |
| | D1-141 | | | | Summer Food Service Program - Site Delivery Receipts |
| | D1-142 | | | | August-Selected Summer MealCounts and Delivery Receipts |
| | D1-143 | | | | 62-cv-23-863 - Bock's Answer, Counterclaims, and Jury Demand |
| | D1-144 | | | | Emails between Abdiaziz Farah and Kara Lomen (Extracted) |
| | D1-145 | | | | Emails between Abdiaziz Farah and Mahad Ibrahim-atMindFoundry (Extracted) |
| | D1-146 | | | | Chats between Abdiaziz Farah and Julius Scarver (Extracted) |
| | D1-147 | | | | Emails between Abdiaziz Farah and Julius Scarver (Extracted) |
| | D1-148 | | | | Chats between Abdiaziz Farah and Hadith Ahmed (Extracted) |
| | D1-149 | | | | Emails between Abdiaziz Farah and Hadith Ahmed (Extracted) |
| | D1-150 | | | | Emails between Abdiaziz Farah and Adeline Grier-Welch (Extracted) |
| | D1-152 | | | | Emails between Abdiaziz Farah and Bianca Scott (Extracted) |
| | D1-153 | | | | Connections - News from the Association of Metropolitan School Districts - Aug 2021 |
| | D1-154 | | | | Facebook - St. Paul Public Schools - Sep. 4 2020 |
| | D1-155 | | | | Facebook - St. Paul Public Schools - Oct. 10 2020 |
| | D1-156 | | | | Facebook - St. Paul Public Schools - Aug. 31 2021 |
| | D1-157 | | | | 22-cv-02195-JRT-JFD - Exhibit J - 9-8-22 |

| | | | |
|---|---|---|---|
| D1-158 | | | Emails between Abdiaziz Farah and Edgar H (Extracted) |
| D1-159 | | | US Postal Inspection Service - Memorandum of Interview - Chantelle Cavender |
| D1-160 | | | Email (Dec 2020) from Christine Otte to Kara Lomen and Abdiaziz Farah Re food distribution at Winfield |
| D1-161 | | | Letter from Christine Otte - Feb 5 2021 |
| D1-162 | | | Email (Apr 2020) from Abdiaziz Farah to Kara Lomen and Adeline Grier-Welch re Empire Menu-DRAFT |
| D1-163 | | | Email (Apr 2020) from Adeline Grier-Welch to Abdiaziz Farah and Others |
| D1-164 | | | Emails (Jun 2020) between Kara Lomen and Mahad Ibraim |
| D1-165 | | | Emails (Jul 2020) between Abdiaziz Farah, Kara Lomen, Mahad Ibrahim, Adeline Grier-Welch |
| D1-166 | | | Emails (Jul 2020) between Adeline Grier-Welch, Robyn Tousignant, Kara Lomen, Jodie Luzum |
| D1-167 | | | Emails (Jul 2020) between Mahad Ibrahim, Kara Lomen, and Abdiaziz Farah |
| D1-168 | | | Emails (Aug 2020) between Kara Lomen and Abdiaziz Farah |
| D1-169 | | | Emails (Aug 2020) between Kara Lomen, Mahad Ibrahim, and Abdiaziz Farah |
| D1-170 | | | Emails (Sep 2020) between Kara Lomen and Abdiaziz Farah |
| D1-171 | | | Emails (Sep 2020) between Emily Honer, Maged Hanafi, Michael Meltzer |
| D1-172 | | | Emails (Oct 2020) between Kara Lomen, FNS Administrator, Jodie Luzum |
| D1-173 | | | Emails (Dec 2020) between Abdiaziz Farah, Kara Lomen, Adeline Grier-Welch, Julius Scarver, |
| D1-174 | | | Emails (Jan 2021) between Abdiaziz Farah and Kara Lomen |
| D1-175 | | | Emails (Jan 2021) between Abdiaziz Farah, Fatima Mohamud, and Mahad Ibrahim |
| D1-176 | | | Emails (Jan 2021) between Cindy Anderson, Kara Lomen, Dan Smeriglio, and Jodie Luzum |
| D1-177 | | | Emails (Jan 2021) between Adeline Grier-Welch, Kara Lomen, Mahad Ibrahim, Abdiaziz Farah, Jodie Luzum, and Julius Scarver |
| D1-178 | | | Emails (Feb 2021) between Mahad Ibrahim, Anthony Cordoba, Derek Czapiewski, Abdiaziz Farah |
| D1-179 | | | Emails (Feb 2021) between Mahad Ibrahim, Anthony Cordoba, Derek Czapiewski, Abdiaziz Farah |
| D1-180 | | | Emails (Feb 2021) between Mahad Ibrahim, Anthony Cordoba, Derek Czapiewski, Abdiaziz Farah |
| D1-181 | | | Emails (Feb 2021) between Mahad Ibrahim, Anthony Cordoba, Derek Czapiewski, Abdiaziz Farah |
| D1-182 | | | Emails (Feb 2021) between Mahad Ibrahim, Anthony Cordoba, Derek Czapiewski, Abdiaziz Farah |

8

| | | | | |
|---|---|---|---|---|
| | D1-183 | | | Emails (Feb 2021) between Mahad Ibrahim, Anthony Cordoba |
| | D1-184 | | | Emails (Apr 2021) between Abdiaziz Farah, Hadith Ahmed, Abdi Nur, CACFP Claims |
| | D1-185 | | | Emails (Apr 2021) between Abdiaziz Farah, Mahad Ibrahim, Julius Scarver, Kara Lomen |
| | D1-186 | | | Emails (June 2021) between Abdiaziz Farah, Mahad Ibrahim, Kara Lomen, Jessica Cocoran |
| | D1-187 | | | Emails (June 2021) between Abdiaziz Farah, Mahad Ibrahim, Kara Lomen, Jodie Luzum, Bianca Scott |
| | D1-188 | | | Emails (June 2021) between Bianca Scott, Abdi Nur, Mahad Ibrahim |
| | D1-189 | | | Emails (July 2021) between Kara Lomen, Abdiaziz Farah, Mahad Ibrahim |
| | D1-190 | | | Emails (July 2021) between Mahad Ibrahim, Bianca Scott, Fatima Mohamud |
| | D1-191 | | | Emails (July 2021) between Jodie Luzum, Kara Lomen, Bianca Scott |
| | D1-192 | | | Emails (July 2021) between Abdiaziz Farah, Mahad Ibrahim, Mukhtar Sharif, Bianca Scott |
| | D1-193 | | | Emails (July 2021) between Abdiaziz Farah, Mahad Ibrahim, Kara Lomen, Bianca Scott |
| | D1-194 | | | Emails (July 2021) between Sade Hashi, Jodie Luzum |
| | D1-195 | | | Emails (July 2021) between Mahad Ibrahim, Mukhtar Sharif, Abdiaziz Farah, Second Harvest |
| | D1-196 | | | Emails (Aug 2021) between Abdiaziz Farah, Abdi Nur, Abdirahman Mukhtar |
| | D1-197 | | | Emails (Jun 2021) between Mahad Ibrahim, Anthony Cordoba, Derek Czapiewski, Mukhtar Shariff, Abdiaziz Farah |
| | D1-198 | | | Emails (Sep 2021) between Jessica Corcoran, Kara Lomen, Jodie Luzum, Bianca Scott, Mukhtar Shariff, Abdiaziz Farah |
| | D1-199 | | | Emails (Sep 2021) between Jessica Corcoran, Kara Lomen, Jodie Luzum, Bianca Scott, Mukhtar Shariff, Abdiaziz Farah |
| | D1-200 | | | Emails (Sep 2021) between Jessica Corcoran, Kara Lomen, Jodie Luzum, Bianca Scott, Mukhtar Shariff, Abdiaziz Farah |
| | D1-201 | | | Emails (Sep 2021) between Kara Lomen, Bianca Scott, Mahad Ibrahim, Abdiaziz Farah, Marwa Issa, Xavier Munoz |
| | D1-202 | | | Emails (Sep 2021) between Abdiaziz Farah, Abdi Nur, Kara Lomen |
| | D1-203 | | | Emails (Sep 2021) between Kara Lomen, Abdiaziz Farah, Mahad Ibrahim, Bianca Scott, Abdi Nur, Hayat Nur |
| | D1-204 | | | Emails (Sep 2021) between Abdiaziz Farah, Robyn Tousignant, Kara Lomen, Mahad Ibrahim, Bianca Scott |
| | D1-205 | | | Emails (Oct 2021) between Xavier Munoz, Abdiaziz Farah, Bianca Scott, Mahad Ibrahim |
| | D1-206 | | | Emails (Oct 2021) between Abdiaziz Farah, Bianca Scott, Mahad Ibrahim |
| | D1-207 | | | Emails (Oct 2021) between Edgar Huichapa, Abdiaziz Farah, Mahad Ibrahim, and Bianca Scott |

9

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | D1-208 |  |  |  | Emails (Oct 2021) between Philipo Dyauli, Julius Scarver, Abdiaziz Farah |
|  | D1-209 |  |  |  | Emails (Nov 2021) between Abdiaziz Farah, Philipo Dyauli, Julius Scarver, Kara Lomen |
|  | D1-210 |  |  |  | Emails (Nov 2021) between Abdiaziz Farah, Philipo Dyauli, Julius Scarver |
|  | D1-211 |  |  |  | Emails (Nov 2021) between Abdiaziz Farah, Philipo Dyauli, Julius Scarver |
|  | D1-212 |  |  |  | Emails (Nov 2021) between Abdiaziz Farah, Philipo Dyauli, Julius Scarver, Edgar Huichapa, Madina Ali |
|  | D1-213 |  |  |  | Emails (Nov 2021) between Abdiaziz Farah, Julius Scarver |
|  | D1-214 |  |  |  | Emails (Nov 2021) between Abdiaziz Farah, Julius Scarver |
|  | D1-215 |  |  |  | Emails (Nov 2021) between Abdiaziz Farah, Fatima Mohamud, Abdi Nur, Kara Lomen, Bianca Scott, Mahad Ibrahim |
|  | D1-216 |  |  |  | Emails (Dec 2021) between Abdiaziz Farah, Kara Lomen |
|  | D1-217 |  |  |  | Emails (Dec 2021) between Abdiaziz Farah, Bianca Scott, Afrique Operations, Mukhtar Sharif, Others |
|  | D1-218 |  |  |  | Emails (Feb 2022) between Abdirizak Diis, Kara Lomen |
|  | D1-219 |  |  |  | Emails (Feb 2022) between Al-AminMasjid Samaha Islamic Center, Kara Lomen |
|  | D1-220 |  |  |  | Box - Monthly Claim Packet - Dar Al Farooq - Sep 21 |
|  | D1-221 |  |  |  | Box - Monthly Claim Packet - Heaven Childcare - Nov 20 |
|  | D1-222 |  |  |  | Box - Monthly Claim Packet - Heaven Childcare - Mar 21 |
|  | D1-223 |  |  |  | Box - Monthly Claim Packet - Madina Grocery & Restaurant - Apr 21 |
|  | D1-224 |  |  |  | Box - Monthly Claim Packet - Heaven Childcare (w Monitoring) |
|  | D1-225 |  |  |  | Box - Monthly Claim Packet - Cliff Fen Park |
|  | D1-226 |  |  |  | FOF - Monthly Claim Packet |
|  | D1-227 |  |  |  | artners CACFP Training and Site Form Opening Instructions |
|  | D1-228 |  |  |  | Box - Monthly Claim Packet - Dakota Learning Center |
|  | D1-229 |  |  |  | Box - Monthly Claim Packet - Star Learning Center |
|  | D1-230 |  |  |  | Email from Abdiaziz Farah (Aug 2021) with July 2021 Empire Summer Food July Claim (and Supporting Documents) |
|  | D1-231 |  |  |  | Restaurant Depot - Empire Purchase Log |
|  | D1-232 |  |  |  | Email from Mahad Ibrahim (Jul 2021) - Ali Diriye, Abdulahi Osman, Abdiaziz Farah, Mukhtar Sharif - Re-Warehouse operation |

|  | | | | | |
|---|---|---|---|---|---|
|  | D1-233 | | | | Owatonna Public Schools Letter of Support of Partnership |
|  | D1-234 | | | | Photograph of Pallets of Food (at Plymouth Academy, Frances Davis |
|  | D1-235 | | | | Photograph of Food Packing and Distribution Operations (231 Photos) |
|  | D1-236 | | | | Videos of Food Packing and Distribution Operations (154 Videos) |