# United States District Court
## STATE AND DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA
**v.**
Abdiaziz Farah et al.,

DEFENDANT ABDIWAHAB AFTIN'S
EXHIBIT LIST

Criminal No. 22-124 (NEB/TNL)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Hon. Nancy Brasel | Joseph Thompson, AUSA | Andrew S. Garvis, Esq. |
| HEARING DATE | COURT REPORTER | COURTROOM DEPUTY |
| April 22, 2024 | | Kristine Wegner |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | 6-1 | | | | Bushra Formation Secretary of State and transfer solely to Said Farah |
| | 6-2 | | | | Itinerary Plane Flight Abdiwahab February 2021 |
| | 6-3 | | | | Loan Agreement Medina Grocery |
| | 6-4 | | | | Check from Medina Grocery |
| | 6-5 | | | | Letter evidencing Loan to Abdiwahab Aftin from Open Arms |
| | 6-6 | | | | Checks written by Abdiwahab Aftin out of personal account |
| | 6-7 | | | | Capital View Apartments and wire transfer |
| | 6-8 | | | | Loan to Abdi from Empire Cuisine |
| | 6-9 | | | | Check from Empire Cuisine |
| | 6-10 | | | | 1099 Abdiwahab Aftin 2021 Empire Cuisine |
| | 6-11 | | | | 1099s Bushra (2021) |
| | 6-12 | | | | Additional 1099's Bushra (2021) |
| | 6-13 | | | | Abdiwahab 2021 Personal Tax Returns |
| | 6-14 | | | | Bushra 2021 Tax Return |
| | 6-15 | | | | Somali Settlement Contract |
| | 6-16 | | | | Videos' from Abdiwahab phone of food at warehouse and sites |
| | 6-17 | | | | Pictures of food from Warehouse from Abdiwahab's phone |
| | 6-18 | | | | Invoices from AFC Foods |
| | 6-19 | | | | Invoices from Afro Produce |
| | 6-20 | | | | Bushra Check from Sadammz Trucking |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | 6-21 | | | | Bushra Check to Dreamland Grocery |
| | 6-22 | | | | Bushra Check to Getway Trucking |
| | 6-23 | | | | Bushra Check to Robbinsdale Food |
| | 6-24 | | | | Bushra Checks to Afro Produce |
| | 6-25 | | | | Bushra Checks to AFC Foods |
| | 6-26 | | | | Bushra Checks New Produce Learning |
| | 6-27 | | | | Bushra Checks to Said reimbursement |
| | 6-28 | | | | Bushra Checks to Abdiwahab Aftin reimbursement |
| | 6-29 | | | | Bushra Checks to Alumu Distribution |
| | 6-30 | | | | Bushra Check to As Sunnah Islamic Center |
| | 6-31 | | | | Bushra Check to Bat El Afram Oromo Evangelical |
| | 6-32 | | | | Bushra Check to BBI LLC |
| | 6-33 | | | | Bushra Check to Cafi Fashion |
| | 6-34 | | | | Bushra Checks to Goldstar Distributions |
| | 6-35 | | | | Bushra Checks to Idriss Omar |
| | 6-36 | | | | Bushra Checks to Manmabuyu LLC |
| | 6-37 | | | | Bushra Checks to Rass Moua |
| | 6-38 | | | | Bushra Checks to Sahal Groceries |
| | 6-39 | | | | Bushra Checks to Seba Star Groceries |
| | 6-40 | | | | Bushra Invoices and check Islamic Society of Marshall |
| | 6-41 | | | | Bushra Invoices and checks Somali Athletic |
| | 6-42 | | | | Bushra Invoices Somali Resettlement Minneapolis |
| | 6-43 | | | | Bushra Invoices Somali Resettlement Wilmar |
| | 6-44 | | | | Bushra Invoices Somali Resettlement Rochester |
| | 6-45 | | | | Bushra Invoices Somali Resettlement Orono |
| | 6-46 | | | | Bushra Invoices Empire Cuisine |
| | 6-47 | | | | Empire Checks to Bushra for invoice payments |
| | 6-48 | | | | Kilimanjaro Restaurant checks to Bushra |
| | 6-49 | | | | Invoice Afrique Hospitality and check to Afrique |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
|  | 6-50 |  |  |  | Invoice Alsi Fine Food and check to Alsi |
|  | 6-51 |  |  |  | Invoice Dau-Huda Cargo and check to Dau-Huda |
|  | 6-52 |  |  |  | Invoices Diis Transportation and checks to Diss |
|  | 6-53 |  |  |  | Invoice Moonlight Investment and checks to Moonlight Investment |
|  | 6-54 |  |  |  | Invoice Spice Bar |
|  | 6-55 |  |  |  | Invoices upper Lakes foods |
|  | 6-56 |  |  |  | Invoices AFC Milk |
|  | 6-57 |  |  |  | Invoice Afla Community Program and checks |
|  | 6-58 |  |  |  | Invoices Budget |
|  | 6-59 |  |  |  | Invoices Digaale Groceries and checks |
|  | 6-60 |  |  |  | Invoices Dreamland Grocery |
|  | 6-61 |  |  |  | Invoices Goldstar Grocery |
|  | 6-62 |  |  |  | Invoices Manmabuyu LLC |
|  | 6-63 |  |  |  | Mizral Consulting checks |
|  | 6-64 |  |  |  | Invoices MN Foods |
|  | 6-65 |  |  |  | Invoices and checks Nur Consulting |
|  | 6-66 |  |  |  | Invoices Omaar Grocery |
|  | 6-67 |  |  |  | Invoices Robbinsdale Food Market |
|  | 6-68 |  |  |  | Invoices Xogmaal Productions and checks marketing |
|  | 6-69 |  |  |  | Mizral Consulting Agreement |
|  | 6-70 |  |  |  | Nur Consulting Agreement |