# UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

*United States of America*
v.
*Mahad Ibrahim*

**DEFENDANT MAHAD IBRAHIM'S EXHIBIT LIST**

Case Number: 22-CR-124(3)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| The Honorable Nancy E. Brasel | Joseph H. Thompson<br>Matthew S. Ebert<br>Harry M. Jacobs<br>Chelsea A. Walcker | William J. Mauzy<br>William R. Dooling |
| TRIAL DATE (S)<br>April 22, 2024 | COURT REPORTER<br>Renee Rogge | COURTROOM DEPUTY<br>Kristine Wegner |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | | | | | **Government Discovery** |
| | D3-1 | | | | 1/21/20 Email from Mahad Ibrahim / Subject: Keep confidential [EML-00550857] |
| | D3-2 | | | | Document entitled "Somali Rice cooking for line" [EML-00550860] |
| | D3-3 | | | | Document entitled "Jambo! Kitchen Take Out and Delivery" [EML-00550861] |
| | D3-4 | | | | 2/8/20 Email from Mahad Ibrahim / Subject: Re: Following up [EML-00551316] |
| | D3-5 | | | | 3/18/20 Email from Mahad Omar / Subject: Fwd: Latest Childcare intel. Erin Bailey notes. Public messaging guidance [EML-00554049] |
| | D3-6 | | | | 4/4/20 Email from Mahad Ibrahim / Subject: Developing a tech-based response to Covid-19 in Africa [EML-00554612] |
| | D3-7 | | | | 5/22/20 Email from Mahad Ibrahim / Subject: Re: New Sites [EML-00558207] |
| | D3-8 | | | | 6/12/20 Email from Tristan Scammell / Subject: Re: MindFoundry Videos [EML-00558882] |
| | D3-9 | | | | 6/25/20 Email from Rashida Bobb / Subject: Re: Hey is there a number I can reach you at [EML-00559311] |
| | D3-10 | | | | Partners in Quality Care Required CACFP Annual Training Signature Sheet [EML-00559982] |
| | D3-11 | | | | 7/21/20 Email from Tristan Scammell / Subject: Re: Hi [EML-00560233] |
| | D3-12 | | | | 8/5/20 Email from Mahad Ibrahim / Subject: Re: Dar us Salam [EML-00560794] |
| | D3-13 | | | | 9/2/20 Email from Mahad Ibrahim / Subject: Cultural Sensitivity PPT [EML-00561643] |
| | D3-14 | | | | Document entitled "Incorporating Culturally Sensitive Practices in the Classroom" [EML-00561644] |
| | D3-15 | | | | 9/3/20 Email from Mahad Ibrahim / Subject: Check with bank account info [EML-00561714] |
| | D3-16 | | | | 2/6/20 Mind Foundry Learning INC check [EML-00561715] |
| | D3-17 | | | | 9/21/20 Email from Mahad Ibrahim / Subject: Re: Reaching out [EML-00562113] |
| | D3-18 | | | | 9/29/21 Email from Mahad Ibrahim / Subject: Meal pattern [EML-00569601] |
| | D3-19 | | | | 2/1/21 Email from Mahad Ibrahim / Subject: Re: Asalamau alaykum [EML-00569876] |

| | | | | |
|---|---|---|---|---|
| | D3-20 | | | 2/9/21 Email from Anthony Cordoba / Subject: RE: Milk program and connecting with Empire Foods CEO [EML-00570591] |
| | D3-21 | | | 2/12/21 Email from Bianca Scott / Subject: Agenda and meeting times [EML-00570742] |
| | D3-22 | | | Document entitled "Agenda" [EML-00570743] |
| | D3-23 | | | 2/17/21 Email from Mahad Ibrahim / Subject: Re: Draft Narrative [EML-00571165] |
| | D3-24 | | | 2/19/21 Email from Abdiaziz Farah / Subject: Fwd: Think Tech Act Logo & Apparel [EML-00571342] |
| | D3-25 | | | 2/20/21 Email from Ramkumar Ramakrishnan / Subject: Adam's task list [EML-00571443] |
| | D3-26 | | | 2/24/21 Email from Jacob Steen / Subject: Next Steps [EML-00571694] |
| | D3-27 | | | 2/24/21 Email from Derek Czapiewski / Subject: Re: 100% Juice Pallet/stock buy [EML-00571704] |
| | D3-28 | | | 4/19/21 Email from Mahad Ibrahim / Subject: Re: ESSER III [EML-00577779] |
| | D3-29 | | | 5/17/21 Email from Mahad Ibrahim / Subject: Re: Follow up on Gateway visit [EML-00581051] |
| | D3-30 | | | 6/24/21 Email from Nadira Mohamud / Subject: Re: Getting ready for Gateway Steam Adventure [EML-00583120] |
| | D3-31 | | | 7/15/21 Email from Abdiaziz Farah / Subject: Program status [EML-00584124] |
| | D3-32 | | | 7/19/21 Email from Bianca Scott / Subject: Retrospective meeting: SFSP Launch [EML-00584261] |
| | D3-33 | | | 10/6/21 Email from Fatima Mohamud / Subject: Updates re: Sites [EML-00588235] |
| | D3-34 | | | Document entitled "Summer Food Site Application Maintenance" [GJS-00464912] |
| | D3-35 | | | MN Department of Education document entitled "Site Identification Request Form to Add, Change or Look-up a Site Number in the Cyber-Linked Interactive Child Nutrition System" [GJS-00469815] |
| | D3-36 | | | 1/7/21 Email from Kara Lomen / Subject: Appeal Decision [GJS-00474615] |
| | D3-37 | | | 1/21/21 Email from Kara Lomen / Subject: Update on sites [GJS-00474660] |
| | D3-38 | | | 3/19/21 Email from Kara Lomen / Subject: URGENT FOLLOW UP: January CACFP Claims [GJS-00474996] |
| | D3-39 | | | 5/19/20 Email from Kara Lomen / Subject: RE: Summer Food Applications [GJS-00475386] |
| | D3-40 | | | 6/13/21 Email from Kara Lomen / Subject: Follow Up From Site Visits [GJS-475582] |
| | D3-41 | | | 8/5/21 Email from Kara Lomen / Subject: RE: Site ID Status [GJS-00475953] |
| | D3-42 | | | 12/23/20 Email from Kara Lomen / Subject: Summary of Sites [GJS-00476627] |
| | D3-43 | | | 6/2/21 document entitled "ThinkTechAct discussion notes" [GJS-00500658] |
| | D3-44 | | | ThinkTechAct document entitled "Summer Food Service Basic Training" [GJS-00501714] |
| | D3-45 | | | MN Department of Education document entitled "CLiCS 2" [GJS-00505515] |
| | D3-46 | | | MN Department of Education document entitled "CLiCS 2" [GJS-00510294] |
| | D3-47 | | | MN Department of Education document entitled "CLiCS 2" [GJS-00510302] |
| | **Emails** | | | |
| | D3-48 | | | 8/16/21 Email from Mahad Ibrahim / Subject: Re: Milk Order week of Aug 16 |
| | D3-49 | | | 1/19/22 Email from Anthony Cordoba / Subject: FW: halal pepperoni |
| | D3-50 | | | 1/17/22 Email from Anthony Cordoba / Subject: RE: Juice deviation – UPDATES NEEDED PLEASE |

|  | D3-51 |  |  |  | 6/8/21 Email from Mahad Ibrahim / Subject: Summer Menu |
|---|---|---|---|---|---|
|  | D3-52 |  |  |  | 11/1/21 Email from Derek Czapiewski / Subject: Wednesday items of concern |
|  | D3-53 |  |  |  | 9/14/21 Email from Anthony Cordoba / Subject: Milk Next week/final tips |
|  | D3-54 |  |  |  | 3/3/21 Email from Mahad Ibrahim / Subject: Dar Al Farroq |
|  | D3-55 |  |  |  | 11/16/20 Email from Mahad Ibrahim / Subject: Update + Next Steps |
|  | D3-56 |  |  |  | 9/28/21 Email from Sysco / Subject: Your Sysco order is scheduled for delivery on Sep. 29 |
|  | D3-57 |  |  |  | 12/7/21 Email from Sysco / Subject: Your Sysco order is scheduled for delivery on Dec. 08 |
|  | D3-58 |  |  |  | 8/24/21 Email from Sysco / Subject: Your Sysco order is scheduled for delivery on Aug. 25 |
|  | D3-59 |  |  |  | 8/31/21 Email from Anthony Cordoba / Subject: FW: Order 00754860 for AFRIQUE-OWATONNA successfully submitted |
|  | D3-60 |  |  |  | 1/18/22 Email from Sysco / Subject: Your Sysco order is scheduled for delivery on Jan. 19 |
|  | D3-61 |  |  |  | 7/27/21 Email from Sysco / Subject: Your Sysco order is scheduled for delivery on Jul. 28 |
|  | D3-62 |  |  |  | 11/2/21 Email from Sysco / Subject: Your Sysco order is scheduled for delivery on Nov. 03 |
|  | D3-63 |  |  |  | 9/7/21 Email from Sysco / Subject: Your Sysco order is scheduled for delivery on Sep. 08 |
|  | D3-64 |  |  |  | 8/16/21 Email from Mahad Ibrahim / Subject: Additions to milk for Thursday will call pickup |
|  | D3-65 |  |  |  | 12/23/22 Email from Derek Czapiewski / Subject: FW: Order 00678277 for AFRIQUE MPLS successfully submitted |
|  | D3-66 |  |  |  | 10/5/21 Email from Derek Czapiewski / Subject: Wednesday Bloomington/Owatonna/Will Call |
|  | D3-67 |  |  |  | 10/15/21 Email from Kara Lomen / Subject: RE: Shamrock Court Apartments (The Free Minded Institute): September 2021 Claim |
|  | **Mind Foundry** | | | | |
|  | D3-68 |  |  |  | 4/18/18 Letter from St. Paul City School |
|  | D3-69 |  |  |  | Mind Foundry Film Camp Final Report |
|  | D3-70 |  |  |  | Mind Foundry Humphry Fellows Description |
|  | D3-71 |  |  |  | Mind foundry Letter of Support_Justin Tiarks (Principal) |
|  | D3-72 |  |  |  | Mind Foundry letter to Adair Mosely |
|  | D3-73 |  |  |  | Mind Foundry Online April 20th Pathfinding Report |
|  | D3-74 |  |  |  | Mind Foundry Online August Pathfinding Report |
|  | D3-75 |  |  |  | Mind Foundry Online December Pathfinding Report |
|  | D3-76 |  |  |  | Mind Foundry Online February Pathfinding Report |
|  | D3-77 |  |  |  | Mind Foundry Online January Pathfinding Report |
|  | D3-78 |  |  |  | Mind Foundry Online July Pathfinding Report |
|  | D3-79 |  |  |  | Mind Foundry Online June Pathfinding Report |
|  | D3-80 |  |  |  | Mind Foundry Online May Pathfinding Report |
|  | D3-81 |  |  |  | Mind Foundry Online November Pathfinding Report |
|  | D3-82 |  |  |  | Mind Foundry Online October Pathfinding Report |
|  | D3-83 |  |  |  | Mind Foundry-Hybrid Create-a-Hero Program Report - 2020 |

|  | D3-84 |  |  |  | Mind Foundry-STEAM Adventures Catalog MF |
|---|---|---|---|---|---|
|  | D3-85 |  |  |  | Mind Foundry-steam adventures flier |
|  | D3-86 |  |  |  | Mind Foundry-Summer Clubs Flier |
|  | D3-87 |  |  |  | Social Media Post |
|  | D3-88 |  |  |  | Vended Meals Contract CACFP Empire & Winfield Townhomes |
|  |  |  |  |  | **TTA** |
|  | D3-89 |  |  |  | Currie Park Use & Event Permit Application |
|  | D3-90 |  |  |  | Success Academy Parent Manual |
|  | D3-91 |  |  |  | Text Chain between Bianca Scott and Abdullahi |
|  | D3-92 |  |  |  | Text Chain between Bianca Scott and Abdullahi |
|  | D3-93 |  |  |  | Text Chain between Bianca Scott and Abdullahi |
|  | D3-94 |  |  |  | ThinkTechAct Flier in Somali |
|  | D3-95 |  |  |  | ThinkTechAct Flier |
|  | D3-96 |  |  |  | ThinkTechAct Foundation Award Letter 2021-11-15 |
|  | D3-97 |  |  |  | ThinkTechAct Lesson Plan-Where Am I Going. Unit on Planning My future 1 |
|  | D3-98 |  |  |  | ThinkTechAct Letter from Asha Mohamud to MDE |
|  | D3-99 |  |  |  | ThinkTechAct- lesson plan-What Adolescents Living with HIV want you to learn |
|  | D3-100 |  |  |  | ThinkTechAct-Food Program Compliance Checklist |
|  | D3-101 |  |  |  | ThinkTechAct-Lesson Plan by Asha Mohamud-2021 |
|  | D3-102 |  |  |  | ThinkTechAct-Parent Support Circle Topics |
|  |  |  |  |  | **Pictures and Videos** |
|  | D3-103 |  |  |  | Afrique Packing Picture |
|  | D3-104 |  |  |  | Afrique Packing Picture |
|  | D3-105 |  |  |  | Afrique photograph of cooler |
|  | D3-106 |  |  |  | Food Distribution at Scott Park |
|  | D3-107 |  |  |  | Food Distribution at Scott Park |
|  | D3-108 |  |  |  | Food Distribution Picture |
|  | D3-109 |  |  |  | Mind Foundry Classroom Picture |
|  | D3-110 |  |  |  | Mind Foundry Classroom Picture |
|  | D3-111 |  |  |  | Mind Foundry picture 2 |
|  | D3-112 |  |  |  | Mind Foundry picture |
|  | D3-113 |  |  |  | Mind Foundry Robotics Picture |
|  | D3-114 |  |  |  | Mind Foundry Robotics Picture |

| | | | | | |
|---|---|---|---|---|---|
| | D3-115 | | | | Mind Foundry Team Picture |
| | D3-116 | | | | Owatonna Warehouse video |
| | D3-117 | | | | Photograph of Success Academy Students |
| | D3-118 | | | | Photograph of Success Academy Students |
| | D3-119 | | | | Photograph of Success Academy Students |
| | D3-120 | | | | Video of Food Distribution at Scott Park |
| | D3-121 | | | | Mind Foundry Lesson Picture |
| | D3-122 | | | | Mind Foundry Lesson Picture |
| | D3-123 | | | | Mind Foundry Public Sector Innovation Fellowship Picture |
| **MDE Materials** | | | | | |
| | D3-124 | | | | MDE CLICs instructions |
| | D3-125 | | | | MDE CLICS instructions |
| **Real Estate Documents** | | | | | |
| | D3-126 | | | | 6452 Killdeer Drive Final $673000 |
| | D3-127 | | | | Ibrahim Bank Statement |
| | D3-128 | | | | Ibrahim Closing Document |
| | D3-129 | | | | Signed PA and TISH amendment is attached 1942 Washburn |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.