# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA
### NO. 22-CR-00124(5) (NEB-TNL)

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> SAID SHAFII FARAH, <br><br> Defendant. | **DEFENDANT SAID FARAH'S EXHIBIT LIST** |

Pursuant to the Court's February 22, 2024 Trial Notice and Final Pretrial Order (ECF No. 344), Defendant Said Shafii Farah ("Defendant"), by and through his undersigned counsel, hereby identifies the following exhibits he may use at the trial of this matter. Defendant reserves the right to revise or supplement this list as the evidence develops, introduce any exhibit identified by any other Party on its exhibit list, and/or to introduce such additional exhibits as may be needed for rebuttal, cross examination, to refresh recollections and/or for impeachment purposes, for demonstrative or illustrative purposes, or in response to any exhibit introduced by another party. Nothing herein shall be an admission that the documents listed are admissible in evidence if offered by any other party. Some exhibits may be admissible for one purpose but not for another purpose.

| Exhibit No. | EXHIBIT DESCRIPTION | OBJECTIONS | OFFERED | WITNESS | ADMITTED (A)/NOT ADMITTED (NA) |
|---|---|---|---|---|---|
| D5-001 | SAIDFARAH0001248-55 - Bushra Wholesalers Corporate Formation Documents | | | | |

| Exhibit No. | EXHIBIT DESCRIPTION | OBJECTIONS | OFFERED | WITNESS | ADMITTED (A)/NOT ADMITTED (NA) |
|---|---|---|---|---|---|
| D5-002 | SAIDFARAH0001247 - 20210908 A. Aftin Relinquishment of Ownership in Bushra | | | | |
| D5-003 | SAIDFARAH0001141-95 - Bushra Contractor 1099s (Redacted) | | | | |
| D5-004 | SAIDFARAH0001289-1313 - Bushra Contractor Identification Scans (Redacted) | | | | |
| D5-005 | SAIDFARAH0001274-88 - Bushra Contract with Somali Community Resettlement | | | | |
| D5-006 | SAIDFARAH0001197-98 - Somali Community Resettlement Complete Register of Invoices From Bushra | | | | |
| D5-007 | SAIDFARAH0000172-242 - All Invoices from Bushra to Somali Community Resettlement (Redacted) | | | | |
| D5-008 | SAIDFARAH0000032-43 - Checks from SCR to Bushra (Redacted) | | | | |
| D5-009 | SAIDFARAH0000031 - 20211014 Check from Bushra to Lafey Plaza LLC for 152,000 (Redacted) | | | | |
| D5-010 | SAIDFARAH0001475-76 - 20211021 Check from Lafey Plaza to Selwin & Ortega Romero for 152,000 (Redacted) | | | | |
| D5-011 | SAIDFARAH0000082-85, 104-126 - Invoices from Bushra to Empire | | | | |

| Exhibit No. | EXHIBIT DESCRIPTION | OBJECTIONS | OFFERED | WITNESS | ADMITTED (A)/NOT ADMITTED (NA) |
|---|---|---|---|---|---|
| D5-012 | SAIDFARAH0000024, 26, 28, 29, 51, 64-75, 79 - Checks from Empire to Bushra (Redacted) | | | | |
| D5-013 | SAIDFARAH0000087-88, 281, 986-92, 994-95 - Invoices from Empire to Bushra and Corresponding Check (Redacted) | | | | |
| D5-014 | SAIDFARAH0000275, 277, 285 - Checks from Bushra to MIB Holdings (Redacted) | | | | |
| D5-015 | SAIDFARAH0000391-94 - Checks from Bushra to BB1 LLC (Redacted) | | | | |
| D5-016 | SAIDFARAH0001321-48 - Bushra Invoice Yellow Slips to Empire | | | | |
| D5-017 | SAIDFARAH0001349-62 - Bushra Invoice Yellow Slips to Islamic Society of Marshal | | | | |
| D5-018 | SAIDFARAH0001363-86 - Bushra Invoice Yellow Slips to SCR Fairbault Site | | | | |
| D5-019 | SAIDFARAH0001387-1424 - Bushra Invoice Yellow Slips to SCR MPLS Site | | | | |
| D5-020 | SAIDFARAH0001425-39 - Bushra Invoice Yellow Slips to SCR Oromo Site | | | | |
| D5-021 | SAIDFARAH0001440-56 - Bushra Invoice Yellow Slips to SCR Wilmar Site | | | | |
| D5-022 | SAIDFARAH0001457-74 - Bushra Invoice Yellow Slips to SCR St Cloud Somali Athletics Site | | | | |
| D5-023 | SAIDFARAH0000128-42 - Sayazi Energy Limited Order and Supply Agreement | | | | |

| Exhibit No. | EXHIBIT DESCRIPTION | OBJECTIONS | OFFERED | WITNESS | ADMITTED (A)/NOT ADMITTED (NA) |
|---|---|---|---|---|---|
| D5-024 | SAIDFARAH0001256-73 - Capital View Properties Documents | | | | |
| D5-025 | This Exhibit Number Intentionally Left Blank | | | | |
| D5-026 | SAIDFARAH0000016, 18-22,150-52 - Invoices from Mizal Consulting to Bushra and Corresponding Checks (Redacted) | | | | |
| D5-027 | SAIDFARAH0000243-49 - Contract Between Nur Consulting and Bushra | | | | |
| D5-028 | SAIDFARAH0000250, 266, 274, 282-83, 947-56 - Invoices from Nur Consulting to Bushra and Corresponding Checks (Redacted) | | | | |
| D5-029 | SAIDFARAH0000052-53, 62-63, 252 - Checks from ThinkTech to Bushra (Redacted) | | | | |
| D5-030 | SAIDFARAH0000086, 90, 414-17 - Invoices from Bushra to Kilimanjaro Restaurant and Corresponding Checks (Redacted) | | | | |
| D5-031 | SAIDFARAH0000094-96, 420-21 - Invoices from Bushra to Math Tech Tutoring and Corresponding Check (Redacted) | | | | |
| D5-032 | SAIDFARAH0000054-55 - Check from Islamic Society of Marshal to Bushra (Redacted) | | | | |
| D5-033 | SAIDFARAH0000058-61 - Checks from St. Cloud Somali Athletic Association to Bushra (Redacted) | | | | |

| Exhibit No. | EXHIBIT DESCRIPTION | OBJECTIONS | OFFERED | WITNESS | ADMITTED (A)/NOT ADMITTED (NA) |
|---|---|---|---|---|---|
| D5-034 | SAIDFARAH0000893-910 - Invoices from Manmabuyu to Bushra | | | | |
| D5-035 | SAIDFARAH0000270, 438-45 - Checks from Bushra to Manmabuyu (Redacted) | | | | |
| D5-036 | SAIDFARAH0000728-52 - Invoices from AFC Foods to Bushra | | | | |
| D5-037 | SAIDFARAH0000291-97 - Checks from Bushra to AFC Foods (Redacted) | | | | |
| D5-038 | SAIDFARAH0000754-867 - Invoices from Afro Produce to Bushra | | | | |
| D5-039 | SAIDFARAH0000258, 276, 395-402 - Checks from Bushra to Afro Produce (Redacted) | | | | |
| D5-040 | SAIDFARAH0000091, 418-19 - Invoice from Bushra to Tawkal Halal LLC and Corresponding Check (Redacted) | | | | |
| D5-041 | SAIDFARAH0000347-51 - Checks from Bushra to Cafi Fashion (Rent) (Redacted) | | | | |
| D5-042 | SAIDFARAH0000271, 997-1005 - Invoices from Robbinsdale Food Market to Bushra and Corresponding Check (Redacted) | | | | |
| D5-043 | SAIDFARAH0000093, 422-23 - Invoice from Bushra to Durdur Bakery and Corresponding Check (Redacted) | | | | |
| D5-044 | SAIDFARAH0000076, 97 - Invoice from Bushra to Madina Grocery with Corresponding Check (Redacted) | | | | |

| Exhibit No. | EXHIBIT DESCRIPTION | OBJECTIONS | OFFERED | WITNESS | ADMITTED (A)/NOT ADMITTED (NA) |
|---|---|---|---|---|---|
| D5-045 | SAIDFARAH0000169, 273, 370-77, 888-91 - Invoices from Gold Star to Bushra with Corresponding Checks (Check Subpoena for Additional) (Redacted) | | | | |
| D5-046 | SAIDFARAH0000254, 354-65 - Checks from Bushra to Rass Maua for Van Rent (Redacted) | | | | |
| D5-047 | SAIDFARAH0000263, 868-73 - Invoices from Derby City Taxi to Bushra with Corresponding Check (Redacted) | | | | |
| D5-048 | SAIDFARAH0000264, 388-89, 875-86 - Invoices from Dreamland Trading to Bushra with Corresponding Checks (Redacted) | | | | |
| D5-049 | SAIDFARAH0000453-64 - Invoices from Xogmaal Production to Bushra with Corresponding Checks (Redacted) | | | | |
| D5-050 | SAIDFARAH0000926-45 - Invoices from Moonlight Investment-Diis Transportation with Corresponding Checks FLAG (Redacted) | | | | |
| D5-051 | SAIDFARAH0000098, 428-89 - Invoice from Getway Transportation to Bushra with Corresponding Check (Redacted) | | | | |
| D5-052 | SAIDFARAH0000268, 403-13, 919-24 - Invoices from Sahal Wholesales to Bushra with Corresponding Check FLAG (Redacted) | | | | |

| Exhibit No. | EXHIBIT DESCRIPTION | OBJECTIONS | OFFERED | WITNESS | ADMITTED (A)/NOT ADMITTED (NA) |
|---|---|---|---|---|---|
| D5-053 | SAIDFARAH0000299-301 - Invoice from Afrique Hospitality to Bushra with Corresponding Check (Redacted) | | | | |
| D5-054 | SAIDFARAH0000289, 378-83 - Checks from Bushra to As Sunnah Islamic Center (Redacted) | | | | |
| D5-055 | SAIDFARAH0000081, 386-7 - Invoice from Asli to Bushra with Corresponding Check FLAG (Redacted) | | | | |
| D5-056 | SAIDFARAH0000430-33 - Invoices from Darulhuda Cargo LLC to Bushra with Corresponding Check (Redacted) | | | | |
| D5-057 | SAIDFARAH0000465-73 - Invoices from Digale to Bushra with Corresponding Checks FLAG (Redacted) | | | | |
| D5-058 | SAIDFARAH0000044-50 - Numerous Checks to Bushra from Empire, Kilimanjaro, Derman, SCR, ThinkTech, Five Star, and Others (Redacted) | | | | |
| D5-059 | SAIDFARAH0000303-18 - Numerous Check Records from Bushra to Other Entities | | | | |
| D5-060 | SAIDFARAH0000319-44 - Numerous Check Records from Bushra to Other Entities | | | | |
| D5-061 | SAIDFARAH0000056-57 - Check from Madina to Bushra (Redacted) | | | | |

| Exhibit No. | EXHIBIT DESCRIPTION | OBJECTIONS | OFFERED | WITNESS | ADMITTED (A)/NOT ADMITTED (NA) |
|---|---|---|---|---|---|
| D5-062 | SAIDFARAH0000077-78 - 20210405 Check from Hassan Abdullahi to Bushra (Redacted) | | | | |
| D5-063 | SAIDFARAH0000253 - 20210618 Check from Bushra to Community Resource Bank for 100,300 (Redacted) | | | | |
| D5-064 | SAIDFARAH0000255 - 20211115 Check from Bushra to Abdifatah Duale (Redacted) | | | | |
| D5-065 | SAIDFARAH0000256-57 - Checks from Bushra to Said Farah (Redacted) | | | | |
| D5-066 | SAIDFARAH0000260 - 20210609 Check from Bushra to Said Farah (Redacted) | | | | |
| D5-067 | SAIDFARAH0000267 - 20210910 Check from Bushra to Abdi Aftin (Redacted) | | | | |
| D5-068 | SAIDFARAH0000261 - 20210610 Check from Bushra to Abdi Aftin (Redacted) | | | | |
| D5-069 | SAIDFARAH0000262 - 20210614 Check from Bushra to Hollyland (Redacted) | | | | |
| D5-070 | SAIDFARAH0000269 - 20210909 Check from Bushra to Mumtaz Mohamed (Payroll) (Redacted) | | | | |
| D5-071 | SAIDFARAH0000272 - 20210922 Check from Bushra to Aflah (Redacted) | | | | |
| D5-072 | SAIDFARAH0000278 - 20210728 Check from Bushra to Sompride Express (Delivery) (Redacted) | | | | |

| Exhibit No. | EXHIBIT DESCRIPTION | OBJECTIONS | OFFERED | WITNESS | ADMITTED (A)/NOT ADMITTED (NA) |
|---|---|---|---|---|---|
| D5-073 | SAIDFARAH0000279 - 20210802 Check from Bushra to US Halal Foods (Redacted) | | | | |
| D5-074 | SAIDFARAH0000352-3 - Check from Bushra to Alamu Distribution (Logistics) (Redacted) | | | | |
| D5-075 | SAIDFARAH0000280 - 20210804 Check from Bushra to Said Malin (Redacted) | | | | |
| D5-076 | SAIDFARAH0000286 - 20210830 Check from Bushra to Zainab Osman (Payroll) (Redacted) | | | | |
| D5-077 | SAIDFARAH0000366-67 - Checks from Bushra to Betal Afan Oromo (Rental Space) (Redacted) | | | | |
| D5-078 | SAIDFARAH0000287 - 20210923 Check from Bushra to You Win Auto (Redacted) | | | | |
| D5-079 | SAIDFARAH0000288 - 20211104 Check from Bushra to Hana Mohamed (Payroll) (Redacted) | | | | |
| D5-080 | SAIDFARAH0000368-69 - Check from Bushra to Kenneth Wilson (Attorney Fees) (Redacted) | | | | |
| D5-081 | SAIDFARAH0000384-5 - Check from Bushra to New Prospect Learning (Redacted) | | | | |
| D5-082 | SAIDFARAH0000424-27 - Checks from Saba Star to Bushra (Redacted) | | | | |
| D5-083 | SAIDFARAH0000434-35 - Check from Bushra to Sadaamz Trucking (Redacted) | | | | |

| Exhibit No. | EXHIBIT DESCRIPTION | OBJECTIONS | OFFERED | WITNESS | ADMITTED (A)/NOT ADMITTED (NA) |
|---|---|---|---|---|---|
| D5-084 | SAIDFARAH0000446-52 - Checks and Invoices from Bushra to Aflah (Redacted) | | | | |
| D5-085 | SAIDFARAH0000475-726 - Checks from Bushra to Contractors with some ID Documents (Redacted) | | | | |
| D5-086 | SAIDFARAH0000001-7 - Invoices from Upper Lakes Foods to Bushra | | | | |
| D5-087 | SAIDFARAH0000089 - 20210911 Invoice from Bushra to Derman Senior Care | | | | |
| D5-088 | SAIDFARAH0000092 - 20210322 Invoice from Bushra to Five Star Halal | | | | |
| D5-089 | SAIDFARAH0000099-102 - Invoices from Five Star Halal Market to Bushra | | | | |
| D5-090 | SAIDFARAH0000153-168 - Invoices from MN Food Wholesalers LLC to Bushra | | | | |
| D5-091 | SAIDFARAH0000259 - 20210527 Withdrawal from Bushra Checking for 100,000 (Redacted) | | | | |
| D5-092 | SAIDFARAH0000265 - 20211012 Withdrawal from Bushra Checking for 24,006 (Redacted) | | | | |
| D5-093 | SAIDFARAH0000914-18 - Invoices from Midwest food & Meat Distribution to Bushra | | | | |
| D5-094 | SAIDFARAH0000919-24 - Invoices from Sahal Dairy Foods to Bushra | | | | |
| D5-095 | SAIDFARAH0000962-84 - Invoices from Omaar Wholesalers to Bushra | | | | |

| Exhibit No. | EXHIBIT DESCRIPTION | OBJECTIONS | OFFERED | WITNESS | ADMITTED (A)/NOT ADMITTED (NA) |
|---|---|---|---|---|---|
| D5-096 | SAIDFARAH0001007 - Invoice from Spice Bar to Bushra | | | | |
| D5-097 | SAIDFARAH0001017-26 - Invoices from Budget Rental Car to Bushra | | | | |
| D5-098 | SAIDFARAH0001028-51 - Receipts from Costco, Sams Club, and Cub to Bushra | | | | |
| D5-099 | SAIDFARAH0001053-75 - Receipts from Gas Stations to Bushra | | | | |
| D5-100 | SAIDFARAH0001077-82 - Receipts from Office Supply Stores to Bushra | | | | |
| D5-101 | SAIDFARAH0001084-1140 - Truestone, BofA, Huntington Bank Statements (Redacted) | | | | |
| D5-102 | SAIDFARAH0001199 - Sunrise Bushra Property Management Deposit Inquiry (Redacted) | | | | |
| D5-103 | SAIDFARAH0001200 - Sunrise Bushra Property Management Report (Redacted) | | | | |
| D5-104 | SAIDFARAH0001201 - Bank of America Said Farah Personal Bank Records and Check Captures (Redacted) | | | | |
| D5-105 | SAIDFARAH0001314-17 - Sunrise Bushra Property Management Escrow Records (Redacted) | | | | |
| D5-106 | SAIDFARAH0001318-20 - Sunrise Bushra Property Management Escrow Records (Redacted) | | | | |
| D5-107 | D5AFCFoodsSubp_00001-7 - AFC Foods Subpoena Responses | | | | |

| Exhibit No. | EXHIBIT DESCRIPTION | OBJECTIONS | OFFERED | WITNESS | ADMITTED (A)/NOT ADMITTED (NA) |
|---|---|---|---|---|---|
| D5-108 | D5CafiSubp_00001-3 - Cafi Fashion Subpoena Responses (Redacted) | | | | |
| D5-109 | D5DreamlandSubp_00001-17 - Dreamland Subpoena Responses | | | | |
| D5-110 | D5GoldStarSubp_00001-6 - Gold Star Subpoena Responses | | | | |
| D5-111 | SAIDFARAH0003700 - Idriss Omar Phone Download Cellebrite Data Summary | | | | |
| D5-112 | SAIDFARAH0001876-2158 - Cellebrite Extraction Report for Idriss Omar Phone | | | | |
| D5-113 | SAIDFARAH0001481 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-114 | SAIDFARAH0001482 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-115 | SAIDFARAH0001485–98 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-116 | SAIDFARAH0001499 -1501 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-117 | SAIDFARAH0001502-03 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-118 | SAIDFARAH0001504-06 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-119 | SAIDFARAH0001508 -19 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-120 | SAIDFARAH0001520-22 - Document collected from Mobile Phone of Idriss Omar | | | | |

| Exhibit No. | EXHIBIT DESCRIPTION | OBJECTIONS | OFFERED | WITNESS | ADMITTED (A)/NOT ADMITTED (NA) |
|---|---|---|---|---|---|
| D5-121 | SAIDFARAH0001523-43 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-122 | SAIDFARAH0001544-45 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-123 | SAIDFARAH0001546-47 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-124 | SAIDFARAH0001548-49 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-125 | SAIDFARAH0001550-54 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-126 | SAIDFARAH0001555 - Document collected from Mobile Phone of Idriss Omar (Redacted) | | | | |
| D5-127 | SAIDFARAH0001556 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-128 | SAIDFARAH0001557 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-129 | SAIDFARAH0001558 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-130 | SAIDFARAH0001559 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-131 | SAIDFARAH0001564 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-132 | SAIDFARAH0001565 - Document collected from Mobile Phone of Idriss Omar | | | | |

| Exhibit No. | EXHIBIT DESCRIPTION | OBJECTIONS | OFFERED | WITNESS | ADMITTED (A)/NOT ADMITTED (NA) |
|---|---|---|---|---|---|
| D5-133 | SAIDFARAH0001566 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-134 | SAIDFARAH0001567 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-135 | SAIDFARAH0001568 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-136 | SAIDFARAH0001569 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-137 | SAIDFARAH0001570 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-138 | SAIDFARAH0001572 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-139 | SAIDFARAH0001574 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-140 | SAIDFARAH0001575 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-141 | SAIDFARAH0001576 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-142 | SAIDFARAH0001577 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-143 | SAIDFARAH0001578 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-144 | SAIDFARAH0001580 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-145 | SAIDFARAH0001581 - Document collected from Mobile Phone of Idriss Omar | | | | |

| Exhibit No. | EXHIBIT DESCRIPTION | OBJECTIONS | OFFERED | WITNESS | ADMITTED (A)/NOT ADMITTED (NA) |
|---|---|---|---|---|---|
| D5-146 | SAIDFARAH0001582 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-147 | SAIDFARAH0001583 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-148 | SAIDFARAH0001584 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-149 | SAIDFARAH0001586 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-150 | SAIDFARAH0001590 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-151 | SAIDFARAH0001592 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-152 | SAIDFARAH0001594 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-153 | SAIDFARAH0001595 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-154 | SAIDFARAH0001598 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-155 | SAIDFARAH0001604 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-156 | SAIDFARAH0001607 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-157 | SAIDFARAH0001609 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-158 | SAIDFARAH0001614 - Document collected from Mobile Phone of Idriss Omar | | | | |

| Exhibit No. | EXHIBIT DESCRIPTION | OBJECTIONS | OFFERED | WITNESS | ADMITTED (A)/NOT ADMITTED (NA) |
|---|---|---|---|---|---|
| D5-159 | SAIDFARAH0001625 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-160 | SAIDFARAH0001626 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-161 | SAIDFARAH0001627 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-162 | SAIDFARAH0001628 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-163 | SAIDFARAH0001629 - Document collected from Mobile Phone of Idriss Omar (Redacted) | | | | |
| D5-164 | SAIDFARAH0001630 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-165 | SAIDFARAH0001631 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-166 | SAIDFARAH0001632 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-167 | SAIDFARAH0001633 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-168 | SAIDFARAH0001634 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-169 | SAIDFARAH0001635 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-170 | SAIDFARAH0001636 - Document collected from Mobile Phone of Idriss Omar | | | | |

| Exhibit No. | EXHIBIT DESCRIPTION | OBJECTIONS | OFFERED | WITNESS | ADMITTED (A)/NOT ADMITTED (NA) |
|---|---|---|---|---|---|
| D5-171 | SAIDFARAH0001638 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-172 | SAIDFARAH0001639 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-173 | SAIDFARAH0001640 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-174 | SAIDFARAH0001642 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-175 | SAIDFARAH0001643 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-176 | SAIDFARAH0001644 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-177 | SAIDFARAH0001646 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-178 | SAIDFARAH0001647 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-179 | SAIDFARAH0001649 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-180 | SAIDFARAH0001650 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-181 | SAIDFARAH0001651 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-182 | SAIDFARAH0001652 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-183 | SAIDFARAH0001654 - Document collected from Mobile Phone of Idriss Omar | | | | |

| Exhibit No. | EXHIBIT DESCRIPTION | OBJECTIONS | OFFERED | WITNESS | ADMITTED (A)/NOT ADMITTED (NA) |
|---|---|---|---|---|---|
| D5-184 | SAIDFARAH0001655 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-185 | SAIDFARAH0001656 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-186 | SAIDFARAH0001657 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-187 | SAIDFARAH0001658 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-188 | SAIDFARAH0001659 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-189 | SAIDFARAH0001661 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-190 | SAIDFARAH0001662 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-191 | SAIDFARAH0001663 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-192 | SAIDFARAH0001664 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-193 | SAIDFARAH0001671 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-194 | SAIDFARAH0001675 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-195 | SAIDFARAH0001676 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-196 | SAIDFARAH0001677 - Document collected from Mobile Phone of Idriss Omar | | | | |

| Exhibit No. | EXHIBIT DESCRIPTION | OBJECTIONS | OFFERED | WITNESS | ADMITTED (A)/NOT ADMITTED (NA) |
|---|---|---|---|---|---|
| D5-197 | SAIDFARAH0001680 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-198 | SAIDFARAH0001685 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-199 | SAIDFARAH0001686 - Document collected from Mobile Phone of Idriss Omar (Redacted) | | | | |
| D5-200 | SAIDFARAH0001687 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-201 | SAIDFARAH0001696 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-202 | SAIDFARAH0001697 - Document collected from Mobile Phone of Idriss Omar (Redacted) | | | | |
| D5-203 | SAIDFARAH0001698 - Document collected from Mobile Phone of Idriss Omar (Redacted) | | | | |
| D5-204 | SAIDFARAH0001699 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-205 | SAIDFARAH0001700 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-206 | SAIDFARAH0001701 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-207 | SAIDFARAH0001705 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-208 | SAIDFARAH0001706 - Document collected from Mobile Phone of Idriss Omar | | | | |

| Exhibit No. | EXHIBIT DESCRIPTION | OBJECTIONS | OFFERED | WITNESS | ADMITTED (A)/NOT ADMITTED (NA) |
|---|---|---|---|---|---|
| D5-209 | SAIDFARAH0001707 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-210 | SAIDFARAH0001708 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-211 | SAIDFARAH0001709 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-212 | SAIDFARAH0001710 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-213 | SAIDFARAH0001712 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-214 | SAIDFARAH0001714 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-215 | SAIDFARAH0001715 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-216 | SAIDFARAH0001717 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-217 | SAIDFARAH0001718 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-218 | SAIDFARAH0001719 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-219 | SAIDFARAH0001720 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-220 | SAIDFARAH0001721 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-221 | SAIDFARAH0001722 - Document collected from Mobile Phone of Idriss Omar | | | | |

| Exhibit No. | EXHIBIT DESCRIPTION | OBJECTIONS | OFFERED | WITNESS | ADMITTED (A)/NOT ADMITTED (NA) |
|---|---|---|---|---|---|
| D5-222 | SAIDFARAH0001723 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-223 | SAIDFARAH0001724 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-224 | SAIDFARAH0001725 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-225 | SAIDFARAH0001726 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-226 | SAIDFARAH0001728 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-227 | SAIDFARAH0001729 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-228 | SAIDFARAH0001730 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-229 | SAIDFARAH0001731 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-230 | SAIDFARAH0001732 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-231 | SAIDFARAH0001733 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-232 | SAIDFARAH0001734 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-233 | SAIDFARAH0001735 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-234 | SAIDFARAH0001736 - Document collected from Mobile Phone of Idriss Omar | | | | |

| Exhibit No. | EXHIBIT DESCRIPTION | OBJECTIONS | OFFERED | WITNESS | ADMITTED (A)/NOT ADMITTED (NA) |
|---|---|---|---|---|---|
| D5-235 | SAIDFARAH0001737 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-236 | SAIDFARAH0001738 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-237 | SAIDFARAH0001741 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-238 | SAIDFARAH0001744 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-239 | SAIDFARAH0001753 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-240 | SAIDFARAH0001764 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-241 | SAIDFARAH0001767 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-242 | SAIDFARAH0001768 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-243 | SAIDFARAH0001773 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-244 | SAIDFARAH0001775 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-245 | SAIDFARAH0001776 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-246 | SAIDFARAH0001777 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-247 | SAIDFARAH0001779 - Document collected from Mobile Phone of Idriss Omar | | | | |

| Exhibit No. | EXHIBIT DESCRIPTION | OBJECTIONS | OFFERED | WITNESS | ADMITTED (A)/NOT ADMITTED (NA) |
|---|---|---|---|---|---|
| D5-248 | SAIDFARAH0001804 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-249 | SAIDFARAH0001807 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-250 | SAIDFARAH0001808 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-251 | SAIDFARAH0001809 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-252 | SAIDFARAH0001811 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-253 | SAIDFARAH0001812 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-254 | SAIDFARAH0001813 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-255 | SAIDFARAH0001814 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-256 | SAIDFARAH0001817 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-257 | SAIDFARAH0001818 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-258 | SAIDFARAH0001819 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-259 | SAIDFARAH0001820 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-260 | SAIDFARAH0001821 - Document collected from Mobile Phone of Idriss Omar | | | | |

| Exhibit No. | EXHIBIT DESCRIPTION | OBJECTIONS | OFFERED | WITNESS | ADMITTED (A)/NOT ADMITTED (NA) |
|---|---|---|---|---|---|
| D5-261 | SAIDFARAH0001822 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-262 | SAIDFARAH0001823 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-263 | SAIDFARAH0001824 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-264 | SAIDFARAH0001825 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-265 | SAIDFARAH0001863 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-266 | SAIDFARAH0001864 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-267 | SAIDFARAH0001865 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-268 | SAIDFARAH0001866 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-269 | SAIDFARAH0001867 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-270 | SAIDFARAH0001869 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-271 | SAIDFARAH0001870 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-272 | SAIDFARAH0001872 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-273 | SAIDFARAH0001873 - Document collected from Mobile Phone of Idriss Omar | | | | |

| Exhibit No. | EXHIBIT DESCRIPTION | OBJECTIONS | OFFERED | WITNESS | ADMITTED (A)/NOT ADMITTED (NA) |
|---|---|---|---|---|---|
| D5-274 | SAIDFARAH0001875 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-275 | SAIDFARAH0001875 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-276 | SAIDFARAH0002162 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-277 | SAIDFARAH0003307-20 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-278 | SAIDFARAH0003321-23 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-279 | SAIDFARAH0003324-25 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-280 | SAIDFARAH0003326-28 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-281 | SAIDFARAH0003330-41 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-282 | SAIDFARAH0003344-46 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-283 | SAIDFARAH0003347-67 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-284 | SAIDFARAH0003368-69 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-285 | SAIDFARAH0003370-71 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-286 | SAIDFARAH0003372-73 - Document collected from Mobile Phone of Idriss Omar | | | | |

| Exhibit No. | EXHIBIT DESCRIPTION | OBJECTIONS | OFFERED | WITNESS | ADMITTED (A)/NOT ADMITTED (NA) |
|---|---|---|---|---|---|
| D5-287 | SAIDFARAH0003374-78 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-288 | SAIDFARAH0003704 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-289 | SAIDFARAH0003705 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-290 | SAIDFARAH0003709 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-291 | SAIDFARAH0003710 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-292 | SAIDFARAH0003711 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-293 | SAIDFARAH0003713 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-294 | SAIDFARAH0003716 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-295 | SAIDFARAH0003717 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-296 | SAIDFARAH0003718 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-297 | SAIDFARAH0003719 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-298 | SAIDFARAH0003720 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-299 | SAIDFARAH0003721 - Document collected from Mobile Phone of Idriss Omar | | | | |

| Exhibit No. | EXHIBIT DESCRIPTION | OBJECTIONS | OFFERED | WITNESS | ADMITTED (A)/NOT ADMITTED (NA) |
|---|---|---|---|---|---|
| D5-300 | SAIDFARAH0003723 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-301 | SAIDFARAH0003724 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-302 | SAIDFARAH0003726 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-303 | SAIDFARAH0003727 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-304 | SAIDFARAH0003728 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-305 | SAIDFARAH0003729 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-306 | SAIDFARAH0003730 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-307 | SAIDFARAH0003733 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-308 | SAIDFARAH0003734 - Document collected from Mobile Phone of Idriss Omar | | | | |
| D5-309 | SAIDFARAH0003735 - Document collected from Mobile Phone of Idriss Omar | | | | |

| | | | | |
|---|---|---|---|---|
| D5-310 | All Documents Produced by the Government Relating to Hadith Ahmed or any Company Fully or Partially owned by him including Mizal Consulting and South West Metro Youth, including but not limited to RPT00000130-93, RPT00000201-20, GJS00292046-97, GJS00292309-26, GJS00293025-72, GJS00297202-24, GJS00297922-83, GJS00298014-19, GJS00298036-59, GJS00298092-121, GJS00298161-203, GJS00303408-09, GJS00350151-70, GJS00350186-89, GJS00350245-53, GJS00350400-12, GJS00350441-44, GJS00350500-31, GJS00350694-97, GJS00350724-32, GJS00350789-808, GJS00351051-127, GJS00837002, GJS00837509-15, GJS00837536-37, GJS00838052-53, GJS00838060-64, GJS00838099-102, GJS00838152-55, GJS00838168-72, GJS00838261-77, GJS00838662-83, GJS00838742-85, GJS00839266-68, GJS00903973-77, GJS00903981-4082. | | | | |

| Exhibit No. | EXHIBIT DESCRIPTION | OBJECTIONS | OFFERED | WITNESS | ADMITTED (A)/NOT ADMITTED (NA) |
|---|---|---|---|---|---|
| | All exhibits identified on any other Party's exhibit list | | | | |
| | All evidence that further develops or that becomes necessary in response or rebuttal to any testimony or exhibit put into evidence by any other party | | | | |

**MASLON LLP**

Dated:  April 2, 2024

By: */s/ Steven L. Schleicher*

    Steven L. Schleicher (#0260587)
    Clayton J. Carlson (#0401182)
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402-4140
Telephone:  (612) 672-8200
Facsimile:  (612) 642-8354
Email:   steve.schleicher@maslon.com
        clayton.carson@maslon.com

**ATTORNEYS FOR DEFENDANT SAID SHAFII FARAH**