UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 22-124(2) (NEB)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) |
| v. | ) **JOINT PROPOSED** ) **VERDICT FORM** ) |
| MOHAMED JAMA ISMAIL, | ) ) |
| Defendant. | ) ) |

The United States of America, by and through its attorneys, Andrew M. Luger, United States Attorney for the District of Minnesota, and Joseph H. Thompson, Matthew S. Ebert, Harry M. Jacobs, and Chelsea A. Walcker, Assistant United States Attorneys, and the defendant, Mohamed Jama Ismail, by and through his appointed counsel, Patrick L. Cotter, respectfully requests that the Court use the attached verdict form in this case.

Dated: April 2, 2024

Respectfully Submitted,

ANDREW M. LUGER
United States Attorney

BY: */s/ Chelsea A. Walcker*
JOSEPH H. THOMPSON
MATTHEW S. EBERT
HARRY M. JACOBS
CHELSEA A. WALCKER
Assistant United States Attorneys

*/s/ Patrick L. Cotter*
PATRICK L. COTTER
Counsel for Mohamed Jama Ismail

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 22-124(2) (NEB)

UNITED STATES OF AMERICA,

    Plaintiff,

v.     **VERDICT FORM**

MOHAMED JAMA ISMAIL,

    Defendant.

## COUNT 1
**(Conspiracy to Commit Wire Fraud)**

With respect to Count 1 (Conspiracy to Commit Wire Fraud), we, the jury, find defendant MOHAMED JAMA ISMAIL:

**GUILTY**  ☐       **NOT GUILTY**  ☐

## COUNT 2
**(Wire Fraud)**

With respect to Count 2 (Wire Fraud), we, the jury, find defendant MOHAMED JAMA ISMAIL:

**GUILTY**  ☐       **NOT GUILTY**  ☐

1

## COUNT 20
**(Conspiracy to Commit Money Laundering)**

With respect to Count 20 (Conspiracy to Commit Money Laundering), we, the jury, find defendant MOHAMED JAMA ISMAIL:

**GUILTY** ☐              **NOT GUILTY** ☐

## COUNT 28
**(Money Laundering)**

With respect to Count 28 (Money Laundering), we, the jury, find defendant MOHAMED JAMA ISMAIL:

**GUILTY** ☐              **NOT GUILTY** ☐

Dated: _____          _____
                                                                            Jury Foreperson