UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MINNESOTA

| UNITED STATES OF AMERICA,<br><br>- against -<br><br>ABDIAZIZ SHAFII FARAH, et al.<br>(ABDIMAJID MOHAMED NUR),<br><br>Defendant. | Case No. 22 CR 124 (NED/TNL) |
|---|---|

## DEFENDANT ABDIMAJID MOHAMED NUR'S PROPOSED EXHIBIT LIST

In accordance with the Court's Final Pretrial Order (ECF No. 344), Defendant Abdimajid Mohamed Nur submits the following exhibit list:

| D4 No. | Bates No(s). | Date Marked | Admitted | Description of Exhibit |
|---|---|---|---|---|
| 1 | 1.001 | | | Forwarded email regarding the final draft of the Al Ihsan Roster (Dated 12.18.21) |
| 2 | 2.001 | | | Email to Dini Omar with attendance sheet attachment (Dated 09.13.21) |
| 3 | 3.001 | | | Email to Dini Omar with attendance sheet attachment (Dated 09.13.21) |
| 4 | 4.001 | | | Child and Adult Care Food Program (CACFP) and the USDA waiver |
| 5 | 5.001 - 5.103 | | | Attendance Roster (Handwritten) |
| 6 | 6.001 - 6.083 | | | Meal Delivery Slips (Handwritten) |
| 7 | 7.001 - 7.051 | | | Recipient list |
| 8 | 8.001 - 8.041 | | | Meal Delivery Slips (Handwritten) |
| 9 | 9.001 - 9.176 | | | Child / Parent Recipient Information |

| 10 | 10.001 - 10.104 | | | Recipient List (Handwritten) |
| 11 | 11.001 | | | Screenshot of message exchange with "Abdullahi" (Dated 10.23.21) |
| 12 | 12.001 | | | Email from "abdiaziz farah" (Dated 10.01.21) |
| 13 | 13.001 - 13.005 | | | Summary of USDA Waivers |
| 14 | 14.001 | | | Email re: "Park Row Site" (Dated 12.03.21) |
| 15 | 15.001 - 15.007 | | | Screenshots of message threads with various third-parties. |
| 16 | 16.001 - 16.002 | | | Email re: "Rosters" with multiple parties (Dated 10.25.21) |

Dated: New York, NY
March 29, 2024

Respectfully submitted,

**SAPONE & PETRILLO, LLP**

*Edward V. Sapone*

Edward V. Sapone (ES-2553) (*Pro Hac Vice*)
Sapone & Petrillo, LLP
40 Fulton Street, 17th Floor
New York, NY 10038
O: (212) 349-9000
E: ed@saponepetrillo.com