## The Office of
# Minnesota Attorney General Keith Ellison
helping people afford their lives and live with dignity, safety, and respect • www.ag.state.mn.us

April 11, 2024

**RECEIVED**
APR 1 1 2024
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

**VIA HAND FILING**
The Honorable Nancy E. Brasel
U.S. District Judge, District of Minnesota
United States District Court
300 South Fourth Street
Minneapolis, MN 55415

RE:  *United States of America v. Said Shafii Farah, et al.*
Court File No: 22-CR-00124(5) (NEB/TNL)

Dear Judge Brasel:

The Minnesota Department of Education hereby withdraws its Motion to Quash the Subpoena of Defendant Said Shafii Farah (ECF No. 368).

Sincerely,

/s/ **Frank Langan**

FRANK LANGAN
JOSEPH WEINER
Assistant Attorneys General

(651) 300-7602 (Voice)
(651) 297-4139 (Fax)
frank.langan@ag.state.mn.us
joseph.weiner@ag.state.mn.us

*Attorneys for Minnesota Department of Education*


SCANNED APR 16 2024  U.S. DISTRICT COURT MPLS