UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 22-124 (NEB/TNL)

UNITED STATES OF AMERICA,

      Plaintiff,

v.

ABDIAZIZ SHAFII FARAH, et al.,

      Defendants.

**GOVERNMENT'S RESPONSE TO DEFENDANT MAHAD IBRAHIM'S MOTION FOR SEVERANCE**

The United States of America, by and through its attorneys, Andrew M. Luger, United States Attorney for the District of Minnesota, and Joseph H. Thompson, Harry M. Jacobs, Matthew S. Ebert, Chelsea A. Walcker, and Daniel W. Bobier, Assistant United States Attorneys, respectfully submits the following response to defendant Mahad Ibrahim's motion for severance. Dkt. #462.

In light of defense counsel's unavailability, the government does not oppose defendant Ibrahim's motion for severance. The government believes trial should proceed with the remaining seven defendants as scheduled on Monday, April 22, 2024.

Dated: April 18, 2024

Respectfully Submitted,

ANDREW M. LUGER
United States Attorney

BY: /s/ *Joseph H. Thompson*
JOSEPH H. THOMPSON
MATTHEW S. EBERT
HARRY M. JACOBS
CHELSEA A. WALCKER
DANIEL W. BOBIER
Assistant United States Attorneys