UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
22-124 (NEB/TNL)

---

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

HAYAT MOHAMED NUR,

        Defendant.

**RESPONSE OF DEFENDANT HAYAT NUR TO SEALED MOTION OF CO-DEFENDANT MAHAD IBRAHIM**

---

Defendant, HAYAT MOHAMED NUR, through the undersigned counsel, responds to the sealed motion of co-defendant Mahad Ibrahim to sever his case for trial from that of the other defendants (ECF No. 462). To that motion, Defendant Hayat Nur takes no position as to the motion.

Respectfully submitted,
**Brandt Kettwick Defense**

Dated: April 18, 2024

/s/Michael J. Brandt
Michael J. Brandt, 248514
Attorney for Defendant
2150 3rd Avenue N, Suite 210
Anoka, MN 55303
763.421.6366