UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
No. 22-CR-124 (6)(NEB/TNL)

_____

UNITED STATES OF AMERICA,

**DEFENDANT ABDIWAHAB MAALIM AFTIN'S RESPONSE TO MOTION TO SEVERE**

vs

ABDIAZIZ FARAH, et. al.,

      Defendants.

_____

Defendant, Abdiwahab Maalim Aftin, by and through the undersigned counsel, hereby responds to the motion of co-defendant Mahad Ibrahim to sever his case for trial from that of the other defendants. (ECF No. 462). Defendant Aftin takes no position on the Motion to severe Defendant Mahad Ibrahim's case from that of his co-defendants.

Dated: April 18, 2024        Respectfully submitted,

       _Andrew S. Garvis_____
       Koch & Garvis, LLC
       Andrew S. Garvis #257989
       3109 Hennepin Avenue South
       Minneapolis, MN 55408
       (612) 827-8101
       Attorney for Abdiwahab Maalim Aftin