UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
NO. 22-CR-00124(5) (NEB-TNL)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SAID SHAFII FARAH,<br><br>Defendant. | **RESPONSE OF DEFENDANT SAID SHAFII FARAH TO SEALED MOTION OF CO-DEFENDANT MAHAD IBRAHIM** |

Defendant Said Shafii Farah, by and through his undersigned counsel, hereby responds to the sealed motion of co-defendant Mahad Ibrahim. (ECF No. 462.) Defendant Farah takes no position either in support of or in opposition to Defendant Mahad Ibrahim's motion.

**MASLON LLP**

Dated: April 18, 2024

By: *s/ Steven L. Schleicher*
Steven L. Schleicher (#0260587)
Clayton J. Carlson (#0401182)
225 S. 6th Street, Suite 2900
Minneapolis, MN 55402
Telephone: (612) 672-8200
Facsimile: (612) 642-8354
Email: steve.schleicher@maslon.com
clayton.carson@maslon.com

**ATTORNEYS FOR DEFENDANT SAID SHAFII FARAH**