UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MINNESOTA

---

UNITED STATES OF AMERICA,

Plaintiff,

v.

ABDIAZIZ SHAFII FARAH, et al. (Nur),

Defendant.

Case No. 22-CR-124(4) (NEB/TNL)

**MOTION TO SEAL**

---

Defendant Abdimajid Mohamed Nur, by and through his undersigned counsel,

respectfully moves the Court for an order permitting him to file a document under seal.


Dated: April 18, 2024

Respectfully submitted,

SAPONE & PETRILLO, LLP
By: */s/ Edward V. Sapone*
    Edward V. Sapone
    40 Fulton Street / 17th Floor
    New York,  NY 10038
    Office: (212) 349-9000
    Email:  ed@saponepetrillo.com
    ATTORNEYS FOR DEFENDANT
    ABDIMAJID MOHAMED NUR