UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| v. | Case No.: 22-cr-124 (7) (NEB/TNL) |
| MUKHTAR MOHAMED SHARIFF, | **DEFENDANT SHARIFF'S SECOND AMENDED EXHIBIT LIST** |
| Defendant. | |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEYS | DEFENDANT'S ATTORNEY |
|---|---|---|
| Judge Nancy E. Brasel | Joeseph Thompson, Harry Jacobs, Chelsea Walcker, Matthew Ebert | Frederick J. Goetz, Andrew H. Mohring, Kaitlyn C. Falk |
| **TRIAL DATE(S)** | **COURT REPORTER** | **COURTROOM DEPUTY** |
| April 22, 2024 | Renee Rogge | Kristine Wegner |

| PLT. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | D7-001 | | | | Afrique Hospitality Group LLC Agreement |
| | D7-002a | | | | Afrique Hospitality Group LLC Corporate filings (Pl. Bates No. EML-00614130-00614132) |
| | D7-002b | | | | Afrique Hospitality Group LLC Corporate filings (Pl. Bates No. EML-00614133-00614135) |
| | D7-003 | | | | Lease Agreement 1701 American Blvd |
| | D7-004 | | | | 292 Design Group Proposal (Pl. Bates No. GJS-00751923-00751925) |
| | D7-005 | | | | 292 Design Group Proposal, Revised 05.27.21 (Pl. Bates No. GJS-00751932-00751933) |
| | D7-006 | | | | 292 Design Group Services Authorization (Pl. Bates No. GJS-00752037-00752039) |
| | D7-007 | | | | 292 Design Group Project Manual (Pl. Bates No. GJS-00752183-00752313) |
| | D7-008 | | | | 292 Design Group Design Plans (Pl. Bates No. GJS-00752108-00752182) |

# EXHIBIT LIST – CONTINUATION

| | | | | | |
|---|---|---|---|---|---|
| | D7-009 | | | | 292 Design Group Invoices (Pl. Bates No. GJS-00756874-00756883)[1] |
| | D7-010 | | | | 292 Design Group Time by Job Summary (Pl. Bates No. GJS-00756904) |
| | D7-011 | | | | Contract Design & Co. Construction Contract |
| | D7-012 | | | | Construction Disbursing Agreement |
| | D7-013 | | | | Construction Loan Draw Request Form |
| | D7-014 | | | | Construction Loan Draw Request Form |
| | D7-015 | | | | Construction Loan Draw Request Form |
| | D7-016 | | | | Construction Loan Draw Request Form |
| | D7-017 | | | | Construction Loan Draw Request Form |
| | D7-018 | | | | Video, Zawadi |
| | D7-019 | | | | Email, Mukhtar Shariff to Aimee Bock, 12.18.2020 (Pl. Bates No. EML-00613871) |
| | D7-020 | | | | Site Transfer request Form, 11.24.2020 |
| | D7-021 | | | | Email, Mukhtar Shariff to Kara Lomen, 12.27.2020 (Pl. Bates No. EML-00613973) |
| | D7-022 | | | | Site Transfer Request, Dar Al Farooq, 09.2021 |
| | D7-023 | | | | Sysco Invoices |
| | D7-024 | | | | Sysco Purchases |
| | D7-025 | | | | U.S. Halal Foods Wholesale Food Distribution Invoices |
| | D7-026 | | | | U.S. Halal Foods Inc. Invoices |
| | D7-027 | | | | Omaar Wholesale Corporate Filings |
| | D7-028 | | | | Sahal Wholesales Inc. Invoices |
| | D7-029 | | | | 7 CFR 226.20 11.24.2020 |
| | D7-030 | | | | 7 CFR 226.20 03.6.2021 |
| | D7-031 | | | | 7 CFR 226.20 10.01.2021 |
| | D7-032 | | | | 7 CFR 226.20 01.27.2022 |
| | D7-033 | | | | Video, Dar Al Farooq |
| | D7-034 | | | | Video, Dar Al Farooq |
| | D7-035 | | | | Video, Dar Al Farooq |
| | D7-036 | | | | Video, Dar Al Farooq (fast motion) |
| | D7-037 | | | | Photograph, meal packaging |

---

[1] Plaintiff's bates numbering is not in sequential order as defense counsel arranged the invoices chronologically.

**EXHIBIT LIST – CONTINUATION**

| | | | | | |
|---|---|---|---|---|---|
| | D7-038 | | | | Photograph, meal packaging |
| | D7-039 | | | | Photograph, meal packaging |
| | D7-040 | | | | Photograph, meal packaging |
| | D7-041 | | | | Photograph, meal packaging |
| | D7-042 | | | | Photograph, meal packaging |
| | D7-043 | | | | Photograph, meal packaging |
| | D7-044 | | | | Photograph, meal packaging |
| | D7-045 | | | | Photograph, meal packaging |
| | D7-046 | | | | Photograph, meal packaging |
| | D7-047 | | | | Video, Bloomington |
| | D7-048 | | | | Video, Bloomington |
| | D7-049 | | | | Video, Bloomington |
| | D7-050 | | | | Video, Bloomington |
| | D7-051 | | | | Video, Owatonna |
| | D7-052 | | | | Email and attachments, August 2021 Claim |
| | D7-053 | | | | Email and attachments, August 2021 Claim |
| | D7-054 | | | | Email and attachments, September 2021 Claim |
| | D7-055 | | | | Email and attachments, October 2021 Claim |
| | D7-056 | | | | Dar Al Farooq SFSP August 2021 Menu |
| | D7-057 | | | | Lease Agreement 9124 Grand Ave. |
| | D7-058 | | | | 2021 Tax Return, Mukhtar Shariff |
| | D7-059 | | | | A&E Logistics Inc., Manual |
| | D7-060 | | | | A&E Logistics Inc., United Carrier Registration Plan |
| | D7-061 | | | | A&E Logistics Inc., Form BOC-3 |
| | D7-062 | | | | Small Business Loan Agreement |
| | D7-063 | | | | Cashier's Check, BOA, dated June 9, 2021 (Pl. Bates No. GJS-00942836-00942837) |
| | D7-064 | | | | Cashier's Check, BOA, dated April 9, 2022 (Pl. Bates No. GJS-00942832-000942833) |
| | D7-065 | | | | Expert Report of Paul Vaaler |
| | D7-066 | | | | CV of Jill DeSanto |
| | D7-067 | | | | Expert Report of Jill DeSanto and attachments |
| | D7-068 | | | | Check, TCF, dated 01.15.21 |

**EXHIBIT LIST – CONTINUATION**

| | | | | |
|---|---|---|---|---|
| D7-069 | | | | Check, Wells Fargo, dated 06.16.21 |
| D7-070 | | | | Check, TFC, dated 06.21.21 |
| D7-071 | | | | Check, Wells Fargo, dated 06.21.21 |
| D7-072 | | | | Check, Wells Fargo, dated 01.15.21 |
| D7-073 | | | | |
| D7-074 | | | | Standard Short Form of Agreement Between Owner and Architect |
| D7-075 | | | | Email from City of Bloomington, dated 04.23.2021 |
| D7-076 | | | | Email from City of Bloomington, dated 11.18.2021 |
| D7-077 | | | | Video, Nomadic Hustle |
| D7-078 | | | | Video, SNABPI |
| D7-079 | | | | Photograph, meal packaging/distribution |
| D7-080 | | | | Photograph, meal packaging/distribution |
| D7-081 | | | | Photograph, meal packaging/distribution |
| D7-082 | | | | Photograph, meal packaging/distribution |
| D7-083 | | | | Photograph, meal packaging/distribution |
| D7-084 | | | | Photograph, meal packaging/distribution |
| D7-085 | | | | Photograph, meal packaging/distribution |
| D7-086 | | | | Photograph, meal packaging/distribution |
| D7-087 | | | | Photograph, meal packaging/distribution |
| D7-088 | | | | Photograph, meal packaging/distribution |
| D7-089 | | | | Photograph, meal packaging/distribution |
| D7-090 | | | | Photograph, meal packaging/distribution |
| D7-091 | | | | Photograph, meal packaging/distribution |
| D7-092 | | | | Photograph, meal packaging/distribution |
| D7-093 | | | | Photograph, meal packaging/distribution |
| D7-094 | | | | Photograph, meal packaging/distribution |
| D7-095 | | | | Photograph, meal packaging/distribution |
| D7-096 | | | | Photograph, meal packaging/distribution |
| D7-097 | | | | Photograph, meal packaging/distribution |
| D7-098 | | | | Photograph, meal packaging/distribution |
| D7-099 | | | | Photograph, meal packaging/distribution |

**EXHIBIT LIST ─ CONTINUATION**

|  | | | | | |
|---|---|---|---|---|---|
| D7-100 | | | | Photograph, meal packaging/distribution |
| D7-101 | | | | Photograph, meal packaging/distribution |
| D7-102 | | | | Photograph, meal packaging/distribution |
| D7-103 | | | | Photograph, meal packaging/distribution |
| D7-104 | | | | Photograph, meal packaging/distribution |
| D7-105 | | | | Photograph, meal packaging/distribution |
| D7-106 | | | | Photograph, meal packaging/distribution |
| D7-107 | | | | Photograph, meal packaging/distribution |
| D7-108 | | | | Photograph, meal packaging/distribution |
| D7-109 | | | | Photograph, meal packaging/distribution |
| D7-110 | | | | Photograph, meal packaging/distribution |
| D7-111 | | | | Photograph, meal packaging/distribution |
| D7-112 | | | | Photograph, meal packaging/distribution |
| D7-113 | | | | Photograph, meal packaging/distribution |
| D7-114 | | | | Photograph, meal packaging/distribution |
| D7-115 | | | | Photograph, meal packaging/distribution |
| D7-116 | | | | Photograph, meal packaging/distribution |
| D7-117 | | | | Photograph, meal packaging/distribution |
| D7-118 | | | | Photograph, meal packaging/distribution |
| D7-119 | | | | Photograph, meal packaging/distribution |
| D7-120 | | | | Photograph, meal packaging/distribution |
| D7-121 | | | | Photograph, meal packaging/distribution |
| D7-122 | | | | Photograph, meal packaging/distribution |
| D7-123 | | | | Photograph, meal packaging/distribution |
| D7-124 | | | | Photograph, meal packaging/distribution |
| D7-125 | | | | Photograph, meal packaging/distribution |
| D7-126 | | | | Photograph, meal packaging/distribution |
| D7-127 | | | | Photograph, meal packaging/distribution |
| D7-128 | | | | Photograph, meal packaging/distribution |
| D7-129 | | | | Photograph, meal packaging/distribution |
| D7-130 | | | | Photograph, meal packaging/distribution |

**EXHIBIT LIST – CONTINUATION**

|  |  |  |  |  |
|---|---|---|---|---|
| D7-131 |  |  |  | Photograph, meal packaging/distribution |
| D7-132 |  |  |  | Photograph, meal packaging/distribution |
| D7-133 |  |  |  | Photograph, meal packaging/distribution |
| D7-134 |  |  |  | Photograph, meal packaging/distribution |
| D7-135 |  |  |  | Photograph, meal packaging/distribution |
| D7-136 |  |  |  | Photograph, meal packaging/distribution |
| D7-137 |  |  |  | Photograph, meal packaging/distribution |
| D7-138 |  |  |  | Photograph, meal packaging/distribution |
| D7-139 |  |  |  | Photograph, meal packaging/distribution |
| D7-140 |  |  |  | Photograph, meal packaging/distribution |
| D7-141 |  |  |  | Photograph, meal packaging/distribution |
| D7-142 |  |  |  | Photograph, meal packaging/distribution |
| D7-143 |  |  |  | Photograph, meal packaging/distribution |
| D7-144 |  |  |  | Photograph, meal packaging/distribution |
| D7-145 |  |  |  | Photograph, meal packaging/distribution |
| D7-146 |  |  |  | Photograph, meal packaging/distribution |
| D7-147 |  |  |  | Photograph, meal packaging/distribution |
| D7-148 |  |  |  | Photograph, meal packaging/distribution |
| D7-149 |  |  |  | Photograph, meal packaging/distribution |
| D7-150 |  |  |  | Photograph, meal packaging/distribution |
| D7-151 |  |  |  | Photograph, meal packaging/distribution |
| D7-152 |  |  |  | Photograph, meal packaging/distribution |
| D7-153 |  |  |  | Photograph, meal packaging/distribution |
| D7-154 |  |  |  | Photograph, meal packaging/distribution |
| D7-155 |  |  |  | Photograph, meal packaging/distribution |
| D7-156 |  |  |  | Photograph, meal packaging/distribution |
| D7-157 |  |  |  | Photograph, meal packaging/distribution |
| D7-158 |  |  |  | Photograph, meal packaging/distribution |
| D7-159 |  |  |  | Photograph, meal packaging/distribution |
| D7-160 |  |  |  | Photograph, meal packaging/distribution |
| D7-161 |  |  |  | Photograph, meal packaging/distribution |

## EXHIBIT LIST – CONTINUATION

|  | D7-162 |  |  |  | Photograph, meal packaging/distribution |
|---|---|---|---|---|---|
|  | D7-163 |  |  |  | Photograph, meal packaging/distribution |
|  | D7-164 |  |  |  | Photograph, meal packaging/distribution |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  | *All exhibits identified on any other Party's exhibit list.* |
|  |  |  |  |  | *All evidence that further develops or that becomes necessary in response or rebuttal to any testimony or exhibit put into evidence by any other party.* |