# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## CRIMINAL JURY TRIAL

| | |
|---|---|
| UNITED STATES OF AMERICA, | **COURT MINUTES** |
| Plaintiff, | Case Number: 22-cr-124 (NEB/TNL) |
| v. | Date: April 25, 2024 |
| ABDIAZIZ SHAFII FARAH (1), | Courthouse: Minneapolis |
| MOHAMED JAMA ISMAIL (2), | Courtroom: 13W |
| ABDIMAJID MOHAMED NUR (4). | Court Reporter: Renee Rogge |
| SAID SHAFII FARAH (5), | Time Commenced: 9:00 a.m. – 10:35 a.m. |
| ABDIWAHAB MAALIM AFTIN (6), | 10:50 a.m. – 12:20 p.m. |
| MUKHTAR MOHAMED SHARIFF (7), | Time Concluded: 12:20 p.m. |
| HAYAT MOHAMED NUR (8), | Time in Court: 3 hours and 5 minutes |
| Defendants. | |

Jury Trial before Nancy E. Brasel, United States District Judge, in Courtroom 13W, Minneapolis, Minnesota.

**APPEARANCES:**
- Plaintiff: Joseph Thompson, Harry Jacobs, Matthew Ebert, Chelsea Walcker and Daniel Bobier, Assistant U.S. Attorneys
- Defendants: Andrew Birrell and Ian Birrell for Abdiaziz Shafii Farah (1) Retained Attorneys
  Patrick Cotter for Mohamed Jama Ismail (2), CJA Appointed Attorney
  Edward V. Sapone for Abdimajid Mohamed Nur (4), Retained Attorney
  Steven Schleicher and Clayton Carlson for Said Shafii Farah (5), Retained Attorneys
  Andrew Garvis for Abdiwahab Maalim Aftin (6), Retained Attorney
  Frederick J. Goetz, Andrew Mohring and Kaitlyn Falk for Mukhtar Mohamed Shariff (7), CJA Appointed Attorneys
  Michael Brandt and Nicole Kettwick for Hayat Mohmed Nur (8), CJA Appointed Attorneys

**PROCEEDINGS:**
- ☒ Jury Trial - Continued (Trial Day 4)
- ☒ Voir Dire held and completed.
- ☒ Preliminary Jury Instructions.
- ☒ Opening statements and trial continued to April 29 at 9:00 a.m.

Date: April 25, 2024

s/KW

Signature of Courtroom Deputy to Judge Nancy E. Brasel