UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

UNITED STATES OF AMERICA

v.

ABDIAZIZ SHAFII FARAH,
MOHAMED JAMA ISMAIL,
MAHAD IBRAHIM,
ABDIMAJID MOHAMED NUR,
SAID SHAFII FARAH,
ABDIWAHAB MAALIM AFTIN,
MUKHTAR MOHAMED SHARIFF, and
HAYAT MOHAMED NUR

**DEFENDANT MOHAMED JAMA ISMAIL'S SECOND AMENDED EXHIBIT LIST**

Case Number: 22-cr-124 (NEB/TNL)

| PRESIDING JUDGE<br>The Honorable Nancy E. Brasel | PLAINTIFF'S ATTORNEY<br>Joseph H. Thompson<br>Matthew S. Ebert<br>Harry M. Jacobs<br>Chelsea A. Walcker | DEFENDANT'S ATTORNEY<br>Andrew S. Birrell<br>Ian S. Birrell<br>Patrick L. Cotter<br>William J. Mauzy<br>William R. Dooling<br>Edward V. Sapone<br>Joseph S. Friedberg<br>Michael Vitaliano<br>Clayton Carlson<br>Andrew S. Garvis<br>Andrew H. Mohring<br>Frederick J. Goetz<br>Michael J. Brandt |
|---|---|---|
| TRIAL DATE (S)<br>Apr. 22, 2024 | COURT REPORTER<br>Renee Rogge | COURTROOM DEPUTY<br>Kristine Wegner |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | D2-1 | | | | 13825 Edgewood Photograph, closing documents, mortgage documents |
| | D2-2 | | | | Empire Gas & Grocery LLC Articles of Organization |
| | D2-3 | | | | Empire Cuisine & Market LLC Articles of Organization |
| | D2-4 | | | | MZ Market LLC Articles of Organization and Certificate of Good |
| | D2-5 | | | | Waiver Meal Service Time Flexibility |
| | D2-6 | | | | Waiver Meal Pattern Flexibility |
| | D2-7 | | | | Waiver Parents Allowed to Pick Up |
| | D2-8 | | | | Waiver Non-Congregate Meal Service |
| | D2-9 | | | | July 2020 Email Extension of Waivers |
| | D2-10 | | | | FRAC Summary Child Nutrition Waivers |
| | D2-11 | | | | Photograph of Meal Packaging |
| | D2-12 | | | | Photograph Warehouse and Food Owatonna |

|  | | | | | |
|---|---|---|---|---|---|
|  | D2-13 | | | | Photograph of Meal Delivery |
|  | D2-14 | | | | Photograph of Meal Delivery Shakopee |
|  | D2-15 | | | | Photograph Meal Delivery Winfield Homes |
|  | D2-16 | | | | Photograph Meal Delivery |
|  | D2-17 | | | | Photograph of Delivery Vans Empire |
|  | D2-18 | | | | Photograph of Delivery Box Trucks and Reefer Empire |
|  | D2-19 | | | | Photograph Meal pick up Shakopee |
|  | D2-20 | | | | Photograph Meal pick up Shakopee |
|  | D2-21 | | | | Photograph Meal pick up Shakopee |
|  | D2-22 | | | | Video Meal Packaging Owatonna |
|  | D2-23 | | | | Video meal delivery Empire Shakopee |
|  | D2-24 | | | | Video meal delivery St. Paul |
|  | D2-25 | | | | Video food packaging SouthCross Burnsville |
|  | D2-26 | | | | Video Food Delivery Winfield Homes |
|  | D2-27 | | | | Video meal pick up Shakopee Empire |
|  | D2-28 | | | | Video Meal Pick Up Shakopee Empire |
|  | D2-29 | | | | Video Meal Packaging SouthCross Burnsville |
|  | D2-20 | | | | Video Meal Packaging SouthCross Burnsville |
|  | D2-31 | | | | Video Meal Packaging SouthCross Burnsville |
|  | D2-32 | | | | Video Meal pick up Apple Valley |
|  | D1-33 | | | | Ryder Truck Rental History |
|  | D2-34 | | | | Mahir Logistics Inc. Invoices |
|  | D2-35 | | | | A & E Logistics Invoices |
|  | D2-36 | | | | (Selected) Empire - AfroProduce - InvoicesChecksReceipts |
|  | D2-37 | | | | (Selected)  Bushra - AfroProduce - InvoicesChecksReceipts |
|  | D2-38 | | | | (Selected) Empire - AnzaInternational - DemandLetter Invoices Receipts |
|  | D2-39 | | | | Empire - Asahal- StatementOfAccounts Invoices Receipts |
|  | D2-40 | | | | Empire - CaptitalImportsLLC - Invoices |
|  | D2-41 | | | | TTA - SamsClub - Purchase Log |
|  | D2-42 | | | | Empire - FreshFoodXpress - Invoices |
|  | D2-43 | | | | Empire - GoldStar - Invoices DemandLetter StatementOfAccounts |
|  | D2-44 | | | | Empire - LincolnTradingInternational - Invoices |
|  | D2-45 | | | | Empire - MinnesotaFoodGrocery - Invoices DemandLetter |
|  | D2-46 | | | | Empire - MinnesotaHalal Meat - Invoices |
|  | D2-47 | | | | Empire - RestauranDepot (Jetro) - Purchase Log |
|  | D2-48 | | | | Empire - OmaarWholesalers - StatementOfAccount Invoices |
|  | D2-49 | | | | Empire - Sams Club Purchases Jan 2020 - Jan 2022 |
|  | D2-50 | | | | EmpireAfrique - Sysco Purchases (Farah Copy) |
|  | D2-51 | | | | EmpireAfrique - Sysco Purchases (GJS Copy) |
|  | D2-52 | | | | Empire - TortilleriaLaPerla - Quickbooks Transaction Report |
|  | D2-53 | | | | Empire - UpperLakes - Invoices Texts BankPaymentDocs |
|  | D2-54 | | | | Empire - Workinesh - Invoices |
|  | D2-55 | | | | Selected Afrique InvoicesReceipts |
|  | D2-56 | | | | Restaurant Depot Empire Purchase Log |
|  | D2-57 | | | | Owatonna Public School Letter |

| | | | | | |
|---|---|---|---|---|---|
| | D2-59 | | | | 7 C.F.R. 225.15 m(2) |
| | D2-59 | | | | 7 C.F.R. 225. 2 |
| | D2-60 | | | | Waiver Competitive Bidding |
| | D2-61 | | | | Waiver Extending SFSP |
| | D2-62 | | | | CACFP Guide To Serving Bulk Meals |
| | D2-63 | | | | Waiver Extending Meal Service Time Waiver |
| | D2-64 | | | | Extension of Waiver Re SFSP |
| | D2-65 | | | | Waiver of Activity Requirement |
| | D2-66 | | | | Waiver of Food Management Contract Duration |
| | D2-67 | | | | Waiver of Area Eligibility Requirement |
| | | | | | **ALL EXHIBITS IDENTIFIED ON ANY OTHER PARTIES** |
| | | | | | **ALL EVIDENCE THAT FUTHER DEVELOPS OR THAT** |
| | | | | | **NECESSARY TO IN RESPONSE TO OR TO REBUT ANY** |
| | | | | | **OR TESTIMONY PUT IN BY ANY OTHER PARTY** |