UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 22-124(4) NEB/TNL |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MOTION FOR APPOINTMENT** |
| v. | ) | **COUNSEL** |
| | ) | |
| ABDIMAJID MOHAMED NUR, | ) | |
| Defendant. | ) | |

The undersigned counsel, Katherian Roe, Federal Defender, moves for appointment of counsel pursuant to 18 U.S.C. § 3006A and the District of Minnesota's Criminal Justice Act Plan. In the interests of justice, counsel requests that the Court find Mr. Nur eligible for appointment of counsel and appoint Mr. Sapone pursuant to the Criminal Justice Act with a nunc pro tunc date of April 22, 2024.

Dated: May 2, 2024

Respectfully submitted,

*s/Katherian D. Roe*

_____
KATHERIAN D. ROE
Attorney ID No. 214668
Attorney for Defendant
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415