UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| v. | Case No.: 22-cr-124 (7) (NEB/TNL) |
| MUKHTAR MOHAMED SHARIFF, | **DEFENDANT SHARIFF'S FIFTH AMENDED EXHIBIT LIST** |
| Defendant. | |

| PRESIDING JUDGE<br>Judge Nancy E. Brasel | PLAINTIFF'S ATTORNEYS<br>Joeseph Thompson, Harry Jacobs, Chelsea Walcker, Matthew Ebert | DEFENDANT'S ATTORNEY<br>Frederick J. Goetz<br>Andrew H. Mohring<br>Kaitlyn C. Falk |
|---|---|---|
| TRIAL DATE(S)<br>April 22, 2024 | COURT REPORTER<br>Renee Rogge | COURTROOM DEPUTY<br>Kristine Wegner |

| PLT. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | D7-001 | | | | Afrique Hospitality Group LLC Agreement |
| | D7-002a | | | | Afrique Hospitality Group LLC Corporate filings (Pl. Bates No. EML-00614130-00614132) |
| | D7-002b | | | | Afrique Hospitality Group LLC Corporate filings (Pl. Bates No. EML-00614133-00614135) |
| | D7-003 | | | | Lease Agreement 1701 American Blvd |
| | D7-004 | | | | 292 Design Group Proposal (Pl. Bates No. GJS-00751923-00751925) |
| | D7-005 | | | | 292 Design Group Proposal, Revised 05.27.21 (Pl. Bates No. GJS-00751932-00751933) |
| | D7-006 | | | | 292 Design Group Services Authorization (Pl. Bates No. GJS-00752037-00752039) |
| | D7-007 | | | | 292 Design Group Project Manual (Pl. Bates No. GJS-00752183-00752313) |
| | D7-008 | | | | 292 Design Group Design Plans (Pl. Bates No. GJS-00752108-00752182) |

# EXHIBIT LIST – CONTINUATION

| | | | | | |
|---|---|---|---|---|---|
| | D7-009 | | | | 292 Design Group Invoices (Pl. Bates No. GJS-00756874-00756883)[1] |
| | D7-010 | | | | 292 Design Group Time by Job Summary (Pl. Bates No. GJS-00756904) |
| | D7-011 | | | | Contract Design & Co. Construction Contract |
| | D7-012 | | | | Construction Disbursing Agreement |
| | D7-013 | | | | Construction Loan Draw Request Form |
| | D7-014 | | | | Construction Loan Draw Request Form |
| | D7-015 | | | | Construction Loan Draw Request Form |
| | D7-016 | | | | Construction Loan Draw Request Form |
| | D7-017 | | | | Construction Loan Draw Request Form |
| | D7-018 | | | | Video, Zawadi |
| | D7-019 | | | | Email, Mukhtar Shariff to Aimee Bock, 12.18.2020 (Pl. Bates No. EML-00613871) |
| | D7-020 | | | | Site Transfer request Form, 11.24.2020 |
| | D7-021 | | | | Email, Mukhtar Shariff to Kara Lomen, 12.27.2020 (Pl. Bates No. EML-00613973) |
| | D7-022 | | | | Site Transfer Request, Dar Al Farooq, 09.2021 |
| | D7-023 | | | | Sysco Invoices |
| | D7-024 | | | | Sysco Purchases |
| | D7-025 | | | | U.S. Halal Foods Wholesale Food Distribution Invoices |
| | D7-026 | | | | U.S. Halal Foods Inc. Invoices |
| | D7-027 | | | | Omaar Wholesale Corporate Filings |
| | D7-028 | | | | Sahal Wholesales Inc. Invoices |
| | D7-029 | | | | 7 CFR 226.20 11.24.2020 |
| | D7-030 | | | | 7 CFR 226.20 03.6.2021 |
| | D7-031 | | | | 7 CFR 226.20 10.01.2021 |
| | D7-032 | | | | 7 CFR 226.20 01.27.2022 |
| | D7-033 | | | | Video, Dar Al Farooq |
| | D7-034 | | | | Video, Dar Al Farooq |
| | D7-035 | | | | Video, Dar Al Farooq |
| | D7-036 | | | | Video, Dar Al Farooq (fast motion) |
| | D7-037 | | | | Photograph, meal packaging |

---

[1] Plaintiff's bates numbering is not in sequential order as defense counsel arranged the invoices chronologically.

# EXHIBIT LIST – CONTINUATION

| | | | | | |
|---|---|---|---|---|---|
| | D7-038 | | | | Photograph, meal packaging |
| | D7-039 | | | | Photograph, meal packaging |
| | D7-040 | | | | Photograph, meal packaging |
| | D7-041 | | | | Photograph, meal packaging |
| | D7-042 | | | | Photograph, meal packaging |
| | D7-043 | | | | Photograph, meal packaging |
| | D7-044 | | | | Photograph, meal packaging |
| | D7-045 | | | | Photograph, meal packaging |
| | D7-046 | | | | Photograph, meal packaging |
| | D7-047 | | | | Video, Bloomington |
| | D7-048 | | | | Video, Bloomington |
| | D7-049 | | | | Video, Bloomington |
| | D7-050 | | | | Video, Bloomington |
| | D7-051 | | | | Video, Owatonna |
| | D7-052 | | | | Email and attachments, August 2021 Claim |
| | D7-053 | | | | Email and attachments, August 2021 Claim |
| | D7-054 | | | | Email and attachments, September 2021 Claim |
| | D7-055 | | | | Email and attachments, October 2021 Claim |
| | D7-056 | | | | Dar Al Farooq SFSP August 2021 Menu |
| | D7-057 | | | | Lease Agreement 9124 Grand Ave. |
| | D7-058 | | | | 2021 Tax Return, Mukhtar Shariff |
| | D7-059 | | | | A&E Logistics Inc., Manual |
| | D7-060 | | | | A&E Logistics Inc., United Carrier Registration Plan |
| | D7-061 | | | | A&E Logistics Inc., Form BOC-3 |
| | D7-062 | | | | Small Business Loan Agreement |
| | D7-063 | | | | Cashier's Check, BOA, dated June 9, 2021 (Pl. Bates No. GJS-00942836-00942837) |
| | D7-064 | | | | Cashier's Check, BOA, dated April 9, 2022 (Pl. Bates No. GJS-00942832-000942833) |
| | D7-065 | | | | Expert Report of Paul Vaaler |
| | D7-066 | | | | CV of Jill DeSanto |
| | D7-067 | | | | Expert Report of Jill DeSanto and attachments |
| | D7-068 | | | | Check, TCF, dated 01.15.21 |

**EXHIBIT LIST – CONTINUATION**

| | | | | | |
|---|---|---|---|---|---|
| | D7-069 | | | | Check, Wells Fargo, dated 06.16.21 |
| | D7-070 | | | | Check, TFC, dated 06.21.21 |
| | D7-071 | | | | Check, Wells Fargo, dated 06.21.21 |
| | D7-072 | | | | Check, Wells Fargo, dated 01.15.21 |
| | D7-073 | | | | |
| | D7-074 | | | | Standard Short Form of Agreement Between Owner and Architect |
| | D7-075 | | | | Email from City of Bloomington, dated 04.23.2021 |
| | D7-076 | | | | Email from City of Bloomington, dated 11.18.2021 |
| | D7-077 | | | | Video, Nomadic Hustle |
| | D7-078 | | | | Video, SNABPI |
| | D7-079 | | | | Photograph, meal packaging/distribution |
| | D7-080 | | | | Photograph, meal packaging/distribution |
| | D7-081 | | | | Photograph, meal packaging/distribution |
| | D7-082 | | | | Photograph, meal packaging/distribution |
| | D7-083 | | | | Photograph, meal packaging/distribution |
| | D7-084 | | | | Photograph, meal packaging/distribution |
| | D7-085 | | | | Photograph, meal packaging/distribution |
| | D7-086 | | | | Photograph, meal packaging/distribution |
| | D7-087 | | | | Photograph, meal packaging/distribution |
| | D7-088 | | | | Photograph, meal packaging/distribution |
| | D7-089 | | | | Photograph, meal packaging/distribution |
| | D7-090 | | | | Photograph, meal packaging/distribution |
| | D7-091 | | | | Photograph, meal packaging/distribution |
| | D7-092 | | | | Photograph, meal packaging/distribution |
| | D7-093 | | | | Photograph, meal packaging/distribution |
| | D7-094 | | | | Photograph, meal packaging/distribution |
| | D7-095 | | | | Photograph, meal packaging/distribution |
| | D7-096 | | | | Photograph, meal packaging/distribution |
| | D7-097 | | | | Photograph, meal packaging/distribution |
| | D7-098 | | | | Photograph, meal packaging/distribution |
| | D7-099 | | | | Photograph, meal packaging/distribution |

**EXHIBIT LIST ─ CONTINUATION**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| D7-100 |  |  |  | Photograph, meal packaging/distribution |  |
| D7-101 |  |  |  | Photograph, meal packaging/distribution |  |
| D7-102 |  |  |  | Photograph, meal packaging/distribution |  |
| D7-103 |  |  |  | Photograph, meal packaging/distribution |  |
| D7-104 |  |  |  | Photograph, meal packaging/distribution |  |
| D7-105 |  |  |  | Photograph, meal packaging/distribution |  |
| D7-106 |  |  |  | Photograph, meal packaging/distribution |  |
| D7-107 |  |  |  | Photograph, meal packaging/distribution |  |
| D7-108 |  |  |  | Photograph, meal packaging/distribution |  |
| D7-109 |  |  |  | Photograph, meal packaging/distribution |  |
| D7-110 |  |  |  | Photograph, meal packaging/distribution |  |
| D7-111 |  |  |  | Photograph, meal packaging/distribution |  |
| D7-112 |  |  |  | Photograph, meal packaging/distribution |  |
| D7-113 |  |  |  | Photograph, meal packaging/distribution |  |
| D7-114 |  |  |  | Photograph, meal packaging/distribution |  |
| D7-115 |  |  |  | Photograph, meal packaging/distribution |  |
| D7-116 |  |  |  | Photograph, meal packaging/distribution |  |
| D7-117 |  |  |  | Photograph, meal packaging/distribution |  |
| D7-118 |  |  |  | Photograph, meal packaging/distribution |  |
| D7-119 |  |  |  | Photograph, meal packaging/distribution |  |
| D7-120 |  |  |  | Photograph, meal packaging/distribution |  |
| D7-121 |  |  |  | Photograph, meal packaging/distribution |  |
| D7-122 |  |  |  | Photograph, meal packaging/distribution |  |
| D7-123 |  |  |  | Photograph, meal packaging/distribution |  |
| D7-124 |  |  |  | Photograph, meal packaging/distribution |  |
| D7-125 |  |  |  | Photograph, meal packaging/distribution |  |
| D7-126 |  |  |  | Photograph, meal packaging/distribution |  |
| D7-127 |  |  |  | Photograph, meal packaging/distribution |  |
| D7-128 |  |  |  | Photograph, meal packaging/distribution |  |
| D7-129 |  |  |  | Photograph, meal packaging/distribution |  |
| D7-130 |  |  |  | Photograph, meal packaging/distribution |  |

**EXHIBIT LIST – CONTINUATION**

| | | | | | |
|---|---|---|---|---|---|
| D7-131 | | | | Photograph, meal packaging/distribution |
| D7-132 | | | | Photograph, meal packaging/distribution |
| D7-133 | | | | Photograph, meal packaging/distribution |
| D7-134 | | | | Photograph, meal packaging/distribution |
| D7-135 | | | | Photograph, meal packaging/distribution |
| D7-136 | | | | Photograph, meal packaging/distribution |
| D7-137 | | | | Photograph, meal packaging/distribution |
| D7-138 | | | | Photograph, meal packaging/distribution |
| D7-139 | | | | Photograph, meal packaging/distribution |
| D7-140 | | | | Photograph, meal packaging/distribution |
| D7-141 | | | | Photograph, meal packaging/distribution |
| D7-142 | | | | Photograph, meal packaging/distribution |
| D7-143 | | | | Photograph, meal packaging/distribution |
| D7-144 | | | | Photograph, meal packaging/distribution |
| D7-145 | | | | Photograph, meal packaging/distribution |
| D7-146 | | | | Photograph, meal packaging/distribution |
| D7-147 | | | | Photograph, meal packaging/distribution |
| D7-148 | | | | Photograph, meal packaging/distribution |
| D7-149 | | | | Photograph, meal packaging/distribution |
| D7-150 | | | | Photograph, meal packaging/distribution |
| D7-151 | | | | Photograph, meal packaging/distribution |
| D7-152 | | | | Photograph, meal packaging/distribution |
| D7-153 | | | | Photograph, meal packaging/distribution |
| D7-154 | | | | Photograph, meal packaging/distribution |
| D7-155 | | | | Photograph, meal packaging/distribution |
| D7-156 | | | | Photograph, meal packaging/distribution |
| D7-157 | | | | Photograph, meal packaging/distribution |
| D7-158 | | | | Photograph, meal packaging/distribution |
| D7-159 | | | | Photograph, meal packaging/distribution |
| D7-160 | | | | Photograph, meal packaging/distribution |
| D7-161 | | | | Photograph, meal packaging/distribution |

**EXHIBIT LIST – CONTINUATION**

| | | | | | |
|---|---|---|---|---|---|
| D7-162 | | | | | Photograph, meal packaging/distribution |
| D7-163 | | | | | Photograph, meal packaging/distribution |
| D7-164 | | | | | Photograph, meal packaging/distribution |
| D7-165 | | | | | USDA Waiver No. 1, dated 03.20.20 |
| D7-166 | | | | | USDA Waiver No. 2, dated 03.20.20 |
| D7-167 | | | | | USDA Waiver No. 56, dated 08.30.20 |
| D7-168 | | | | | USDA Waiver No. 75, dated 03.09.21 |
| D7-169 | | | | | USDA Waiver No. 76, dated 03.09.21 |
| D7-170 | | | | | USDA Waiver No. 87, dated 04.20.21 |
| D7-171 | | | | | USDA Waiver No. 89, dated 04.20.21 |
| D7-172 | | | | | USDA Waiver No. 95, dated 04.20.21 |
| D7-173 | | | | | USDA Waiver No. 96, dated 04.20.21 |
| D7-174 | | | | | USDA Questions and Answers Related to Child Nutrition Program, dated 04.09.20 |
| D7-175 | | | | | Letter from City of Bloomington, dated 06.01.12 |
| D7-176 | | | | | Declaration of Sally Ness, dated 11.12.19 |
| D7-177 | | | | | Declaration of Sally Ness, dated 05.01.20 |
| D7-178 | | | | | Email from Sally Ness, dated 08.15.18 |
| D7-179 | | | | | Email from Sally Ness, dated 07.10.18 |
| D7-180 | | | | | Emails from Vi Rozek, dated 07.06.20 |
| D7-181 | | | | | Email from Vi Rozek, dated 07.31.18 |
| D7-182 | | | | | Emails from Vi Rozek, dated 07.11.20 and 07.12.20 |
| D7-183 | | | | | Emails from Vi Rozek, dated 07.17.20 to 07.21.20 |
| D7-184 | | | | | Emails from Vi Rozek, dated 07.21.20 07.22.20 |
| D7-185 | | | | | Emails from Vi Rozek, dated 07.27.20 to 07.30.20 |
| D7-186 | | | | | Criminal Judgment and Warrant of Commitment, Christopher Rozek |
| D7-187 | | | | | Sentencing Order, Christopher Rozek |
| D7-188 | | | | | |
| D7-189 | | | | | Email from Hadith Ahmed, dated 07.29.21 |
| D7-190 | | | | | Photograph of Smith Park neighborhood, Bloomington, with Dar Al Farooq |
| D7-191 | | | | | Photograph of 8XXX Oakland Avenue South, Bloomington, MN |
| D7-192 | | | | | Photograph of 8XXX Oakland Avenue South, Bloomington, MN |

**EXHIBIT LIST – CONTINUATION**

| | | | | | |
|---|---|---|---|---|---|
| D7-193 | | | | | Photograph of 8XXX Park Avenue South, Bloomington, MN |
| D7-194 | | | | | Photograph of 8XXX Park Avenue South, Bloomington, MN, with Dar Al Farooq |
| D7-195 | | | | | Photograph of 8XXX Park Avenue South, Bloomington, MN |
| D7-196 | | | | | Photograph of 8XXX Park Avenue South, Bloomington, MN, with Dar Al Farooq |
| D7-197 | | | | | Email from Dinna Wade-Ardley, dated 09.01.21 |
| D7-198 | | | | | Email from Eugene Tawiah, dated 10.15.20 |
| D7-199 | | | | | Email from Mahad Ibrahim, dated 07.21.20 |
| | | | | | |
| | | | | | *All exhibits identified on any other Party's exhibit list.* |
| | | | | | *All evidence that further develops or that becomes necessary in response or rebuttal to any testimony or exhibit put into evidence by any other party.* |