UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 22-124 (NEB/TNL)

| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>VS.<br><br>ABDIAZIZ FARAH, ET. AL.,<br><br>DEFENDANT. | | **DEFENDANT HAYAT NUR'S<br>SECOND AMENDED EXHIBIT LIST** |
|---|---|---|
| PRESIDING JUDGE<br>The Honorable Nancy E. Brasel | PLAINTIFF'S ATTORNEY<br>Joseph H. Thompson, AUSA<br>Matthew S. Ebert, AUSA<br>Harry M. Jacobs, AUSA<br>Chelsea A. Walcker, AUSA | DEFENDANT'S ATTORNEY<br>Andrew S. Birrell, Esq.<br>Ian S, Birrell, Esq.<br>Patrick L. Cotter, Esq.<br>William J. Mauzy, Esq.<br>William R. Dooling, Esq.<br>Edward V. Sapone, Esq.<br>Joseph S. Friedberg, Esq.<br>Michael Vitaliano, Esq.<br>Steven L. Schleicher, Esq.<br>Calyton Carlson, Esq.<br>Andrew S. Garvis, Esq.<br>Andrew H, Mohring, Esq.<br>Frederick J. Goetz, Esq.<br>Michael J. Brandt, Esq.<br>Nicole A. Kettwick, Esq. |
| TRIAL DATE<br>April 22, 2024 | COURT REPORTER<br>Renee Rogge | COURTROOM DEPUTY<br>Kristine Wegner |

| EX. # | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|
| D-8-1 | | | | Food Training Video Link (EML-00002949) |
| D-8-1a | | | | Training Video Downloaded from Link in Exhibit D-8-1 |
| D-8-2 | | | | Site login from Kara (EML-00006743) |
| D-8-3 | | | | Email from Abdiaziz regarding programming requirements (EML-00006994 |
| D-8-4 | | | | Email to self regarding checking account (EML-00484551) |
| D-8-5 | | | | Second email to self regarding checking account (EML-00484557) |
| D-8-6 | | | | Email to Abdiaziz seeking employment (EML-00484625) |
| D-8-7 | | | | Hayat's Resume (EML-00484626) |
| D-8-8 | | | | Hayat Nur Background |

| | | | | |
|---|---|---|---|---|
| D-8-9 | | | | Hayat's Cover Letter (EML-00484628) |
| D-8-10 | | | | Email to herself with updated resume (EML-00484629) |
| D-8-11 | | | | Follow-up email to Abdiaziz regarding employment (EML-0484632) |
| D-8-12 | | | | Email about login issue to herself (EML-00485113) |
| D-8-13 | | | | Email to Kara and Abdiaziz re login issue (EML-00485112) |
| D-8-14 | | | | Email from Kara to Hayat re login issue (EML-00485114) |
| D-8-15 | | | | Email to herself with list of names for the roster (EML-00485124) |
| D-8-16 | | | | Email to herself with list of names to add to roster (EML-00485151) |
| D-8-17 | | | | Email from Christine regarding names missing birthdates (EML-00485209) |
| D-8-18 | | | | Email from Christine regarding roster names missing birthdates (EML-00485210) |
| D-8-19 | | | | Email to Christine asking to set up a website for new food site (EML-00485232) |
| D-8-20 | | | | Email to Kara and Abdiaziz regarding missing days on meal counts (EML-00485260) |
| D-8-21 | | | | Email from Abdiaziz regarding missing meal counts (EML-00485353) |
| D-8-22 | | | | Email from Christine with names missing birthdays (EML-00485580) |
| D-8-23 | | | | Wings Financial Loan Document (GJS-00011200) |
| D-8-24 | | | | Wings Financial Loan - Nissan |
| D-8-25 | | | | Texts between Abdiaziz Farah and Hayat |
| D-8-26 | | | | Texts between Abdimajid Nur and Hayat |
| D-8-27 | | | | Texts between Abdimajid Nur and Hayat |
| D-8-28 | | | | Texts between Abdimajid Nur and Hayat |
| D-8-29 | | | | Texts between Abdimajid Nur and Hayat |
| D-8-30 | | | | Texts between Abdimajid Nur and Hayat |
| D-8-31 | | | | Texts between Abdimajid Nur and Hayat |
| D-8-32 | | | | Texts between Abdimajid Nur and Hayat |
| D-8-33 | | | | Texts between Abdiaziz Farah and Hayat |
| D-8-34 | | | | Texts between Abdiaziz Farah and Hayat |
| D-8-35 | | | | Texts between Abdiaziz Farah and Hayat |
| D-8-36 | | | | Texts between Abdiaziz Farah and Hayat |
| D-8-37 | | | | Texts between Abdimajid Nur and Hayat |

| | | | | |
|---|---|---|---|---|
| D-8-38 | | | | Texts between Abdimajid Nur and Hayat |
| D-8-39 | | | | Texts between Abdimajid Nur and Hayat |
| D-8-40 | | | | Texts between Abdimajid Nur and Hayat |
| D-8-41 | | | | Texts between Abdimajid Nur and Hayat |
| D-8-42 | | | | Texts between Abdimajid Nur and Hayat |
| D-8-43 | | | | Texts between Abdimajid Nur and Hayat |
| D-8-44 | | | | Texts between Abdimajid Nur and Hayat |
| D-8-45 | | | | Texts between Abdimajid Nur and Hayat |
| D-8-46 | | | | Texts between Abdimajid Nur and Hayat |
| D-8-47 | | | | Texts between Abdimajid Nur and Hayat |
| D-8-48 | | | | Texts between Abdimajid Nur and Hayat |
| D-8-49 | | | | Contract for Rav4 Purchase |
| D-8-50 | | | | Texts between Abdimajid Nur and Hayat |
| D-8-51 | | | | Texts between Abdimajid Nur and Hayat |
| D-8-52 | | | | Texts with Abdiaziz Farah, Abdimajid Nur and Hayat |
| D-8-53 | | | | Texts between Abdimajid Nur and Hayat |
| D-8-54 | | | | DPS Vehicle Summaries – Rav4 Title |
| Defendant adopts the Plaintiff's exhibits. Defendant reserves the right to introduce additional exhibits as the evidence develops and in rebuttal. | | | | |