# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## CRIMINAL JURY TRIAL

| | |
|---|---|
| UNITED STATES OF AMERICA, | **COURT MINUTES** |
| Plaintiff, | Case Number: 22-cr-124 (NEB/TNL) |
| v. | |
| ABDIAZIZ SHAFII FARAH (1), | Date: May 30, 2024 |
| MOHAMED JAMA ISMAIL (2), | Courthouse: Minneapolis |
| ABDIMAJID MOHAMED NUR (4). | Courtroom: 13W |
| SAID SHAFII FARAH (5), | Court Reporter: Renee Rogge |
| ABDIWAHAB MAALIM AFTIN (6), | Time Commenced: 9:00 a.m. – 10:30 a.m. |
| MUKHTAR MOHAMED SHARIFF (7), | 10:45 a.m. – 12:35 p.m. |
| HAYAT MOHAMED NUR (8), | 1:40 p.m. – 3:30 p.m. |
| | 3:45 p.m. – 5:15 p.m. |
| | Time Concluded: 5:15 p.m. |
| | Time in Court: 6 hours and 40 minutes |
| Defendants. | |

Jury Trial before Nancy E. Brasel, United States District Judge, in Courtroom 13W, Minneapolis, Minnesota.

**APPEARANCES:**

Plaintiff: Joseph Thompson, Harry Jacobs, Matthew Ebert, Chelsea Walcker and Daniel Bobier, Assistant U.S. Attorneys

Defendants: Andrew Birrell and Ian Birrell for Abdiaziz Shafii Farah (1) Retained Attorneys
Patrick Cotter for Mohamed Jama Ismail (2), CJA Appointed Attorney
Edward V. Sapone for Abdimajid Mohamed Nur (4), CJA Appointed Attorney
Steven Schleicher and Clayton Carlson for Said Shafii Farah (5), Retained Attorneys
Andrew Garvis for Abdiwahab Maalim Aftin (6), Retained Attorney
Frederick J. Goetz, Andrew Mohring and Kaitlyn Falk for Mukhtar Mohamed Shariff (7), CJA Appointed Attorneys
Michael Brandt and Nicole Kettwick for Hayat Mohmed Nur (8), CJA Appointed Attorneys

**PROCEEDINGS:**

☒ Jury Trial - Continued (Trial Day 26)
☒ Defendant Shariff Witnesses: Mukhtar Shariff and Sulekha Hassan (used interpreting services/Somali)
☒ Defendant Shariff Rests.
☒ Defendants A. Farah (1), M. Ismail (2), A. Nur (4), S. Farah (5), A. Aftin (6), M. Shariff (7), and H. Nur (8) renewed motions for judgment of acquittal. Motions denied.
☒ Jury Instruction Charge Conference.
☒ Trial continued (closing arguments) to May 31 at 8:30 a.m.

Date: May 30, 2024                                                                                     s/KW
                                                                   Signature of Courtroom Deputy to Judge Nancy E. Brasel