# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## CRIMINAL JURY TRIAL

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ABDIAZIZ SHAFII FARAH (1),<br>MOHAMED JAMA ISMAIL (2),<br>ABDIMAJID MOHAMED NUR (4).<br>SAID SHAFII FARAH (5),<br>ABDIWAHAB MAALIM AFTIN (6),<br>MUKHTAR MOHAMED SHARIFF (7),<br>HAYAT MOHAMED NUR (8),<br><br>　　　　Defendants. | **COURT MINUTES**<br>Case Number: 22-cr-124 (NEB/TNL)<br><br>Date:　　　　　　　　June 4, 2024<br>Courthouse:　　　　　Minneapolis<br>Courtroom:　　　　　 13W<br>Court Reporter:　　　 Renee Rogge<br>Time Commenced:　　8:50 a.m.<br>Time Concluded:　　　9:10 a.m.<br>Time in Court:　　　　20 minutes |

Jury Trial before Nancy E. Brasel, United States District Judge, in Courtroom 13W, Minneapolis, Minnesota.

APPEARANCES:
- Plaintiff: Joseph Thompson, Harry Jacobs, Matthew Ebert, Chelsea Walcker and Daniel Bobier, Assistant U.S. Attorneys
- Defendants: Andrew Birrell and Ian Birrell for Abdiaziz Shafii Farah (1) Retained Attorneys
  Patrick Cotter for Mohamed Jama Ismail (2), CJA Appointed Attorney
  Edward V. Sapone for Abdimajid Mohamed Nur (4), CJA Appointed Attorney
  Steven Schleicher and Clayton Carlson for Said Shafii Farah (5), Retained Attorneys
  Andrew Garvis for Abdiwahab Maalim Aftin (6), Retained Attorney
  Frederick J. Goetz, Andrew Mohring and Kaitlyn Falk for Mukhtar Mohamed Shariff (7), CJA Appointed Attorneys
  Michael Brandt and Nicole Kettwick for Hayat Mohmed Nur (8), CJA Appointed Attorneys

PROCEEDINGS:
- ☒ Jury Trial - Continued (Trial Day 29)
- ☒ Release of juror.
- ☒ Deliberations began at 9:10 a.m.
- ☒ Trial continued (deliberations) to June 5 at 8:30 a.m.

Date: June 4, 2024　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　s/KW

　　　　　　　　　　　　　　　　　　　　　　　Signature of Courtroom Deputy to Judge Nancy E. Brasel