## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

UNITED STATES OF AMERICA,             Case No. 22-CR-124 (NEB/TNL)


                    Plaintiff,

                                      VERDICT FORM AS TO DEFENDANT
v.                                         ABDIAZIZ SHAFII FARAH

ABDIAZIZ SHAFII FARAH,


                    Defendant.

---

## COUNT 1
### (Conspiracy to Commit Wire Fraud)

With respect to Count 1 (Conspiracy to Commit Wire Fraud), we, the jury, find

defendant ABDIAZIZ SHAFII FARAH:


GUILTY ☐                    NOT GUILTY ☐


## COUNT 2
### (Wire Fraud)

With respect to Count 2 (Wire Fraud), we, the jury, find defendant

ABDIAZIZ SHAFII FARAH:


GUILTY ☐                    NOT GUILTY ☐

<u>COUNT 5</u>
(Wire Fraud)

With respect to Count 5 (Wire Fraud), we, the jury, find defendant

ABDIAZIZ SHAFII FARAH:

GUILTY ☐                    NOT GUILTY ☐


<u>COUNT 6</u>
(Wire Fraud)

With respect to Count 6 (Wire Fraud), we, the jury, find defendant

ABDIAZIZ SHAFII FARAH:

GUILTY ☐                    NOT GUILTY ☐


<u>COUNT 7</u>
(Wire Fraud)

With respect to Count 7 (Wire Fraud), we, the jury, find defendant

ABDIAZIZ SHAFII FARAH:

GUILTY ☐                    NOT GUILTY ☐

<u>COUNT 9</u>
(Wire Fraud)

With respect to Count 9 (Wire Fraud), we, the jury, find defendant

ABDIAZIZ SHAFII FARAH:

GUILTY ☐          NOT GUILTY ☐


<u>COUNT 10</u>
(Wire Fraud)

With respect to Count 10 (Wire Fraud), we, the jury, find defendant

ABDIAZIZ SHAFII FARAH:

GUILTY ☐          NOT GUILTY ☐


<u>COUNT 11</u>
(Wire Fraud)

With respect to Count 11 (Wire Fraud), we, the jury, find defendant

ABDIAZIZ SHAFII FARAH:

GUILTY ☐          NOT GUILTY ☐

<u>COUNT 13</u>
(Conspiracy to Commit Federal Programs Bribery)

With respect to Count 13 (Conspiracy to Commit Federal Programs Bribery), we,

the jury, find defendant ABDIAZIZ SHAFII FARAH:

GUILTY ☐                NOT GUILTY ☐

<u>COUNT 14</u>
(Federal Programs Bribery)

With respect to Count 14 (Federal Programs Bribery), we, the jury, find defendant

ABDIAZIZ SHAFII FARAH:

GUILTY ☐                NOT GUILTY ☐

<u>COUNT 17</u>
(Federal Programs Bribery)

With respect to Count 17 (Federal Programs Bribery), we, the jury, find defendant

ABDIAZIZ SHAFII FARAH:

GUILTY ☐                NOT GUILTY ☐

<u>COUNT 20</u>
(Conspiracy to Commit Money Laundering)

With respect to Count 20 (Conspiracy to Commit Money Laundering), we, the jury, find defendant ABDIAZIZ SHAFII FARAH:

GUILTY ☐                    NOT GUILTY ☐

<u>COUNT 22</u>
(Money Laundering)

With respect to Count 22 (Money Laundering), we, the jury, find defendant ABDIAZIZ SHAFII FARAH:

GUILTY ☐                    NOT GUILTY ☐

<u>COUNT 23</u>
(Money Laundering)

With respect to Count 23 (Money Laundering), we, the jury, find defendant ABDIAZIZ SHAFII FARAH:

GUILTY ☐                    NOT GUILTY ☐

<u>COUNT 24</u>
(Money Laundering)

With respect to Count 24 (Money Laundering), we, the jury, find defendant

ABDIAZIZ SHAFII FARAH:

GUILTY ☐                    NOT GUILTY ☐

<u>COUNT 25</u>
(Money Laundering)

With respect to Count 25 (Money Laundering), we, the jury, find defendant

ABDIAZIZ SHAFII FARAH:

GUILTY ☐                    NOT GUILTY ☐

<u>COUNT 26</u>
(Money Laundering)

With respect to Count 26 (Money Laundering), we, the jury, find defendant

ABDIAZIZ SHAFII FARAH:

GUILTY ☐                    NOT GUILTY ☐

<u>COUNT 29</u>
(Money Laundering)

With respect to Count 29 (Money Laundering), we, the jury, find defendant

ABDIAZIZ SHAFII FARAH:

GUILTY ☐                    NOT GUILTY ☐


<u>COUNT 32</u>
(Money Laundering)

With respect to Count 32 (Money Laundering), we, the jury, find defendant

ABDIAZIZ SHAFII FARAH:

GUILTY ☐                    NOT GUILTY ☐


<u>COUNT 33</u>
(Money Laundering)

With respect to Count 33 (Money Laundering), we, the jury, find defendant

ABDIAZIZ SHAFII FARAH:

GUILTY ☐                    NOT GUILTY ☐

<u>COUNT 37</u>
(Money Laundering)

With respect to Count 37 (Money Laundering), we, the jury, find defendant

ABDIAZIZ SHAFII FARAH:

GUILTY ☐                    NOT GUILTY ☐

<u>COUNT 39</u>
(Money Laundering)

With respect to Count 39 (Money Laundering), we, the jury, find defendant

ABDIAZIZ SHAFII FARAH:

GUILTY ☐                    NOT GUILTY ☐

<u>COUNT 42</u>
(Money Laundering)

With respect to Count 42 (Money Laundering), we, the jury, find defendant

ABDIAZIZ SHAFII FARAH:

GUILTY ☐                    NOT GUILTY ☐

<u>COUNT 43</u>
(False Statement in a Passport Application)

With respect to Count 43 (False Statement in a Passport Application), we, the jury,

find defendant ABDIAZIZ SHAFII FARAH:

GUILTY ☐                    NOT GUILTY ☐

Dated: _____          _____
                                      Jury Foreperson

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

UNITED STATES OF AMERICA,                    Case No. 22-CR-124 (NEB/TNL)


                         Plaintiff,

                                            VERDICT FORM AS TO DEFENDANT
v.                                              MOHAMED JAMA ISMAIL

MOHAMED JAMA ISMAIL,


                         Defendant.


## COUNT 1
(Conspiracy to Commit Wire Fraud)

With respect to Count 1 (Conspiracy to Commit Wire Fraud), we, the jury, find

defendant MOHAMED JAMA ISMAIL:


GUILTY ☐                        NOT GUILTY ☐


## COUNT 2
(Wire Fraud)

With respect to Count 2 (Wire Fraud), we, the jury, find defendant

MOHAMED JAMA ISMAIL:


GUILTY ☐                        NOT GUILTY ☐

<u>COUNT 20</u>
(Conspiracy to Commit Money Laundering)

With respect to Count 20 (Conspiracy to Commit Money Laundering), we, the

jury, find defendant MOHAMED JAMA ISMAIL:

GUILTY ☐                    NOT GUILTY ☐

<u>COUNT 28</u>
(Money Laundering)

With respect to Count 28 (Money Laundering), we, the jury, find defendant

MOHAMED JAMA ISMAIL:

GUILTY ☐                    NOT GUILTY ☐

Dated: _____          _____
                                      Jury Foreperson

11

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

UNITED STATES OF AMERICA,                    Case No. 22-CR-124 (NEB/TNL)


                        Plaintiff,

                                             VERDICT FORM AS TO DEFENDANT
v.                                              ABDIMAJID MOHAMED NUR

ABDIMAJID MOHAMED NUR,


                        Defendant.

---

## COUNT 1
(Conspiracy to Commit Wire Fraud)

With respect to Count 1 (Conspiracy to Commit Wire Fraud), we, the jury, find

defendant ABDIMAJID MOHAMED NUR:


GUILTY ☐                    NOT GUILTY ☐


## COUNT 3
(Wire Fraud)

With respect to Count 3 (Wire Fraud), we, the jury, find defendant ABDIMAJID

MOHAMED NUR:


GUILTY ☐                    NOT GUILTY ☐

<u>COUNT 4</u>
(Wire Fraud)

With respect to Count 4 (Wire Fraud), we, the jury, find defendant ABDIMAJID

MOHAMED NUR:

GUILTY ☐               NOT GUILTY ☐

<u>COUNT 6</u>
(Wire Fraud)

With respect to Count 6 (Wire Fraud), we, the jury, find defendant ABDIMAJID

MOHAMED NUR:

GUILTY ☐               NOT GUILTY ☐

<u>COUNT 12</u>
(Wire Fraud)

With respect to Count 12 (Wire Fraud), we, the jury, find defendant ABDIMAJID

MOHAMED NUR:

GUILTY ☐               NOT GUILTY ☐

<u>COUNT 20</u>
(Conspiracy to Commit Money Laundering)

With respect to Count 20 (Conspiracy to Commit Money Laundering), we, the jury, find defendant ABDIMAJID MOHAMED NUR:

GUILTY ☐                    NOT GUILTY ☐

<u>COUNT 24</u>
(Money Laundering)

With respect to Count 24 (Money Laundering), we, the jury, find defendant ABDIMAJID MOHAMED NUR:

GUILTY ☐                    NOT GUILTY ☐

<u>COUNT 25</u>
(Money Laundering)

With respect to Count 25 (Money Laundering), we, the jury, find defendant ABDIMAJID MOHAMED NUR:

GUILTY ☐                    NOT GUILTY ☐

<u>COUNT 29</u>
(Money Laundering)

With respect to Count 29 (Money Laundering), we, the jury, find defendant

ABDIMAJID MOHAMED NUR:

GUILTY ☐                    NOT GUILTY ☐

<u>COUNT 34</u>
(Money Laundering)

With respect to Count 34 (Money Laundering), we, the jury, find defendant

ABDIMAJID MOHAMED NUR:

GUILTY ☐                    NOT GUILTY ☐

<u>COUNT 35</u>
(Money Laundering)

With respect to Count 35 (Money Laundering), we, the jury, find defendant

ABDIMAJID MOHAMED NUR:

GUILTY ☐                    NOT GUILTY ☐

<u>COUNT 38</u>
(Money Laundering)

With respect to Count 38 (Money Laundering), we, the jury, find defendant

ABDIMAJID MOHAMED NUR:

GUILTY ☐                    NOT GUILTY ☐

<u>COUNT 41</u>
(Money Laundering)

With respect to Count 41 (Money Laundering), we, the jury, find defendant

ABDIMAJID MOHAMED NUR:

GUILTY ☐                    NOT GUILTY ☐

Dated: _____        _____
                                    Jury Foreperson

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

UNITED STATES OF AMERICA,              Case No. 22-CR-124 (NEB/TNL)


                        Plaintiff,
                                    VERDICT FORM AS TO DEFENDANT
v.                                          SAID SHAFII FARAH

SAID SHAFII FARAH,


                        Defendant.

---

## COUNT 1
### (Conspiracy to Commit Wire Fraud)

With respect to Count 1 (Conspiracy to Commit Wire Fraud), we, the jury, find

defendant SAID SHAFII FARAH:


            GUILTY ☐                    NOT GUILTY ☐



## COUNT 12
### (Wire Fraud)

With respect to Count 12 (Wire Fraud), we, the jury, find defendant SAID SHAFII

FARAH:


            GUILTY ☐                    NOT GUILTY ☐

<u>COUNT 13</u>
(Conspiracy to Commit Federal Programs Bribery)

With respect to Count 13 (Conspiracy to Commit Federal Programs Bribery), we, the jury, find defendant SAID SHAFII FARAH:

GUILTY ☐                    NOT GUILTY ☐

<u>COUNT 16</u>
(Federal Programs Bribery)

With respect to Count 16 (Federal Programs Bribery), we, the jury, find defendant SAID SHAFII FARAH:

GUILTY ☐                    NOT GUILTY ☐

<u>COUNT 18</u>
(Federal Programs Bribery)

With respect to Count 18 (Federal Programs Bribery), we, the jury, find defendant SAID SHAFII FARAH:

GUILTY ☐                    NOT GUILTY ☐

<u>COUNT 19</u>
(Federal Programs Bribery)

With respect to Count 19 (Federal Programs Bribery), we, the jury, find defendant

SAID SHAFII FARAH:


GUILTY ☐                    NOT GUILTY ☐


<u>COUNT 20</u>
(Conspiracy to Commit Money Laundering)

With respect to Count 20 (Conspiracy to Commit Money Laundering), we, the

jury, find defendant SAID SHAFII FARAH:


GUILTY ☐                    NOT GUILTY ☐


<u>COUNT 21</u>
(Money Laundering)

With respect to Count 21 (Money Laundering), we, the jury, find defendant SAID

SHAFII FARAH:


GUILTY ☐                    NOT GUILTY ☐

<u>COUNT 40</u>
(Money Laundering)

With respect to Count 40 (Money Laundering), we, the jury, find defendant SAID

SHAFII FARAH:

GUILTY ☐                    NOT GUILTY ☐

Dated: _____          _____
                                       Jury Foreperson

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 22-CR-124 (NEB/TNL) |
| Plaintiff, | |
| v. | VERDICT FORM AS TO DEFENDANT ABDIWAHAB MAALIM AFTIN |
| ABDIWAHAB MAALIM AFTIN, | |
| Defendant. | |

COUNT 1
(Conspiracy to Commit Wire Fraud)

With respect to Count 1 (Conspiracy to Commit Wire Fraud), we, the jury, find defendant ABDIWAHAB MAALIM AFTIN:

GUILTY ☐             NOT GUILTY ☐

COUNT 20
(Conspiracy to Commit Money Laundering)

With respect to Count 20 (Conspiracy to Commit Money Laundering), we, the jury, find defendant ABDIWAHAB MAALIM AFTIN:

GUILTY ☐             NOT GUILTY ☐

<u>COUNT 27</u>
(Money Laundering)

With respect to Count 27 (Money Laundering), we, the jury, find defendant

ABDIWAHAB MAALIM AFTIN:

GUILTY ☐                    NOT GUILTY ☐

Dated: _____          _____
                                       Jury Foreperson

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

UNITED STATES OF AMERICA,                  Case No. 22-CR-124 (NEB/TNL)


                              Plaintiff,

                                           VERDICT FORM AS TO DEFENDANT
v.                                             MUKHTAR MOHAMED SHARIFF

MUKHTAR MOHAMED SHARIFF,


                              Defendant.


COUNT 1
(Conspiracy to Commit Wire Fraud)

With respect to Count 1 (Conspiracy to Commit Wire Fraud), we, the jury, find

defendant MUKHTAR MOHAMED SHARIFF:


GUILTY ☐                    NOT GUILTY ☐


COUNT 8
(Wire Fraud)

With respect to Count 8 (Wire Fraud), we, the jury, find defendant

MUKHTAR MOHAMED SHARIFF:


GUILTY ☐                    NOT GUILTY ☐

<u>COUNT 13</u>
(Conspiracy to Commit Federal Programs Bribery)

With respect to Count 13 (Conspiracy to Commit Federal Programs Bribery), we, the jury, find defendant MUKHTAR MOHAMED SHARIFF:

GUILTY ☐              NOT GUILTY ☐

<u>COUNT 15</u>
(Federal Programs Bribery)

With respect to Count 15 (Federal Programs Bribery), we, the jury, find defendant MUKHTAR MOHAMED SHARIFF:

GUILTY ☐              NOT GUILTY ☐

<u>COUNT 20</u>
(Conspiracy to Commit Money Laundering)

With respect to Count 20 (Conspiracy to Commit Money Laundering), we, the jury, find defendant MUKHTAR MOHAMED SHARIFF:

GUILTY ☐              NOT GUILTY ☐

<u>COUNT 31</u>
(Money Laundering)


With respect to Count 31 (Money Laundering), we, the jury, find defendant

MUKHTAR MOHAMED SHARIFF:


GUILTY ☐                    NOT GUILTY ☐


Dated: _____          _____
                                      Jury Foreperson

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

UNITED STATES OF AMERICA,                    Case No. 22-CR-124 (NEB/TNL)


                    Plaintiff,
                                        VERDICT FORM AS TO DEFENDANT
v.                                          HAYAT MOHAMED NUR

HAYAT MOHAMED NUR,


                    Defendant.

---

## COUNT 1
(Conspiracy to Commit Wire Fraud)

With respect to Count 1 (Conspiracy to Commit Wire Fraud), we, the jury, find

defendant HAYAT MOHAMED NUR:


                    GUILTY ☐                    NOT GUILTY ☐

## COUNT 4
(Wire Fraud)

With respect to Count 4 (Wire Fraud), we, the jury, find defendant

HAYAT MOHAMED NUR:


                    GUILTY ☐                    NOT GUILTY ☐

<u>COUNT 10</u>
(Wire Fraud)

With respect to Count 10 (Wire Fraud), we, the jury, find defendant

HAYAT MOHAMED NUR:

GUILTY ☐                    NOT GUILTY ☐


<u>COUNT 11</u>
(Wire Fraud)

With respect to Count 11 (Wire Fraud), we, the jury, find defendant

HAYAT MOHAMED NUR:

GUILTY ☐                    NOT GUILTY ☐


<u>COUNT 34</u>
(Money Laundering)

With respect to Count 34 (Money Laundering), we, the jury, find defendant

HAYAT MOHAMED NUR:

GUILTY ☐                    NOT GUILTY ☐


Dated: _____        _____
                                    Jury Foreperson