UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MUKHTAR MOHAMED SHARIFF,<br><br>Defendant. | Case No.: 22-CR-124 (7) (NEB/TNL)<br><br>**DECLARATION OF ANDREW H. MOHRING** |

I, Andrew H. Mohring, hereby declare and state as follows:

1. I am an attorney licensed to practice law in the State of Minnesota and the United States District Court for the District of Minnesota. My attorney registration number is 190731. Together with Frederick J. Goetz and Kaitlyn Falk, I have represented Mukhtar Mohamed Shariff throughout the pendency of this case. I submit this Declaration in support of our motion for Mr. Shariff's release for the duration of jury deliberations. I have personal knowledge of the facts set forth herein.

2. On April 22, 2024, a trial of seven of the eight defendants in this indictment - Abdiaziz Shafii Farah, Mohamed Jama Ismail, Abdimajid Mohamed Nur, Said Shafii Farah, Abdiwahab Maalim Aftin, Mukhtar

       Mohamed Shariff, and Hayat Mohamed Nur - commenced in the United States District Court for the District of Minnesota before the Honorable Nancy E. Brasel in Courtroom 13W, U.S. Courthouse, 300 South Fourth Street, Minneapolis, MN 55415.

3. At the end of the first week of trial, a jury was selected and seated. Among those selected to serve in the trial was Juror #52.

4. Throughout voir dire, counsel for the government, counsel for the defense and the seven defendants had access to the personal information of jurors via "juror lists" provided by the Court. Upon conclusion of voir dire, the Court instructed counsel and the seven defendants to return their juror lists.

5. Two of these lists were not returned. The numbering affiliated with the missing lists did not correspond with the lists distributed to Mr. Shariff's table or team.

6. Upon information and belief, counsel for Mr. Shariff, as well as Mr. Shariff himself, returned the juror lists made available to them in accordance with the Court's instruction. Upon further information and belief, Mr. Shariff did not in any way write down or record the name of any juror.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 6, 2024                                By:  *s/ Andrew H. Mohring*
                                                        Andrew H. Mohring

3