**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

**UNDER SEAL**

UNITED STATES OF AMERICA

    v.                                                                      Criminal No.  22-124

ABDIAZIZ SHAFII FARAH, ET AL

_____

UNITED STATES OF AMERICA

    v.                                                                      Criminal No.  24-173

ABDIAZIZ SHAFII FARAH, ET AL

_____

**NOTICE TO THE COURT OF POSSIBLE RELATED CASES**

The undersigned attorney hereby notifies the Court and counsel that the above-captioned cases are related for the following reasons:

- The cases involve the same act or transaction connected with or constituting a part of a common conspiracy, scheme or plan;
- The cases arise out of the same operative set of facts, behavioral episode or course of conduct whether the prior cases are open or closed;
- The cases arise out of the same investigation and have temporal proximity;
- A subsequent case results from cooperation rendered by a defendant or defendants in a previous case, whether open or closed; and
- The cases stem from an investigation of a common organization; e.g., a particular gang, corporation, financial institution, etc., and the cases involve common personnel and/or factual scenarios.

Dated: July 9, 2024                                   Respectfully submitted,

                                              ANDREW M. LUGER
                                              United States Attorney

                                              *s/ Joesph H. Thompson*
                             BY:   Joesph H. Thompson
                                          Assistant U.S. Attorney