UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
22-124 (NEB/TNL)

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

HAYAT MOHAMED NUR,

        Defendant.

**NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL**

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that attorneys Michael J. Brandt and Nicole A. Kettwick bring the following motion:

## MOTION

**COUNSEL HEREBY MOVES**, pursuant to District of Minnesota Local Rule 83.7(c), for an order:

1. Withdrawing Michael J. Brandt and Nicole A. Kettwick as CJA attorneys for Ms. Nur.

**THIS MOTION WILL BE BASED** upon the following:

Ms. Nur has retained private counsel.

Respectfully submitted,
**Brandt Kettwick Defense**

Dated: 09/05/2024

/S/ Michael J. Brandt
Michael J. Brandt, Attorney No. 241548
2150 Third Avenue North Suite 210
Anoka, Minnesota 55303
763.421.6366

Dated: 08/31/2024

/S/ Nicole A. Kettwick
Nicole A. Kettwick, Attorney No. 391329
2150 Third Avenue North Suite 210
Anoka, Minnesota 55303
763.421.6366