UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 22-124(7) (NEB/DTS)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) **MOTION FOR LEAVE TO FILE POST-DEADLINE OBJECTION TO PSR** |
| MUKHTAR SHARIFF, | ) |
| Defendant. | ) |

The United States of America, by and through its attorneys, Andrew M. Luger, United States Attorney for the District of Minnesota, and Joseph H. Thompson, Assistant United States Attorneys, submits the following motion for leave to file a post-deadline objection to the presentence investigation report.

The probation office issued its preliminary presentence investigation report on August 15, 2024. Dkt. #604. On August 23, 2024, the Court granted defendant's motion for an extension of time in which to file objection to the preliminary PSR. Dkt. #614. Objections were due on September 9, 2024. *Id.*

Shortly before the deadline, the government learned new information about unauthorized recordings of trial testimony found on defendant's cell phone. These recordings—which were made in direct contravention of the Court's order prohibiting recording of courtroom proceedings—were recovered recently from defendant's phone by FBI analysts involved in the investigation into the attempted bribery of a juror in defendant's trial.


The government respectfully requests the Court grant leave for the government to file a post-deadline objection to the preliminary PSR so that this information may be included in the final PSR.

                                                            Respectfully Submitted,

Dated: September 11, 2024              ANDREW M. LUGER
                                                    United States Attorney

                                                /s/ *Joseph H. Thompson*
                                      BY:  JOSEPH H. THOMPSON
                                                  Assistant U.S. Attorney