UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | DEFENDANT ABDIAZIZ SHAFII |
| Plaintiff, | ) | FARAH'S MOTION FOR A FURLOUGH |
| vs. | ) | |
| | ) | Crim. No. 24-173 (DSD/DLM) |
| Abdiaziz Shafii Farah, | ) | Crim. No. 22-124 (NEB-DTS) |
| | ) | |
| Defendant. | ) | |

Defendant Abdiaziz Shafii Farah through his undersigned counsel respectfully moves the Court for an Order granting him a furlough from his pretrial detention for a period of four weeks to assist his wife after the birth of their new child earlier this week.

Counsel understands the birth of the new child earlier this week had to be induced early because of the risks to both mother and child. Counsel understands the child suffers from a heart condition and mother suffered from a variety of health conditions during the pregnancy, and they remain at the hospital at the time of this writing, but both are doing well.

Counsel also understands the couple already are parents to three children, aged 6, 2½, and 11 months (a special-needs daughter, requiring significant, daily, hands-on attention and support). Counsel's understanding is Defendant Farah seeks this parental-leave furlough for the purpose of assisting his wife in navigating the first few

weeks of difficulties in caring for a new-born, a special needs child, and two other young children.

Defendant Farah is willing to submit to any appropriate conditions during the furlough, including total home-confinement, with an ankle monitor, and daily or even hourly check-in with probation or the police. Mr. Gerdts, Mr. Farah's Counsel in case number 24-cr-173 (DSD/DLM), sought the Government's position regarding this motion, but the Government has not as of yet responded.

Dated: 8 November 2024                     Respectfully submitted,

                                           DANIEL L. GERDTS, LAWYER

                                           s/ Daniel L. Gerdts

                                           Daniel L. Gerdts (#207329)
                                           331 Second Avenue South, Suite 705
                                           Minneapolis, MN 55401
                                           612.800.5086
                                           Counsel in Case 24-Cr-173 (DSD/DLM)


                                           Birrell Law Firm PLLC

                                           s/ Andrew S Birrell

                                           Andrew S. Birrell (#0133760)
                                           Ian S. Birrell (#0396379)
                                           333 South Seventh Street
                                           Ste 3020
                                           Minneapolis, MN 55402
                                           Counsel in Case 22-Cr-124 (NEB/DTS)