# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# SENTENCING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | **COURT MINUTES - CRIMINAL** | |
| ) | | |
| Plaintiff, ) | Case No: | 22-cr-124 (1) (NEB/DTS) |
| ) | Date: | August 6, 2025 |
| v. ) | Courthouse: | Minneapolis |
| ) | Courtroom: | 13W |
| ABDIAZIZ SHAFII FARAH, ) | Court Reporter: | Renee Rogge |
| aka Abdiaziz Farah, ) | Time Commenced: | 10:00 a.m. - 11:45 a.m. |
| Defendant. ) | Time Concluded: | 12:00 p.m. – 12:25 p.m. |
| ) | Time in Court: | 2 hours and 10 minutes |
| ) | | |

Before Nancy E. Brasel, United States District Judge
APPEARANCES:

    For Plaintiff:    Joseph Thompson, Harry Jacobs, Matthew Ebert and Daniel Bobier, Assistant U.S. Attorneys
    For Defendant:    Andrew Birrell and Ian Birrell, Retained Attorneys

☒ **Sentencing.**
☒ Objections to the PSR arguments and rulings made on the record.
☒ Paragraph 146 should be amended to include the updated status of case 24-cr-173 (DSD/DLM).

**IT IS ORDERED:**
**Defendant is sentenced to 336 months:**

| Count Nos. | Guilty Verdict | BOP | SR |
|---|---|---|---|
| 1s and 13 | X | Custody of the BOP for 60 months to be served concurrently to each other and to counts 14, 17, 22-26, 29, 32-33, 37, 39, 42-43 | 3 years to be served concurrently to each other and counts 5-7, 9-11, 14, 17, 20, 22-26, 29, 32-33, 37, 39, 42-43 |
| 14, 17, 22-26, 29, 32-33, 37, 39, 42-43 | X | Custody of the BOP for 120 months to be served concurrently to each other and to counts 1s and 13 | 3 years to be served concurrently to each other and counts 1s, 13, 5-7, 9-11, 20 |

| | | | |
|---|---|---|---|
| 5-7, 9-11, 20 | X | Custody of the BOP for 240 months. 24 months of this term is to be served concurrently to each other and counts 1s, 13, 14, 17, 22-26, 29, 32-33, 37, 39, 42-43. 216 months of this term is to be served concurrently to each other but consecutively to counts 1s, 13, 14, 17, 22-26, 29, 32-33, 37, 39, 42-43. | 3 years to be served concurrently to each other and counts 1s, 13, 14, 17, 22-26, 29, 32-33, 37, 39, 42-43 |

☒ Special conditions of: **See J&C for special condition.**
☒ Special assessment in the amount of $2,300.00 due immediately.
☒ Restitution in the amount of $47,920,514 is due immediately. This amount is due jointly and severally with codefendants: Mohamed Jama Ishmail (2), Abdimajid Mohamed Nur (4), Mukhtar Mohamed Shariff (7) and Hayat Mohamed Nur (8)
☒ The restricted filings at ECF No. 826-827 and 843-845 shall remain restricted until 8/6/55 (30 years).
☒ Defendant is remanded to the custody of the USM.

Date: August 6, 2025                                          s/Kristine Wegner
                                                              Courtroom Deputy to Judge Nancy E. Brasel