UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ABDIAZIZ SHAFII FARAH, et al.,

    Defendant.

Case No. 22-cr-124 (NEB/DTS)

PETITION ASSERTING INTEREST
IN PROPERTY PURSUANT TO
21 U.S.C. § 853(n)

### SECTION I – CONTACT INFORMATION

**A. PETITIONER INFORMATION:**

| Petitioner Name and Address (Prisoner Id, if applicable): Sadia Sahal Dubat, 15418 Hampshire Lane, Savage, MN 55378 ||
|---|---|
| Phone: 612-203-2567 | Email (optional): |

**B. ATTORNEY INFORMATION (if applicable):**

| Attorney Name: Daniel Gerdts ||
|---|---|
| Firm Name: Gerdts Law PLLC ||
| Mailing Address: 331 Second Ave. S. Suite 705 | Minneapolis MN 55401 |
| Phone: 612 800 5086 | Email: daniel@danielgerdtslaw.com |

*If any of this information changes, you are responsible for notifying the agency of the new information.*

Page 1

## SECTION II – ASSET LIST

A. Identify the asset ID and asset description for each asset you are petitioning and indicate your role as a petitioner for each asset. You may select one or more roles.

| Asset Id | Asset Description | Owner | Lienholder |
|---|---|---|---|
| 1) | Item a. ix. of Govt EX P, appended to Preliminary Order of Forfeiture @ 22-124 Doc 665-1 Gold Jewelry in ceremonial case | Sadia Dubat | |
| 2) | Item a. x. found in the same filing "Gold ceremonial earrings and necklace" | Sadia Dubat | |
| 3) | Miscellaneous clothing seized on 20 January 22 — Govt EX P "b" including a couple of female jackets, 6-7 dresses, T-shirts, work-out clothing | Sadia Dubat | |

*You must identify your role for each asset in your petition.*
*Use additional asset sheet if necessary.*

## SECTION III - INTEREST IN PROPERTY

In the space below, please explain the nature and extent of your right, title and interest in the property and the time and circumstances or your acquisition of the right title and interest in the property and any additional facts supporting your claim. Please attach any relevant documents, such as police reports or receipts, if you have them.

Items numbered 1 and 2 above were wedding gifts from family members to Sadia Dubat during her wedding on or about June 2020_

The miscellaneous clothing is clothing belonging to Sadia Dubat _ The precise date of purchase is not readily ascertainable _

Page 2

## SECTION IV – DECLARATION AND REPRESENTATION

The following declaration should be completed by the petitioner. If the petitioner is represented by an attorney, the attorney may complete the declaration as long as the petitioner completes the sworn notice of representation.

I attest and declare under penalty of perjury that my petition is not frivolous, and the information provided in support of my petition is true and correct to the best of my knowledge and belief.

_8 August 2025_
Date

_[signature]_
Signature

_Daniel Gerdts_
Print name

**Sworn Notice of Representation**

This section must be completed only by petitioners who are represented by an attorney and whose attorney has executed the declaration provided above.

I have retained the above-named attorney who has authority to represent me in this matter. I have fully reviewed the foregoing petition and found that its contents are truthful and accurate in every respect. I declare under penalty of perjury that the foregoing information is true and correct.

_8/6/25_
Date

_[signature]_
Signature

_Sadia Dubat_
Print name

*A petition containing false information may subject the petitioner to criminal prosecution under Title 18 United States Code Section 1001 and Title 18 United States Code Section 1621.*