# UNITED STATES DISTRICT COURT
## District of Minnesota
NOTICE OF APPEAL

USCA 8 NO _____

United States of America

Plaintiff

vs

Defendant

District Court Docket Number _____

District Court Judge _____

Notice is given that _____ appeals to the United States Court of Appeals for the Eighth Circuit from the ☐ Judgment & Commitment ☐ Order (Specify) entered in this action on _____

*Barry S. Zone*
Signature of Defendant's Counsel | Typed name of Defendant's Counsel

( )
Street Address/Room Number | Telephone Number

City | State | Zip | Date

## TRANSCRIPT ORDER FORM
**TO BE COMPLETED BY ATTORNEY FOR APPELLANT**

☐ Please Prepare a transcript of:
- ☐ Pre-trial proceedings
- ☐ Testimony <u>or</u>
- ☐ Portions thereof _____
- ☐ Sentencing
- ☐ Post Trial Proceedings
- ☐ Other (Specify) _____

☐ I am not ordering a transcript because
- ☐ Previously filed
- ☐ Other (Specify) _____

### CERTIFICATE OF COMPLIANCE
Appellant hereby certifies that copies of this notice of appeal/transcript order form have been filed/served upon US District Court, court reporter and all counsel of record, and that satisfactory arrangements for payment of costs of transcripts ordered have been made with the court reporter. (FRAP 10(b)). Method of payment _____Funds, _____ CJA Form 24 completed
(see separate CJA 24 form in criminal appeals form)

*Barry S. Zone*
Attorney's Signature | Date

**NOTE: Complete All Items on Reverse Side**

# INFORMATION SHEET
## TO BE COMPLETED BY ATTORNEY FOR APPELLANT

1. Defendant's Address: **ADDRESS REDACTED**
   **ADDRESS REDACTED**

2. Date of Sentence: _____   ☐ Jury   ☐ Non-Jury
   Offenses: _____
   _____
   _____
   Trial Testimony - Number of days _____   Bail Status: _____

3. Sentence and Date Imposed: _____

4. Appealing:   Sentence ☐   Conviction ☐   Both ☐
   Challenging:   ☐ Application of Sentencing Guidelines
                  ☐ Constitutionality of Guidelines
                  ☐ Both Application and Constitutionality

5. Date Trial Transcript ordered by Counsel or District Court: _____
   Stenographer in Charge: _____
   (Name, Address, Phone) _____

6. Trial Counsel Was:   ☐ Appointed (no fee required)   ☐ Retained (filing fee $505 unless IFP granted)
   Does Defendant's financial status warrant appointment of counsel on appeal?
   ☐ Yes   ☐ No
   Affidavit of Financial Status filed: _____

   Is there any reason why trial counsel should not be appointed as counsel on appeal?
   ☐ Yes   ☐ No

7. Assistant US Attorney Name and Phone Number: _____

## Court Reporter Acknowledgment

Date Order Received _____   Estimated Completion Date _____   Est. Number of Pages _____

Court Reporter Signature _____   Date _____

Noticeofappeal (11/05)