UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>2. MOHAMED JAMA ISMAIL,<br><br>  Defendant. | Case No. 22-cr-124 (NEB/DTS)<br><br>**FIRST MOTION FOR FIRST FINAL ORDER OF FORFEITURE** |

The United States of America, through Joseph H. Thompson, Acting United States Attorney for the District of Minnesota, and Craig R. Baune, Assistant United States Attorney, respectfully moves this Court for a Final Order of Forfeiture for the following property:

   a. $424,695.03 seized from US Bank account No. 104786619932, held in the name of Empire Cuisine and Market LLC;

   b. $4,000,422.57 seized from JP Morgan Chase Bank account No. 761580833, held in the name of Empire Cuisine and Market LLC;

   c. $5,192.25 seized from Wells Fargo account No. 5674871586, held in the name of Mohamed Ismail;

   d. $4,000,422.57 seized from JP Morgan Chase Bank account No. 761580833, held in the name of Empire Cuisine and Market LLC; and

   e. $5,192.25 seized from Wells Fargo account No. 5674871586, held in the name of Mohamed Ismail (collectively, "the Property").

## I. BACKGROUND

On September 27, 2024, this Court entered a Preliminary Order of Forfeiture pursuant to 18 U.S.C. 981(a)(1)(C) in conjunction with 28 U.S.C. § 2461(c), and 18 U.S.C. § 982(a)(1), against Defendant Mohamed Jama Ismail. ECF No. 666. The

Order was based on the United States' Motion for Preliminary Order of Forfeiture, the evidence admitted at trial, the jury's verdict regarding guilt, and the Declaration of Lacramioara Blackwell.

Pursuant to 21 U.S.C. § 853(n), third parties asserting a legal interest in the Property are entitled to a judicial determination of the validity of the legal claims or interests they assert.

The United States published notice of the Court's Preliminary Order of Forfeiture on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on October 16, 2024, in accordance with Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. ECF Nos. 761, 762. The notice of forfeiture advised all unknown interested third parties of their right to petition the court within 60 days from the first date of publication for a hearing to adjudicate the validity of the alleged legal interest in the Property.

The United States also served notice of the forfeiture on Defendant Ismail's spouse, Deqa Yusuf, who filed a petition asserting an interest in the real property located at 13825 Edgewood Avenue, South, Savage, Minnesota. ECF No. 879. Because a petition is pending with respect to that property, it is not included in this motion and will instead be addressed at a later date.

No other third-party has made any claim or declared any interest in the Property, and the time for filing a petition has expired. Pursuant to 21 U.S.C. § 853(n)(7), following the disposition of all third-party petitions, or following the

expiration of the time period provided by law for filing such petitions, the United States shall have clear title to the property that is the subject of the order of forfeiture.

Accordingly, the United States moves for a Final Order of Forfeiture vesting full right, title and interest in the Property in the United States and declaring the Property forfeited for disposition in accordance with law.

                                      Respectfully submitted,

Dated: 10/3/2025                    JOSEPH H. THOMPSON
                                            Acting United States Attorney

                                            *s/Craig Baune*
                                            BY: CRAIG R. BAUNE
                                            Assistant U.S. Attorney
                                            Attorney ID No. 331727
                                            600 United States Courthouse
                                            300 South Fourth Street
                                            Minneapolis, MN 55415
                                            Phone: 612-664-5600
                                            Craig.baune@usdoj.gov