IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
Case No.: *0864 0:22CR00124-004 (NEB)*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | **MOTION TO CONTINUE** |
| ) | **SENTENCING** |
| v. ) | |
| ) | |
| Farah et al.,  (Abdimajid Mohamed Nur) ) | |
| ) | |
| Defendant. ) | |

EDWARD V. SAPONE, an attorney duly admitted to practice law before the courts of the State of Minnesota, affirms under the penalties of perjury that the following statements are true, based upon my personal knowledge and upon information and belief:

1. I am counsel to Defendant Abdimajid Nur in the above-captioned case.

2. My law office is located at 40 Fulton Street, 17th Floor, New York, NY 10038, (212) 349-9000.

3. This case is scheduled for sentencing Monday, November 10, 2025.

4. Prior to filing this motion, I contacted Kristine Wegner, the courtroom deputy for the Honorable Nancy E. Brasel to advise of this scheduling conflict and the need for a

continuance.

5. I conferred with AUSA Joseph Thompson regarding this request for continuance. As stated in paragraph 9 below, AUSA Thompson consents to this request.

6. This Motion to Adjourn Sentencing, together with a Memorandum of Law in Support thereof, is being filed electronically via the Court's CM/ECF system in compliance with Local Rule 5.1.

7. I am in the middle of a two-week jury trial in *Miguel Colon vs. Turner Construction Company and Memorial Sloan-Kettering Cancer Center* (Index No.: 150702/18) in the Supreme Court of the State of New York, New York County.

8. I respectfully request time to finish my trial, which will last another week, and to meet with my client to prepare him for sentencing. I therefore request an adjournment to November 24th, November 25th, or any further date convenient to the Court.

9. Counsel conferred with AUSA Joseph Thompson regarding this request, and the Government consents to the continuance.

10. Counsel acknowledges that this motion is filed on short notice. Counsel became engaged in the New York trial on October 27, 2025, and the trial's schedule made it clear only recently that it would extend beyond the sentencing date. Counsel provides this notice as promptly as circumstances permit.

Dated: November 7, 2025

Respectfully submitted:

*/s/ Edward V. Sapone*
Edward V. Sapone, Esq.

                Attorney for *Abdimajid Nur*
                40 Fulton Street / 17th Floor
                New York, NY 10038
                Tel: (212) 349-9000
                Cell: (917) 597-7676

cc: AUSA Joseph Thompson