**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

UNITED STATES OF AMERICA,

                Plaintiff,

v.                                                          22-CR-85 (NEB/TNL)

MOHAMED JAMA ISMAIL,

                Defendant.

---

UNITED STATES OF AMERICA,

                Plaintiff,

v.                                                          22-CR-124 (NEB/DTS)

ABDIAZIZ SHAFII FARAH, ET AL.,

                Defendants.

---

UNITED STATES OF AMERICA,

                Plaintiff,

v.                                                          22-CR-222 (NEB/DTS)

LIBAN YASIN ALISHIRE, ET AL.,

                Defendants.

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                                    22-CR-223 (NEB/DTS)

AIMEE MARIE BOCK, ET AL.,

        Defendants.

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                                    22-CR-224 (NEB/DTS)

QAMAR AHMED HASSAN, ET AL.,

        Defendants.

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                                    22-CR-225 (NEB/DTS)

SHARMAKE JAMA,  ET AL.,

        Defendants.

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                              22-CR-226 (NEB/DTS)

HAJI OSMAN SALAD, ET AL,

        Defendants.

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                              22-CR-236 (NEB)

HANNA MARAKEGN,

        Defendant.

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                              22-CR-237 (NEB)

BEKAM ADDISSU MERDASSA,

        Defendant.

UNITED STATES OF AMERICA,

          Plaintiff,

v.                                   22-CR-238 (NEB)

HADITH YUSUF AHMED,

          Defendant.

UNITED STATES OF AMERICA,

          Plaintiff,

v.                                   22-CR-277 (NEB/DTS)

MEKFIRA HUSSEIN, ET AL.,

          Defendants.

UNITED STATES OF AMERICA,

          Plaintiff,

v.                                   22-CR-293 (NEB/DTS)

MOHAMED MUSE NOOR,

          Defendant.

UNITED STATES OF AMERICA,

          Plaintiff,

v.                                   23-CR-80 (NEB/DTS)

AYAN FARAH ABUKAR,

          Defendants.

UNITED STATES OF AMERICA,

                Plaintiff,

v.                                        23-CR-81 (NEB/DTS)

SADE OSMAN HASHI,

                Defendant.

---

UNITED STATES OF AMERICA,

                Plaintiff,

v.                                        23-CR-82 (NEB/DTS)

SHARON ROSS,

                Defendant.

---

UNITED STATES OF AMERICA,

                Plaintiff,

v.                                        23-CR-91 (NEB/DTS)

MOHAMED ALI HUSSEIN, ET AL,

                Defendants.

---

UNITED STATES OF AMERICA,

                Plaintiff,

v.                                        23-CR-92 (NEB)

MULATA YUSUF ALI,

                Defendant.

UNITED STATES OF AMERICA,

                  Plaintiff,

v.                                         24-CR-13 (NEB/DTS)

SAID EREG, ET AL.

                  Defendants.

---

UNITED STATES OF AMERICA,

                  Plaintiff,

v.                                       24-CR-15 (NEB/DTS)

IKRAM YUSUF MOHAMED, ET AL.

                  Defendants.

---

UNITED STATES OF AMERICA,

                  Plaintiff,

v.                                       24-CR-24 (NEB)

HODA ALI ABDI,

                  Defendant.

---

UNITED STATES OF AMERICA,

                        Plaintiff,

v.                                                    25-CR-214 (NEB/DTS)

HIBO SAHAH DAAR,

                        Defendant.


UNITED STATES OF AMERICA,

                        Plaintiff,

v.                                                    25-CR-226 (NEB/DTS)

DOROTHY JEAN MOORE,

                        Defendant.


UNITED STATES OF AMERICA,

                        Plaintiff,

v.                                                    25-CR-297 (NEB)

HUSSEIN MOHAMED FARAH,

                        Defendant.

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                25-CR-331 (NEB/DTS)

AHMEDNAJI MAALIM AFTIN SHEIKH,

        Defendant.

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                25-CR-334 (NEB/DTS)

MUNA WAIS FIDHIN,

        Defendant.

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                25-CR-440 (ECT/SGE)

OUSMAN CAMARA,

        Defendant.

**ORDER OF DIRECTION TO THE CLERK OF COURT**
**FOR REASSIGNMENT OF RELATED CASE**

Case Nos. 22-CR-85, 22-CR-124, 22-CR-222, 22-CR-223, 22-CR-224, 22-CR-225, 22-CR-226, 22-CR-236, 22-CR-237, 22-CR-238, 22-CR-277, 22-CR-293, 23-CR-80, 23-CR-81, 23-CR-82, 23-CR-91, 23-CR-92, 24-CR-13, 24-CR-15, 24-CR-24, 25-CR-214, 25-CR-226, 25-297, 25-331 and 25-334 having been assigned to Judge Nancy E. Brasel and Magistrate Judge David T. Schultz and Case No. 25-CR-440 having later been assigned to Judge Eric C. Tostrud and Magistrate Judge Shannon G. Elkins and said matters being related cases,

**IT IS HEREBY ORDERED** that Case No. 25-CR-440 be assigned to Judge Nancy E. Brasel and Magistrate Judge David T. Schultz *nunc pro tunc,* by use of a space on the appropriate list of the automated case assignment system. The Clerk of Court is directed to reuse a card on the same list pursuant to the Court's Assignment of Cases Order signed July 19, 2021.

**IT IS FINALLY ORDERED** that a copy of this Order shall be filed in each of the above respective files.


DATED: November 24, 2025          s/Nancy E. Brasel
                                  NANCY E. BRASEL
                                  United States District Judge


DATED: November 24, 2025          s/Eric C. Tostrud
                                  ERIC C. TOSTRUD
                                  United States District Judge