# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ABDIAZIZ SHAFII FARAH,

    Defendant,

and,

SADIA SAHAL DUBAT,

    Petitioner.

Case No. 22-cr-124 (NEB/DTS)

**STIPULATION OF SETTLEMENT**

The United States of America and Sadia Sahal Dubat ("Dubat" or "Petitioner") hereby stipulate to settle all claims the Petitioner has with respect to the Property included in the Preliminary Order of Forfeiture issued against Abdiaziz Farah as ECF No. 665 in this matter pursuant to the following terms:

1. On September 27, 2024 the Court issued a Preliminary Order of Forfeiture ("POF") against Abdiaziz Farah that included various assets that are described in the POF order and a money judgment forfeiture of $19,074,336.02.

2. The United States sent Notice of the Forfeiture to Dubat through her undersigned attorney via Certified Mail and email or about July 11, 2025.

3. Defendant Abdiaziz Farah was sentenced on August 6, 2025, and the POF was incorporated in his Judgment. ECF No. 858 at 9.

4. On or about August 8, 2025, Petitioner timely filed a Petition Asserting

Interest in Property Pursuant to 21 U.S.C. § 853(n). Through the Petition, Dubat asserted an interest in the following property:

    i. Item a.ix. of the Appendix to the POF, gold jewelry in a ceremonial case;

    ii. Item a.x of the Appendix to the POF, gold ceremonial earrings and necklace;

    iii. Miscellaneous clothing seized on January 20, 2022—part of item b. in the Appendix to the POF.

5. Dubat asserts that the jewelry listed above as "item I" (item a.ix of the Appendix to the POF and "item ii" (Item a.x of the Appendix to the POF) were wedding gifts from family members. Dubat asserts that "item iii" (Miscellaneous clothing seized on January 20, 2022) above is clothing belonging to her, with a purchase date that is not readily ascertainable.

6. The United States sent written notice to all known interested parties of its intent to forfeit the property included in the POF, and it published notice of the Preliminary Order of Forfeiture on an official government website (www.assetforfeiture.gov) for 30 days commencing on October 17 and 18, 2024. ECF No. 761.

7. No other person has filed a petition with respect to the property that was included in Dubat's petition, and the time has expired for any other person to file a claim for such property under Title 18, United States Code, Section 983(a)(2)(A)-(E).

8. The United States and the Petitioner have reached the following agreement to the petition in this matter

    a.    Petitioner withdraws her claim to item iii above, Miscellaneous clothing seized on January 20, 2022—part of item b. in the Appendix to the POF, and agrees that those items may be included in the Final Order of Forfeiture issued against Defendant Abdiaziz Farah in this matter; and

    b.    The United States agrees to return "item i" (item a.ix of the Appendix to the POF and "item ii" (Item a.x of the Appendix to the POF) to the Petitioner as is set forth below.

9. The return of "item i" and "item ii" above to the Petitioner shall be in full settlement and satisfaction of any and all claims the Petitioner may have to the any of the property included in the POF. The Petitioner agrees to release the United States and any agents, servants, and employees of the United States and any involved state or local law enforcement agencies and their servants and employees, in their individual and official capacities, from any and all claims that exist or that may arise as a result of the seizure and forfeiture of the property included in the POF.

10. The Petitioner understands and agrees that by entering into this settlement she waives any rights she may have to litigate her interest in the property included in the POF and agrees to waive her right to petition for remission or mitigation of the forfeiture pursuant to 28 C.F.R. Part 9. If any such petition has been filed, the Petitioner agrees that such petition is dismissed with prejudice.

11. The parties agree that the POF shall be amended to be consistent with the resolution set forth above pursuant to 21 U.S.C. § 853(n)(6).

12. The parties agree to execute any further documents that may be necessary to implement the terms of this settlement. Each party agrees to bear its own costs and attorneys' fees.

13. The execution of this agreement does not constitute any admission of wrongdoing or fact by Petitioner or any other party except as otherwise expressly provided herein.

14. The signature pages of this stipulation may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

                                                                    DANIEL N. ROSEN
                                                                    United States Attorney

Date: 11/26/2025                        _s/Craig Baune_
                                                       BY: CRAIG R. BAUNE
                                                         Assistant United States Attorney
                                                         Attorney No. 0331727
                                                         600 United States Courthouse
                                                         300 South Fourth Street
                                                         Minneapolis, MN 55415
                                                         612-664-5600
                                                         craig.baune@usdoj.gov

                                                         GERDTS LAW PLLC

Date: 11/24/2025                      _s/Daniel Gerdts_
                                                         BY: DANIEL L. GERDTS
                                                         331 Second Avenue South, Suite 705
                                                         Minneapolis, MN   5501
                                                         Tel. 612-800-5086
                                                         Email:  daniel@danielgerdts.com

                                                         Attorney for Petitioner Sadia Sahal Dubat

Date:11/20/2025                      _s/Sadia Dubat_
                                                         SADIA SAHAL DUBAT
                                                         Petitioner