UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 22-CR-124 (NEB/DTS) |
| Plaintiff, | |
| v. | ORDER APPROVING STIPULATION OF SETTLEMENT |
| ABDIAZIZ SHAFII FARAH (1), | |
| Defendant, | |
| SADIA SAHAL DUBAT, | |
| Petitioner. | |

Based on the Stipulation for Settlement between the United States and Third-Party Petitioner Sadia Sahal Dubat, and on all the files, records, and proceedings herein, IT IS HEREBY ORDERED THAT:

1. The Stipulation of Settlement (ECF No. 942) is APPROVED;

2. The Petition filed by Sadia Sahal Dubat (ECF No. 853) is GRANTED IN PART and DENIED IN PART as is set forth in the Stipulation of Settlement between the United States and Petitioner Sadia Sahal Dubat; and

3. The Preliminary Order of Forfeiture against Abdiaziz Farah (ECF No. 665) is hereby amended to be consistent with the terms of the Stipulation of Settlement.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: December 9, 2025                         BY THE COURT:

                                                s/Nancy E. Brasel
                                                Nancy E. Brasel
                                                United States District Judge