UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 22-CR-124 (NEB/DTS) |
| Plaintiff, | |
| v. | ORDER APPROVING STIPULATION OF SETTLEMENT |
| ABDIAZIZ SHAFII FARAH (1), | |
| Defendant, | |
| BBI, LLC, | |
| Third-Party Petitioner. | |

Based on the Stipulation for Settlement executed between the United States and Third-Party Petitioner BBI, LLC, and on all the files, records, and proceedings herein, IT IS HEREBY ORDERED that:

1. The Stipulation of Settlement (ECF No. No. 945) is APPROVED;

2. The Petition filed by Petitioner BBI, LLC (ECF No. 933) is GRANTED IN PART and DENIED IN PART as is set forth in the Stipulation of Settlement between the United States and Petitioner BBI, LLC; and

3. The Preliminary Order of Forfeiture (ECF No. 665) is hereby amended to be consistent with the terms if this Stipulation of Settlement.

LET JUDGMENT BE ENTERED ACCORDINGLY

Dated: December 9, 2025                                BY THE COURT:

                                                       s/Nancy E. Brasel
                                                       Nancy E. Brasel
                                                       United States District Judge