# UNITED STATES DISTRICT COURT
## District of Minnesota

United States of America,

                    Plaintiff(s),

v.

Abdiaziz Shafii Farah

                    Defendant(s).

BBI, LLC

                    Petitioner.

**JUDGMENT IN A CRIMINAL CASE**

Case No. 22-cr-00124-NEB-DTS-1

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED THAT:**

1.   The Stipulation of Settlement (ECF No. No. 945) is APPROVED;

2.   The Petition filed by Petitioner BBI, LLC (ECF No. 933) is GRANTED IN PART and DENIED IN PART as is set forth in the Stipulation of Settlement between the United States and Petitioner BBI, LLC; and

3.   The Preliminary Order of Forfeiture (ECF No. 665) is hereby amended to be consistent with the terms if this Stipulation of Settlement.

Date: December 10, 2025                    Kate M. Fogarty, Clerk