| SUMMARY OF MAHAD IBRAHIM MONEY JUDGMENT FORFEITURE: | | |
|---|---|---|
| Deposits to Afrique Hospitality Group | $ 1,247,724.07 | 50% [CFO of Afrique] |
| Deposits to ThinkTechAct | $ 4,371,666.71 | |
| Deposits to MIB Holdings | $ 1,538,170.18 | |
| Deposits to Mahad Ibrahim Personal Accounts | $ 146,813.27 | |
| Deposits to Mind Foundry | $ 20,038.02 | |
| | | |
| | | |
| Total | $ 7,324,412.24 | |

GOVERNMENT
EXHIBIT

A

22-cr-223 (NEB / DTS)