Afrique Hospitality Group LLC
Bank of America, Checking Account #374000590835
Period of Review: 1/7/2021 - 6/14/2022

| Row Labels | Sum of Deposit | Sum of Withdrawal |
|---|---|---|
| ThinkTechAct Foundation | $ 1,783,583.90 | |
| Other Food Program Income | $ 1,335,087.37 | |
| Feeding Our Future | $ 1,150,523.55 | |
| Investment Income | $ 872,000.00 | $ (210,000.00) |
|   Compassion Adult Day Services LLC | $ 140,000.00 | |
|   Iska Inc. | $ 222,000.00 | $ (210,000.00) |
|   Raaho A. Adan | $ 50,000.00 | |
|   Sulekha Hassan | $ 460,000.00 | |
| Empire Cuisine and Market LLC / Empire Enterprises LL( | $ 834,546.00 | $ (1,209,829.97) |
| Related Parties | $ 260,820.00 | $ (151,496.00) |
| Defendants' Personal Accounts | $ 210,020.24 | $ (1,100,153.00) |
|   Mahad Ibrahim (JPMC 967387952) | | $ (97,194.73) |
|   Mahad Ibrahim / Sahur S. Aser (JPMC 758373275) | | $ (8,216.14) |
|   Mukhtar Shariff (BoA 138118732501) | $ 2,020.00 | $ (182,015.26) |
|   Mukhtar Shariff (Coinbase) | $ 208,000.24 | $ (762,001.00) |
|   Mukhtar Shariff / Fatuma Mohamed (BoA 44503993) | | $ (50,725.87) |
| Assets - Real Estate Purchases and Construction | $ 122,168.09 | $ (501,243.83) |
| Afro Produce LLC | $ 71,359.37 | |
| Bushra Wholesalers LLC | $ 69,396.00 | |
| Defendants' Other Entities | $ 60,000.00 | $ (377,049.96) |
|   MIB Holdings LLC (Spire CU 752231-00) | | $ (144,040.38) |
|   MIB Holdings LLC (Spire CU 752231-11) | $ 60,000.00 | |
|   Mukhtar Shariff (BoA 138118732501) | | $ (26,618.58) |
|   Wadani Consulting (BoA 374005051586) | | $ (206,391.00) |
| Truck Rental | $ 23,285.19 | $ (89,203.52) |
| Undetermined Category | $ 14,000.00 | $ (262,906.78) |
| Misc. Other Expenses | $ 1,102.60 | $ (207,143.01) |
| Misc. Other Income | $ 560.01 | |
| Payments to Other Individuals | | $ (390,589.87) |
| Rent Expense | | $ (374,972.92) |
| Cash Out | | $ (39,934.00) |
| Entertainment | | $ (12,014.34) |
| Goetz & Eckland PA | | $ (120,000.00) |
| Larkin Hoffman | | $ (52,539.00) |
| Transportation and Logistics Companies | | $ (16,000.00) |
| Commercial Equipment and Supplies | | $ (455,724.54) |
| Food Expense | | $ (980,025.51) |
| Foreign Transfers | | $ (7,500.00) |
| Ikram Y. Mohamed | | $ (250,000.00) |
| Grand Total | $ 6,808,452.32 | $ (6,808,326.25) |

| | |
|---|---|
| Deposits from ThinkTechAct | $ 1,783,583.90 |
| Deposits from Other Food Program (Indicted) | $ 1,335,087.37 |
| Deposits from Feeding Our Future | $ 1,150,523.55 |
| Total Paid to Empire Accounts (Net) | $ (375,283.97) |
| Deposits from Related Parties (Net) | $ 109,324.00 |
| Deposits from Bushra Wholesalers | $ 69,396.00 |
| Total Paid to Defendants' Other Companies | $ (317,049.96) |
| Total Paid to Defendants' Personal Accounts | $ (890,132.76) |
| Total Paid for Mukhtar Shariff Personal Expense | $ (120,000.00) |
| Total Paid to Ikram Mohamed | $ (250,000.00) |
| Total Food Program Deposits (Net) | $ 2,495,448.13 |

split by company role

| | |
|---|---|
| Mahad Ibrahim, CFO 50% | $ 1,247,724.07 |
| Mukhtar Shariff, CEO 50% | $ 1,247,724.07 |

GOVERNMENT EXHIBIT

B

22-cr-223 (NEB / DTS)