ThinkTechAct Foundation
US Bank, Checking Account #104785323379
Period of Review: 9/24/2018 (Open) - 1/31/2022 (Closed)

### Summary from 2/11/2021 to 1/31/2022

| SOURCES OF FUNDS | Total Deposits | | USES OF FUNDS | Total Withdrawals |
|---|---|---|---|---|
| Partners in Nutrition | $ 18,006,479.56 | | Empire Cuisine and Market LLC / Empire Enterprises LLC | $ (15,431,972.54) |
| Feeding Our Future | $ 3,758,133.59 | | Legal Order - Bank Account Seizures | $ (1,842,797.55) |
| Misc. Other Income | $ 100,041.98 | | Afrique Hospitality Group LLC | $ (1,783,583.90) |
| Related Parties - Success Academy | $ 55,000.00 | | Bushra Wholesalers LLC | $ (1,392,323.78) |
| Rent Expense (Returned) | $ 2,880.00 | | Related Parties | $ (807,409.60) |
| Grand Total* | $ 21,922,535.13 | | New Prospect Learning Inc. | (652,367.58) |
| | | | Minnehaha Transportation | (115,042.02) |
| | | | Anza International LLC | (20,000.00) |
| | | | Aflah Inc. | (20,000.00) |
| | | | Payments to Other Individuals | $ (208,727.92) |
| | | | Defendants' Other Entities | $ (177,390.00) |
| Total Food Program Deposits | $ 21,764,613.15 | | Empire Gas & Grocery LLC (US Bank 104785257395) | $ (100,000.00) |
| Empire Cuisine and Market LLC | $ (12,242,852.71) | | Nur Consulting LLC (ONB 112151997) | $ (77,390.00) |
| Empire Enterprises LLC | $ (3,189,119.83) | | Mind Foundry Learning Inc. | $ (117,131.85) |
| Afrique Hospitality Group LLC | $ (1,783,583.90) | | Misc. Other Expenses | $ (67,123.99) |
| Defendants' Other Entities | $ (177,390.00) | | Afro Produce LLC | $ (46,500.00) |
| | | | Food Expense | $ (20,000.00) |
| | | | Rent Expense | $ (19,886.00) |
| | | | Defendants' Personal Accounts | $ (5,885.82) |
| | | | Cash Out | $ (2,000.00) |
| Total Food Program Money Received | $ 4,371,666.71 | | Grand Total* | $ (21,922,732.95) |

### Summary from 9/24/2018 to 4/30/2019

| SOURCES OF FUNDS | Total Deposits | | USES OF FUNDS | Total Withdrawals |
|---|---|---|---|---|
| City of Minneapolis | $ 72,635.64 | | Mind Foundry Learning Inc. (BoA x0439) | $ (72,500.00) |
| Cash | $ 100.00 | | Misc. Other Expenses | $ (39.02) |
| Interest | $ 1.20 | | Grand Total | $ (72,539.02) |
| Grand Total | $ 72,736.84 | | | |

### Dormant period from 4/31/2019 to 2/10/2021 - no activity

GOVERNMENT EXHIBIT

C

22-cr-223 (NEB / DTS)