**COMBINED MIB Holdings LLC**
**Combined Period of Review: 3/20/2019 to 1/31/2022**

| SOURCES OF FUNDS | Total Deposits |
|---|---|
| **Empire Cuisine and Market LLC** | **$ 915,300.00** |
| Bushra Wholesalers LLC | $ 570,256.00 |
| **Empire Enterprises LLC** | **$ 538,829.80** |
| **Afrique Hospitality Group LLC** | **$ 144,040.38** |
| Other Expense | $ 402.52 |
| Other Income | $ 268.43 |
| Cash | $ 10.00 |
| **Grand Total\*** | **$ 2,169,107.13** |

| USES OF FUNDS | Total Withdrawals |
|---|---|
| Legal Order - Bank Account Seizures | $ (905,253.50) |
| Assets - Property Expenses | $ (729,192.05) |
| Credit Card Expenses | $ (158,125.10) |
| Other Business Investment | $ (110,616.43) |
| Mahad Ibrahim | $ (65,000.00) |
| **Afrique Hospitality Group LLC** | **$ (60,000.00)** |
| Mind Foundry Learning Inc. | $ (50,000.00) |
| Other Expense | $ (37,426.29) |
| Coinbase.com | $ (30,000.00) |
| Cash | $ (12,650.00) |
| Bianca Scott | $ (9,125.00) |
| Legal & Professional Fees | $ (1,020.00) |
| Loan Payment | $ (698.76) |
| **Grand Total\*** | **$ (2,169,107.13)** |

| | |
|---|---|
| **Deposits from Empire Cuisine and Market LLC** | **$ 915,300.00** |
| **Deposits from Empire Enterprises LLC** | **$ 538,829.80** |
| **Deposits from Afrique Hospitality Group LLC (Net)** | **$ 84,040.38** |
| | |
| **Total Food Program Money Received** | **$ 1,538,170.18** |

*\*Excludes offsetting intercompany transfers and reversed items.*

GOVERNMENT
EXHIBIT

**D**

22-cr-223 (NEB / DTS)