| Mahad Ibrahim Personal Bank Accounts | Sum of Deposit | | | |
|---|---|---|---|---|
| Gobee Group LLC (JPMC 945456168) | $ 542,832.81 | | | |
| Gobee Group LLC (Gusto) | $ 377,502.60 | | | |
| TitleNexus, LLC | $ 133,491.91 | | Deposits from Afrique | $ 104,813.27 |
| Afrique Hospitality Group LLC (BoA 374000590835) | $ 104,813.27 | | Deposits from Empire Accounts | $ 42,000.00 |
| Mahad Ibrahim (JPMC 967387952) | $ 102,124.00 | | | |
| Olentangy Title Agency (Stephen D Martin) | $ 92,184.97 | | | |
| Fatima Mohamud (Spire Credit Union) | $ 85,200.00 | | | |
| MIB Holdings LLC (Spire CU 752231_00) | $ 65,000.00 | | | |
| Venmo | $ 38,780.31 | | Total Food Program Deposits | $ 146,813.27 |
| Empire Cuisine and Market LLC (ONB 116730229) | $ 30,000.00 | | | |
| Saed Dalmar | $ 24,000.00 | | | |
| No Remitter | $ 22,889.00 | | | |
| Blaine Home Healthcare LLC | $ 22,640.00 | | | |
| Payoff Inc | $ 19,900.00 | | | |
| Sahur S Aser (JPMC 998688287) | $ 18,260.00 | | | |
| Africa Center for Democracy Inc | $ 16,525.84 | | | |
| Digit.co | $ 16,202.38 | | | |
| Acorns Investing | $ 14,759.43 | | | |
| Jamboi (?) Deli & Coffee LLC | $ 12,500.00 | | | |
| Empire Cuisine and Market LLC (US Bank 104786619932) | $ 12,000.00 | | | |
| Cash App | $ 10,849.00 | | | |
| Sahur S Aser (JPMC 3860068296) | $ 10,000.00 | | | |
| Plat Bus Checkin Expensify | $ 8,079.80 | | | |
| IRS | $ 8,060.21 | | | |
| Affirm | $ 4,464.71 | | | |
| TruStone Financial RE Payment | $ 4,248.59 | | | |
| Kano Computing Limited | $ 4,000.00 | | | |
| Augsburg University Payroll | $ 3,934.40 | | | |
| Child Care Alliance of Minnesota LLC | $ 3,600.00 | | | |
| Gusto | $ 2,541.03 | | | |
| Paypal | $ 2,221.67 | | | |
| Keller Williams Classic Properties Realty | $ 2,000.00 | | | |
| Rizak Shay | $ 2,000.00 | | | |
| Cabela's | $ 1,901.65 | | | |
| Xcel Energy | $ 1,685.92 | | | |
| Cash Rewards | $ 1,544.45 | | | |
| MN Dept of Revenue | $ 1,538.00 | | | |
| Ayan Salah | $ 1,500.00 | | | |
| Sahur S Aser | $ 1,200.00 | | | |
| | | | | |
| Regus | $ 1,195.19 | | | |
| Five Star Learning Center LLC | $ 1,001.00 | | | |
| Success Child Care Inc | $ 1,000.00 | | | |
| Abdi Shaie | $ 1,000.00 | | | |
| Bank Not Provided | $ 1,000.00 | | | |
| Sahur S Aser (JMPC 3860068296) | $ 1,000.00 | | | |
| Jorgensen Wedding & Events LLC | $ 1,000.00 | | | |
| Air BNB | $ 687.61 | | | |
| Lunar Cinema Holdings (JPMC 699315821) | $ 650.00 | | | |
| Melissa A Narum | $ 650.00 | | | |
| Amril Samatar | $ 500.00 | | | |
| Mahad Ibrahim (JPMC 758373275) | $ 500.00 | | | |
| Star Child Development Center LLC | $ 500.00 | | | |
| Midtown Childcare Center Inc | $ 500.00 | | | |
| Plymouth Academy Inc | $ 500.00 | | | |
| Kilwa Corpopration (Woodlands Bank 1202820) | $ 500.00 | | | |
| Community Health Awareness Center | $ 500.00 | | | |
| Abdirahman Abdirahman | $ 500.00 | | | |
| Illegible | $ 475.00 | | | |
| Aspen Adult Day Care Center LLC | $ 400.00 | | | |
| 435005026314VA | $ 361.28 | | | |
| Ibrahim Bullo | $ 300.00 | | | |
| Travelers | $ 285.94 | | | |
| Best Buy | $ 267.80 | | | |
| Tech CU | $ 255.76 | | | |
| Rainmaster Lawn | $ 179.00 | | | |
| Target | $ 153.69 | | | |
| Marshalls | $ 150.47 | | | |
| Land Title Trust Account | $ 137.57 | | | |
| Geico | $ 118.64 | | | |
| Invisible Fence | $ 111.38 | | | |

**GOVERNMENT EXHIBIT**

**E**

22-cr-223 (NEB / DTS)

| | | |
|---|---|---|
| Westat | $ | 30.00 |
| Kohl's | $ | 29.93 |
| Interest | $ | 24.20 |
| Health Partners | $ | 13.59 |
| Home Depot | $ | 11.23 |
| Bank fee | $ | 9.58 |
| Meijer | $ | 8.83 |
| Amazon | $ | 2.94 |
| Progressive Direct | $ | 1.75 |
| Greenlight | $ | 0.44 |
| Bill.com | $ | 0.01 |
| Grand Total | $ | 1,843,488.78 |