**Mind Foundry Learning Inc.**
**Bank of America, Checking 374000310439**
**Period of Review 1/1/2018 - 11/9/2022 (Closed)**

| SOURCES OF FUNDS | 2018 | 2019 | 2020 | 2021 | 2022 | Grand Total |
|---|---|---|---|---|---|---|
| Minneapolis Public Schools | $ 1,977.00 | $ 25,430.00 | $ 149,969.00 | $ 75,524.00 | $ 33,614.00 | $ 286,514.00 |
| ThinkTechAct Foundation | $ 58,500.00 | $ 14,000.00 | | $ 117,131.85 | | $ 189,631.85 |
| Misc. Other Income | $ 103,506.11 | $ 5,698.30 | $ 58,623.27 | $ 5,653.93 | $ 3,996.53 | $ 177,478.14 |
| Gateway STEM Academy | | | $ 10,500.00 | $ 121,122.65 | $ 42,000.00 | $ 173,622.65 |
| Defendants' Other Entities - MIB Holdings LLC (Mahad Ibrahim) | | | | | $ 50,000.00 | $ 50,000.00 |
| Partners in Nutrition | | | | $ 41,391.43 | | $ 41,391.43 |
| Defendants' Personal Accounts - Mahad Ibrahim | | $ 3,000.00 | | $ 12,000.00 | | $ 15,000.00 |
| Individuals | $ 18.89 | $ 2,210.79 | | $ 9,500.22 | $ 786.49 | $ 12,516.39 |
| Related Parties - Plymouth Academy Inc. | | | | $ 2,400.00 | | $ 2,400.00 |
| **Grand Total** | **$ 164,002.00** | **$ 50,339.09** | **$ 219,092.27** | **$ 384,724.08** | **$ 130,397.02** | **$ 948,554.46** |

| USES OF FUNDS | 2018 | 2019 | 2020 | 2021 | 2022 | Grand Total |
|---|---|---|---|---|---|---|
| Individuals | $ (110,157.22) | $ (35,254.17) | $ (125,467.04) | $ (318,167.80) | $ (30,126.87) | $ (619,173.10) |
| Credit Card Expenses | $ (23,885.84) | $ (16,436.84) | $ (28,205.83) | $ (34,720.00) | $ (62,214.90) | $ (165,463.41) |
| Misc. Other Expenses | $ (27,964.01) | $ (9,219.57) | $ (31,648.50) | $ (7,184.51) | $ (6,987.99) | $ (83,004.58) |
| Account Closing | | | | | $ (33,737.20) | $ (33,737.20) |
| Transportation and Logstics Companies | | | | $ (27,089.00) | | $ (27,089.00) |
| Empire Cuisine and Market LLC | | | $ (16,853.41) | $ (4,500.00) | | $ (21,353.41) |
| Related Parties - Abdifatah Aftin | | | | $ (10,902.65) | | $ (10,902.65) |
| **Grand Total** | **$ (162,007.07)** | **$ (60,910.58)** | **$ (202,174.78)** | **$ (402,563.96)** | **$ (133,066.96)** | **$ (960,723.35)** |

| Total Food Program Deposits Received | $ 20,038.02 |
|---|---|

**GOVERNMENT EXHIBIT**

**F**

22-cr-223 (NEB / DTS)