**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

UNITED STATES OF AMERICA,

              Plaintiff,

    v.

3. MAHAD IBRAHIM,

              Defendant.

Case No. 22-cr-124 (NEB/DTS)

**[PROPOSED]**
**PRELIMINARY ORDER**
**OF FORFEITURE**

Based on the United States' Motion for a Preliminary Order of Forfeiture; on the Indictment; on the evidence admitted at trial in this matter; on Ibrahim's guilty plea to Counts 5 and 36 of the Superseding Indictment; on the Declaration of Pauline Roase; and on the Court having found that certain property is subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) in conjunction with 28 U.S.C. § 2461(c), and 18 U.S.C. § 982(a)(1), the United States has established the requisite nexus between such property and the offenses to which the Defendant has pled guilty,

IT IS HEREBY ORDERED that:

1.     the United States' Motion for a Preliminary Order of Forfeiture (ECF No. 960) is **GRANTED;**

2.     The following property is forfeited to the United States pursuant to 18 U.S.C. 18 U.S.C. 982(a)(1), and 18 U.S.C. 981(a)(1)(C) in conjunction with 28 U.S.C. § 2461(c):

    a.  the real property located at 5657 Maple Drive, Lewis Center, Ohio;

3. The following property is forfeited to the United States pursuant to 18 U.S.C. 981(a)(1)(C) in conjunction with 28 U.S.C. § 2461(c):

   a. $1,842,797.55 seized from US Bank account number 104785323379, held in the name of ThinkTechAct Foundation;

   b. $456,968.36 seized from Spire Credit Union account number 752231-00, held in the name of MIB Holdings LLC; and

   c. $448,285.14 seized from Spire Credit Union account number 752231-11, held in the name of MIB Holdings LLC;

4. a money judgment forfeiture is entered against Defendant Mahad Ibrahim pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) in the amount $7,324,412;

5. Defendant Ibrahim shall receive credit against the money judgment forfeiture for the net forfeited value of each asset that is forfeited from him in connection with this case;

6. Defendant Ibrahim is ordered to forfeit, pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(b)(2)(C), any property, real or personal, constituting or derived from, any proceeds obtained, directly or indirectly, as a result of the fraud scheme alleged in Count 5 of the Superseding Indictment;

7. pursuant to Fed. R. Crim. P. 32.2(b)(3) and (c)(1)(B), and 21 U.S.C. § 853(m), the United States may conduct discovery as to Defendant Ibrahim to identify property subject to forfeiture under the terms of this order and to address any factual issues raised by a third-party petition filed pursuant to Fed. R. Crim. P. 32.2(c);

2

3

8.      pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B), this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing, and shall be made a part of the sentence and included in the judgment; and

9.      this Court shall retain jurisdiction to enforce this Order, and to amend it as necessary pursuant to Fed. R. Crim. P. 32.2(e).


Dated:                                                 _____
                                                       NANCY E. BRASEL
                                                       United States District Judge