**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
Case No.: 0:22-cr-00124-NEB-DTS**

---

| | |
|---|---|
| UNITED STATES OF AMERICA,　　　　　　） | |
| 　　　　　　　　　　　　　　　　　　　） | |
| 　　　　　　　Plaintiff,　　　　　　　） | **AFFIDAVIT OF HAYAT NUR** |
| 　　　　　　　　　　　　　　　　　　　） | **REGARDING COUNSEL AND** |
| 　　v.　　　　　　　　　　　　　　　　） | **IN FORMA PAUPERIS** |
| 　　　　　　　　　　　　　　　　　　　） | **REQUEST** |
| Farah et al.,　　(Hayat Nur)　　　　　） | |
| 　　　　　　　　　　　　　　　　　　　） | |
| 　　　　　　　Defendant.　　　　　　　） | |

---

1.　　I am the defendant-appellant in the above-captioned case.

2.　　I make this affidavit in support of my in forma pauperis request and for a court-appointed appellate lawyer to prosecute my appeal.

3.　　I was found guilty of charges against me at the first Feeding our Future trial.

4.　　Shortly before the end of the trial, I was remanded and taken into custody, where I have remained since.

5.　　My husband is working and we have some assets. I am obviously unemployed because I am detained and I have no other income. My husband is shouldering the burden of caring for our home. We have debt, and I cannot afford to retain a private lawyer. The specifics of my lack of financial ability are outlined in my attached application.

6. My husband and I have tried to gather and borrow funds throughout the time since my sentencing with no success.

7. Everything in this affidavit, and in my attached application, is true and accurate to the best of my knowledge and upon best information and my belief.

8. Since my detention, while my husband has done his best to put money in my trust account at my detention facility, also known as my commissary, the average of the monthly deposits is $218 and the average balance is $30.

9. With this money, I have bought necessary clothing to stay warm or try to stay warm, and food to eat.

10. If I could afford to hire a lawyer, I would, but unfortunately, given my circumstances, I cannot.

11. Therefore, I respectfully ask that this Honorable Court grant my application.

12. The Court's consideration is greatly appreciated.

Respectfully,

Hayat Ryan Nur

Sworn to before me this 23rd day of March, 2026

Notary Public

KEISHIA BOBBI NICOLE LANSAW
NOTARY PUBLIC
STATE AT LARGE
KENTUCKY
COMMISSION # KYNP 574469
MY COMMISSION EXPIRES 8/14/26