**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
Case No.: 0:22-cr-00124-NEB-DTS**

---

UNITED STATES OF AMERICA,                )
                                         )
                    Plaintiff,           ) **AFFIRMATION OF ATTORNEY**
                                         ) **BARRY ZONE IN SUPPORT OF**
                                         ) **DEFENDANT HAYAT NUR'S**
                                         ) **IN FORMA PAUPERIS**
                                         ) **APPLICATION**
          v.                             )
                                         )
Farah et al.,    (Hayat Nur)             )
                                         )
                    Defendant.           )

---

1.    I hereby affirm the following in support of my client Hayat' Nur's In Forma Pauperis application for court-appointed appellate counsel to prosecute her appeal.

2.    I was admitted Pro Hac Vice on August 27, 2024, to represent her in connection with her sentencing hearing.

3.    On her behalf and at her request, on September 10, 2025, I filed her Notice of Appeal in this case as she had advised that she desired to appeal her conviction.

4.    Based on my investigation and investigations conducted at my request, as well as conversations with my client and her husband, Hussein Abdulaziz she is financially unable to hire appellate counsel, and all the information in her attached affidavit is true and accurate to the best of my knowledge.

WHEREFORE, based upon the foregoing, it is respectfully requested that this Court

issue an order granting the defendant, Hayat Nur's In Forma Pauperis' Application.

Dated: New York, New York

March 24, 2026

Barry Zone
405 Lexington Avenue, 12th Floor
New York, New York 10174
(212) 554-7864
bzone@mosessinger.com