# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America | **NOTICE OF APPEARANCE** |
| plaintiff, | Case No:  22-CR-124(3) (NEB/DTS) |
| v. | |
| Mahad Ibrahim, | |
| defendant. | |

The undersigned attorney hereby notifies the Court and counsel that Deborah Ellis shall appear as counsel for Mahad Ibrahim this case.

Dated: March 27, 2026          *s/ deborah ellis*

Deborah Ellis
101 E. Fifth Street, Ste. 1500
St. Paul, MN  55101
deborahellis2626@gmail.com
651-288-3554 (office)
651-276-3423 (cell)