UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 22-124(3) (NEB/DTS)

UNITED STATES OF AMERICA,

Plaintiff,

v.

MAHAD IBRAHIM,

Defendant.

**GOVERNMENT'S MOTION FOR EXTENSION TO RESPOND TO DEFENDANT'S MOTION TO WITHDRAW GUILTY PLEA**

The United States of America, by and through its attorneys, Daniel N. Rosen, United States Attorney for the District of Minnesota, Rebecca E. Kline, Matthew C. Murphy and Austin L. Bowyer, Assistant U.S. Attorneys, respectfully submits the following motion for an extension of time in which to respond to defendant's motion to withdraw his guilty plea.

The government respectfully asks for an extension from Friday, November 13, 2026, to Wednesday, November 18, 2026. The reason for the extension is that the government requires more time to review the records and transcripts associated with the defendant's case.

The government conferred with counsel for the defendant, who does not object to the request.

For the reasons set forth above, the government respectfully requests an extension of time in which to respond to defendant's motion to November 18, 2026.

Dated: November 12, 2026

Respectfully Submitted,

DANIEL N. ROSEN
United States Attorney

/s/ *Rebecca E. Kline*
BY: REBECCA E. KLINE
MATTHEW C. MURPHY
AUSTIN L. BOWYER
Assistant U.S. Attorneys